

# Service of Process Transmittal
05/23/2017
CT Log Number 531276786

**TO:** Kathy Owen, Paralegal
Huntington Ingalls Industries, Inc.
4101 Washington Ave # 909-7
Newport News, VA 23607-2734

**RE:** **Process Served in Louisiana**

**FOR:** Huntington Ingalls Incorporated  (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROBERT J. TEMPLET, SR., Petitioner vs. AVONDALE INDUSTRIES, INC., etc., et al., Dfts. // To: Huntington Ingalls Incorporated |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Attachment(s) |
| **COURT/AGENCY:** | Orleans Civil District Court, Parish of Orleans, LA<br>Case # 201704662 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/23/2017 at 12:50 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service |
| **ATTORNEY(S) / SENDER(S):** | Amanda Ballay<br>Landry & Swarr, LLC<br>1010 Common Street<br>Suite 2050<br>New Orleans, LA 70112<br>504-299-1214 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/23/2017, Expected Purge Date: 05/28/2017<br><br>Image SOP<br><br>Email Notification,  Kathy Owen  Kathy.Owen@hii-co.com<br><br>Email Notification,  Jan White  jan.white@hii-co.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**ATTORNEY'S NAME:** Swarr, Frank J 23322
**AND ADDRESS:** 1010 Common Street, Suite 2050, New Orleans, LA 70112-0400

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2017-04662**   **DIVISION: F**   **SECTION: 07**

### TEMPLET, ROBERT J. SR.

Versus

### AVONDALE INDUSTRIES, INC. ET AL

### CITATION

TO: HUNTINGTON INGALLS INCORPORATD F/K/A NORTHROP GRUMMAN SHIP SYSTEMS, INC. F/K/A AVONDALE INDUSTRIES, INC.

THROUGH: ITS REGISTERED AGENT: C.T. CORPORATION SYSTEM

3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 17, 2017**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**DALE N. ATKINS, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
by _____
**Denischia DeCou, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON HUNTINGTON INGALLS INCORPORATD F/K/A NORTHROP GRUMMAN SHIP SYSTEMS, INC. F/K/A AVONDALE INDUSTRIES, INC. | ON HUNTINGTON INGALLS INCORPORATD F/K/A NORTHROP GRUMMAN SHIP SYSTEMS, INC. F/K/A AVONDALE INDUSTRIES, INC. |
| THROUGH: ITS REGISTERED AGENT: C.T. CORPORATION SYSTEM | THROUGH: ITS REGISTERED AGENT: C.T. CORPORATION SYSTEM |
| Returned the same day<br>_____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said HUNTINGTON INGALLS INCORPORATD F/K/A NORTHROP GRUMMAN SHIP SYSTEMS, INC. F/K/A AVONDALE INDUSTRIES, INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED / _____ | Returned the same day<br>_____ No. _____ |
| PAPER / RETURN / <br>SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |