TEMPLET: ROBERT J. TEMPLET, SR.

Page 1

1              IN THE CIVIL DISTRICT COURT

2             FOR THE PARISH OF ORLEANS

3                STATE OF LOUISIANA

4   ROBERT J. TEMPLET, SR.

5   VS.                    CASE NO. 17-4662 Sec 7 Div. F

6   AVONDALE INDUSTRIES, INC.,
       ET AL

7                                        **CERTIFIED
                                          TRANSCRIPT**

8

9                ORAL VIDEO DEPOSITION

                          OF

10           ROBERT J. TEMPLET, SR.

11

12        Taken at Courtyard by Marriott
             5 Westbank Expressway
13             Gretna, Louisiana

14  June 8, 2017                      9:10 a.m.

15

16

17

18

19

20

21

22

23

24

25

## TEMPLET: ROBERT J. TEMPLET, SR.

Page 2

```
1    APPEARANCES:
2    FOR PLAINTIFF:
3              NEMEROFF LAW FIRM
               2626 Cole Ave., Ste. 450
4              Dallas, TX 75204
               By: Jeffrey A. O'Connell
5
6    FOR AVONDALE:
7              LEE, FUTRELL & PERLES
               201 St. Charles Avenue
8              Suite 4120
               New Orleans, LA 70170
9              By: Richard Perles
10
     FOR HOPEMAN BROTHERS:
11
               COURINGTON, KIEFER & SOMMERS, LLC
12             650 Poydras Street
               Suite 2105
13             New Orleans, LA 70130
               By: Troy Bell
14
15   FOR INTERNATIONAL PAPER (via telephone):
16             FORMAN, WATKINS & KRUTZ, LLP
               One Shell Square
17             701 Poydras St.
               Suite 4350
18             New Orleans, LA 70130
               By: Mimi Arthur
19
20   FOR J.D. ROBERTS:
21             R. DEAN CHURCH, JR.
               Attorney at Law
22             14236 Highway 90
               Boutte, LA 70039
23
24
25
```

Page 3

```
1    APPEARANCES (CONT'D):
2    FOR REILLY-BENTON:
3              WILLINGHAM, FULTZ & COUGILL, LLP
               5625 Cypress Creek Parkway
4              6th Floor
               Houston, Texas 77069
5              By: Jennifer Zajac
6
     FOR THE McCARTY CORPORATION:
7
               SIMON, PERAGINE, SMITH & REDFEARN
8              30th Floor Energy Centre
               1100 Poydras Street
9              New Orleans, LA 70163
               By: Louis Oubre
10
11   FOR CBS CORP., f/k/a WESTINGHOUSE:
12             FRILOT, LLC
               Suite 3800
13             1100 Poydras
               New Orleans, LA 70163
14             By: James H. Brown
15
     FOR HUNTINGTON INGALLS:
16
               BLUE WILLIAMS, LLP
17             3421 N. Causeway Blvd.
               Suite 900
18             Metairie, LA 70002
               By: Patrick Shockey
19
20   FOR GEORGIA-PACIFIC:
21             KEAN MILLER, LLP
               II City Plaza
22             400 Convention Street
               Suite 700
23             Baton Rouge, Louisiana 70802
               By: Allison Benoit
24
25
```

Page 4

```
1    APPEARANCES (CONT'D.):
2    FOR GOULDS PUMPS:
3              MORGAN, LEWIS & BOCKIUS, LLP
               1000 Louisiana Street
4              Suite 4000
               Houston, TX 77002-5005
5              By: Lauren McCulloch
6
     FOR TEXACO, INC.:
7
               FORMAN, WATKINS & KRUTZ, LLP
8              One Shell Square
               701 Poydras Street, Suite 4350
9              New Orleans, LA 70139-6001
               By: Michelle Roy
10
11   FOR BAYER CROPSCIENCE & UNION CARBIDE:
12             PUGH ACCARDO
               1100 Poydras, Suite 3300
13             New Orleans, LA 70163
               By: Francis DeBlanc, III
14
15   FOR TAYLOR-SEIDENBACH:
16             HAILEY, McNAMARA, HALL, LARMANN &
               PAPALE, LLP
17             One Galleria Boulevard, Suite 1400
               Metairie, LA 70001
18             By: Edward J. Lassus, Jr.
19
20   FOR ONE BEACON INSURANCE:
               TAYLOR, WELLONS, POLITZ & DUHE
21             1515 Poydras Street, Suite 1900
               New Orleans, LA 70112
22             By: Caitlin R. Byars
23
     REPORTED BY:    Sarah B. Townsley, CCR, RPR, CSR, Notary
24
25   VIDEOGRAPHER:   Matthew Richichi
```

Page 5

```
1                    STIPULATIONS
2        IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL FOR
3    THE PARTIES THAT THE ORAL DEPOSITION OF ROBERT J.
4    TEMPLET, SR., WAS TAKEN BEFORE SARAH B. TOWNSLEY, CCR,
5    RPR, CERTIFIED COURT REPORTER IN AND FOR THE STATES OF
6    TEXAS AND LOUISIANA, PURSUANT TO NOTICE AND IN
7    ACCORDANCE WITH THE LOUISIANA CODE OF CIVIL PROCEDURE AS
8    PROVIDED BY LAW, AT COURTYARD BY MARRIOTT, 5 WESTBANK
9    EXPRESSWAY, GRETNA, LOUISIANA, ON JUNE 8, 2017;
10       THE PARTIES HEREBY WAIVE ALL FORMALITIES IN
11   CONNECTION WITH THE TAKING OF SAID DEPOSITION, WITH THE
12   EXCEPTION OF THE SWEARING OF THE WITNESS AND THE
13   REDUCTION OF THE QUESTIONS AND ANSWERS TO TYPEWRITING;
14       THE RIGHT OF THE WITNESS TO READ AND SIGN A COMPLETED
15   TRANSCRIPT OF TESTIMONY IS SPECIFICALLY WAIVED;
16       COUNSEL FOR ALL PARTIES RESERVE ALL OBJECTIONS EXCEPT
17   AS TO THE FORM OF THE QUESTION AND RESPONSIVENESS OF THE
18   ANSWER AT THE TIME OF TAKING OF SAID DEPOSITION, AND
19   THEY ALSO RESERVE THE RIGHT TO MAKE OBJECTIONS AT THE
20   TIME THAT TAKING OF SAID DEPOSITION OR ANY PART THEREOF
21   MAY BE OFFERED INTO EVIDENCE, WITH THE SAME RIGHTS AS IF
22   THE TESTIMONY HAD BEEN GIVEN IN OPEN COURT;
23       SARAH B. TOWNSLEY, CCR, RPR, OFFICIATED IN
24   ADMINISTERING THE OATH TO THE WITNESS.
25
```



TEMPLET: ROBERT J. TEMPLET, SR.

## Page 6

```
                         INDEX
1
2    EXAMINATION BY                        PAGE NO.
3    MR. O'CONNELL                            10
4    MR. PERLES                               33
5    MR. BELL                                 89
6    MR. DEBLANC                             100
7    MR. BROWN                              105
8    MRS. ROY                               111
9    MR. OUBRE                              115
10   MRS. ZAJAC                             118
11   MR. CHURCH                             119
12   MR. PERLES                             120
13   MR. O'CONNELL                          120
14
15                       EXHIBITS
16   NO.   DESCRIPTION                       PAGE NO.
17   1     notice                               7
18   2     sketch                              44
19   3     accident report                     65
20   4     accident report                     70
21   5     accident reports                    74
22   6     accident report                     74
23   7     medical history form                75
24   8     letters                             77
25
```

## Page 7

```
1    PROCEEDINGS:
2                    ROBERT J. TEMPLET, JR.,
3    having been first duly sworn, testified on oath as
4    follows:
5             MR. O'CONNELL:    This is Jeff O'Connell.
6    We're here for the deposition of Mr. Templet, and just
7    a couple agreements we have on the record before we go
8    on the video portion of this transcript. I made an
9    agreement with counsel, if they will agree in kind, that,
10   due to my client's condition, that, during my
11   questioning of him, that all objections, including
12   those to form, responsiveness, leading, every objection
13   will be reserved and can be asserted at any point in
14   time, at any summary judgment hearing, or pretrial, or
15   trial, and you are -- no defendant, or no third-party
16   defendant, or anybody is waiving anything by not
17   objecting today, just so we can get through this
18   deposition as quickly as possible, and for
19   those who know me know that I've never backed off that
20   agreement at any point in time in my entire career, so
21   if that will be agreeable with everyone, somebody can
22   maybe speak for the group. That would be fine.
23             MR. PERLES:      That's agreeable.
24             MR. O'CONNELL:    We'll attach Exhibit No.
25   1, which is the Amended Notice of Videotaped
```

## Page 8

```
1    Deposition, and the deposition, of course, will be
2    taken according to the Louisiana Code and Louisiana
3    Rules of Civil Procedure. That is all I have for right
4    now. I'm sure, I believe, some other counsel will have
5    something to say on the stenographic portion, so I turn
6    the floor over to them.
7             MRS. ROY:      This is Michelle Roy,
8    counsel for Texaco, Inc. Texaco, Inc., is not a named
9    party, nor have they been served with a lawsuit. We
10   were notified that we may be brought in as a third
11   party, and, as such, we're appearing today as a
12   courtesy to the plaintiff, and we're appearing with
13   limited information, and on short notice. We would
14   like to reserve all of our rights, including
15   exceptions, and we're not waiving any defenses by
16   appearing here today.
17             MR. DEBLANC:      One objection is good for
18   all?
19             MR. O'CONNELL:    Well, one objection is
20   good for all, if you wish to object, or if you wish to
21   opt out, we've already agreed.
22             MR. DEBLANC:      I'm sorry. I'm out
23   today.
24             MR. O'CONNELL:    And just so it's clear,
25   if anyone has not answered or made an appearance yet,
```

## Page 9

```
1    you're not waiving any sort of exceptions or --
2    anything else you wish to file at some future date.
3    Nothing is waived by any defendant by showing up today.
4             MR. PERLES:      Any appearances will be
5    made on the stenographic record?
6             MR. O'CONNELL:    Yes. All appearances
7    will be made on stenographic, so we don't have to go
8    through the chorus on the video. I think that is it.
9    Just one last thing on the stenographic portion,
10   Texaco's counsel mentioned that, as a courtesy to the
11   plaintiff. Just so it's clear, I did not notify Texaco
12   of this deposition. I believe that issue will be
13   between you and other defendants. You ready, sir?
14             VIDEOGRAPHER:      Good morning. We're on
15   the video record. The time is 9:15 a.m. The date is
16   June 8, 2017. This is the deposition of Mr. Robert J.
17   Templet in the matter of Robert J. Templet, Sr., versus
18   Avondale Industries, Inc., et al. At this time, the
19   reporter will now swear in the witness.
20             [Witness was sworn.]
21   EXAMINATION BY MR. O'CONNELL:
22   Q.   Good morning.
23   A.   Good morning.
24   Q.   Could you state your full name for the members
25   of the jury?
```



TEMPLET: ROBERT J. TEMPLET, SR.

Page 10

1   A.   Robert J. Templet, Sr.
2   Q.   Mr. Templet, where do you live?
3   A.   I live in Justice Trailer Court, 5728 4th
4   Street, Marrero, Louisiana.
5   Q.   How long have you lived in Marrero, Louisiana?
6   A.   All my life.
7   Q.   Mr. Templet, my name is Jeff O'Connell, and
8   I'm going to have a few questions for you today.  I
9   hope to be as short as possible, and then after that,
10  we'll turn you over to the other lawyers, okay?
11  A.   (Witness nods head.)
12  Q.   Would that be okay?
13  A.   That's fine.
14  Q.   Mr. Templet, my understanding is that you are
15  currently widowed.
16  A.   Yes.
17  Q.   What was your wife's name?
18  A.   Dorothy E. Templet.
19  Q.   When did Dorothy pass away?
20  A.   November 2013.
21  Q.   Do you have any children with Dorothy?
22  A.   Three.  I had one died.
23  Q.   Who were the two living children that you had
24  with Dorothy?
25  A.   I got two boys.

Page 11

1   Q.   What are their names?
2   A.   Darrell Paul Templet, and Robert Templet, Jr.
3   Q.   Where do Darrell and Robert, Jr., live?
4   A.   With me.
5   Q.   The third child who passed away, was that a
6   daughter?
7   A.   It was my daughter.
8   Q.   And your daughter passed away, I believe, at
9   three days old?
10  A.   Yeah.
11  Q.   When were you born, sir?
12  A.   Me?
13  Q.   Yes, sir.
14  A.   9/3/37.
15  Q.   How old does that make you today?
16  A.   79.
17  Q.   Mr. Templet, you're obviously not feeling well
18  today, and, again, that's one of the reasons I want to
19  make this as short as possible.  So I'll ask you this:
20  Have you been diagnosed with any particular illness?
21  A.   Yes.
22  Q.   What have you been diagnosed with?
23  A.   Mesothelioma.
24  Q.   What is your understanding of mesothelioma?
25  A.   It's a bad sickness.  It's -- it cuts your

Page 12

1   breath, and you're going to die from it.
2   Q.   Since you've been diagnosed with mesothelioma,
3   have you come to an understanding on what the cause of
4   your mesothelioma is?
5   A.   The cause of it?
6   Q.   Yes, sir.
7   A.   Say it again.
8   Q.   Have you come to an understanding on what has
9   caused your mesothelioma?
10  A.   Yes.
11  Q.   What is that?
12  A.   Asbestos.
13  Q.   Mr. Templet, were you exposed to asbestos
14  during your working career?
15  A.   Yes.
16  Q.   Where were you exposed to asbestos?
17  A.   At Avondale Shipyard.
18  Q.   I'm going to talk about Avondale here in about
19  one minute, but before I do that, I want to ask you
20  this:  Did you serve in the military at some point?
21  A.   Marines.
22  Q.   How long did you serve in the Marines?
23  A.   About two months, because they move -- I was
24  in the reserve.  They moved from -- from Ponchartrain
25  Beach where they were, they and I don't know where they

Page 13

1   went.
2   Q.   Did you serve in the Marines basically right
3   out of high school?
4   A.   Yeah.
5   Q.   Let me talk to you about Avondale right now.
6   A.   Okay.
7   Q.   Do you remember when you started working at
8   Avondale?
9   A.   January 2nd, 1968.
10  Q.   Did you retire from Avondale?
11  A.   Yes.
12  Q.   When did you retire?
13  A.   2002.
14  Q.   When you worked at Avondale, is that the
15  shipyard there in Bridge City, Louisiana?
16  A.   Yes.
17  Q.   Did you work in the main yard?
18  A.   Main yard.
19  Q.   When you worked at Avondale, were you a direct
20  Avondale employee?
21  A.   Yes.
22  Q.   When you worked at Avondale, can you simply
23  tell us what was your trade or your occupation for
24  those 35 or so years?
25  A.   I was a painter.



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 14

1    Q.    When you were at Avondale from 1968 to 2002,
2    was that continuous employment?
3         A.    Yes.
4         Q.    While working at the main yard at Avondale, did
5    you work at various what are called "wet docks"?
6         A.    Yes.
7         Q.    Do you remember what wet docks you worked at?
8         A.    1, 2, and 3.
9         Q.    As a painter, working at Avondale from 1968
10   through the time you worked at Avondale, did you work
11   aboard ships or vessels?
12        A.    Yes.
13        Q.    Do you remember -- and let me stop here for a
14   second.  I want to focus now on the first 10 or 12
15   years you worked at Avondale, okay, so from basically
16   1968 to 1980.  Would that be okay?
17        A.    Yes.
18        Q.    For those first ten or twelve years you worked
19   at Avondale, do you remember the kinds of ships that
20   you worked on as a painter?
21        A.    Yes.
22        Q.    Could you tell us what those are, please?
23        A.    Destroyer escorts, Coast Guard cutters; LASH
24   lines, oil rigs, and tankers.
25        Q.    Did you ever work on any classification of ship

Page 15

1    called States lines?
2         A.    States lines, yes.
3         Q.    When you would work on those vessels or ships,
4    whether they be destroyer escorts, cutters, LASH
5    lines, oil rigs, so forth, where would those vessels be
6    located when you worked on them?
7         A.    On the dry dock.  On the dock.  Wet dock.
8         Q.    On the wet dock?  Would they be in the water?
9         A.    Yes.
10        Q.    For those first ten or twelve years you worked
11   at Avondale as a painter, can you briefly describe your
12   general duties as a painter when you were working
13   aboard these classifications of ships?
14        A.    Well, we had to blow down everything to get it
15   cleaned to paint, and there's a lot of dust.  A whole
16   lot.
17        Q.    Let me go back to the ships real quick,
18   because I do want to establish this for the record.
19   When you say you worked on destroyer escorts, how many
20   destroyer escorts did you work on?
21        A.    Oh, a whole lot of them.  Two of them was
22   already built when I got there.
23        Q.    Did you work on most of them?
24        A.    Most of them, yes.
25        Q.    How many Coast Guard cutters did you work on?

Page 16

1         A.    Oh, all of them.
2         Q.    What about LASH lines?
3         A.    All of LASH.
4         Q.    What about States lines?
5         A.    States lines, too.
6         Q.    And what about the oil rigs?
7         A.    Oil rigs.
8         Q.    What about tankers?  How many did you work on
9    there?
10        A.    All of them.  I worked on all the ships.
11        Q.    When you were working as a painter from 1968
12   to, let's say the first 10 or 12 years you were there,
13   did you work around other trades or other crafts?
14        A.    Yes.
15        Q.    What other trades or crafts did you work
16   around?
17        A.    I worked around insulators, welders, you name
18   it.
19        Q.    Who were the insulators employed by?
20        A.    Avondale.
21        Q.    Who were the welders employed by?
22        A.    Avondale.
23        Q.    During your time working at Avondale for those
24   first 10 or 12 years you were there, did you work
25   around any trades that were not employed by Avondale?

Page 17

1         A.    Yes.
2         Q.    Who did you work around?
3         A.    Around Hopeman Brothers.
4         Q.    We'll talk about that in a second.
5         A.    Okay.
6         Q.    I want to talk to you now about the insulators
7    that you worked around.  What kind of products, if
8    any, did the insulators use in your vicinity?
9         A.    They used Kaylo and -- I can't remember the
10   other one.  Kaylo and John-Mansville.
11        Q.    When you say Kaylo and Johns-Manville, that
12   the insulators used, what kind of products were those?
13        A.    Asbestos products.
14        Q.    What were they used for?
15        A.    To wrap pipe.
16        Q.    Can you tell us and tell the jury what
17   classifications of ships did you see insulators using
18   Kaylo and Johns-Manville on?
19        A.    Most oil rigs.  The DEs, I didn't see them use
20   it on the DE.
21        Q.    Let me ask you this.  Did you see insulators on
22   the DE, using Kaylo?
23        A.    I believe I did, yes.
24        Q.    Did you see insulators using Kaylo on the Coast
25   Guard cutters?



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 18

1    A.   Yes.
2    Q.   Did you see Avondale insulators using Kaylo on
3  the LASH lines?
4    A.   Yes.
5    Q.   Did you see insulators using Kaylo and
6  Johns-Manville on the States lines?
7    A.   Yes.
8    Q.   Did you see insulators using Kaylo and
9  Johns-Manville on the oil rigs?
10    A.   Yes.
11    Q.   Did you see insulators using Kaylo and
12  Johns-Manville pipe insulation on the tankers?
13    A.   Yes.
14    Q.   Now, each job was -- I'll ask you this way:
15  Sir, was each job that you did just a little bit
16  different?  In other words, no day was exactly the
17  same?
18    A.   No.
19    Q.   Can you just tell the jury, in general, how you
20  would you have worked around Avondale insulators using
21  Kaylo and Johns-Manville aboard these different
22  classifications of ships?  How would you have been
23  around them?
24    A.   How would I have been around them?
25    Q.   Yes, sir.

Page 19

1    A.   I'd have to take the welds before they put the
2  Kaylo on the pipe, and I'd have to pick up the dust
3  with a brush, and there was plenty of it.
4    Q.   We'll talk about that here in one second.  Do
5  you remember, sir, the first year you would have
6  worked around anybody, whether it be Hopeman Brothers
7  or Avondale insulators, using asbestos?  Do you
8  remember what year that was at Avondale?
9    A.   What year?
10    Q.   Yes, sir.
11    A.   From 1968 to '70.
12    Q.   Did you see insulators using Kaylo throughout
13  the 1970s at Avondale?
14    A.   Yes.
15    Q.   Let me ask you this so it's clear.  In the
16  year 1968, were you exposed to asbestos products via
17  the use by insulators of Kaylo and Johns-Manville?
18    A.   Yes.
19    Q.   In 1969, were you exposed to insulators using
20  Kaylo and Johns-Manville in your vicinity?
21    A.   Yes.
22    Q.   In 1970, were you exposed to insulators using
23  Kaylo and Johns-Manville in your vicinity?
24    A.   Yes.
25    Q.   In 1971, were you exposed to Kaylo and

Page 20

1  Johns-Manville by the use of those products by
2  insulators?
3    A.   I think.
4    Q.   What about 1972?  Were you exposed to asbestos
5  then, as well?
6    A.   Yes.
7    Q.   1973?
8    A.   '73.
9    Q.   '74?
10    A.   '74.
11    Q.   And all the way up to roughly 1980?
12    A.   All the way through '80.
13    Q.   Briefly, sir, tell the jury how insulators
14  would use products such as Kaylo?  How would they do
15  that?
16    A.   They would take a measurement and then saw it
17  with a hand saw.
18    Q.   When they would saw it with a hand saw, did
19  that affect the conditions of the air around you?
20    A.   Yes, it did.
21    Q.   Can you describe what you saw happen?
22    A.   Dust was flying.  They had air flowing through
23  there, and it was making the dust fly.
24    Q.   Did you breathe that dust?
25    A.   Yes.

Page 21

1    Q.   How -- how close would you be to the insulators
2  at times when they were using products such as Kaylo
3  pipe insulation?
4    A.   Like from me to you.
5    Q.   How far is that?
6    A.   About two feet.
7    Q.   Could, sometimes, you be farther away?
8    A.   Sometimes, yeah.  They'd call you, you'd come
9  paint something, and you'd go back.
10    Q.   After the insulators would -- or the Avondale
11  insulators would use Kaylo and install the Kaylo, did
12  they have to do anything else to make sure the area was
13  clean?
14    A.   Yeah.
15    Q.   What did they have to do?
16    A.   They had to pick up all the dust off the
17  floor, off the pipe and everything.
18    Q.   How did they do that?
19    A.   With a paint brush, little broom.
20    Q.   When the insulators would sweep up the old
21  Kaylo residue with a broom, did that affect the
22  conditions of the air?
23    A.   Yes, it did.
24    Q.   What happened?
25    A.   It made the dust fly.  Lots of it.



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 22

1    Q.   Did you breathe that dust?
2    A.   You had no choice.
3    Q.   Sir, from 1968 through the 1970s; that is, for
4    those first 10 or 12 years, how often, in your best
5    estimate, did you work around insulators using Kaylo
6    or Johns-Manville pipe insulation in your vicinity?
7    A.   My vicinity?
8    Q.   Yes, sir.
9    A.   Most every day.
10   Q.   These ships that you described, the destroyer
11   escorts, Coast Guard cutters, the LASH lines, the
12   states lines, oil rigs, the tankers, were they all
13   being constructed at Avondale?  They were being built?
14   A.   They was all being built.
15   Q.   Let me talk to you, here, about the other
16   contractor you worked with, Hopeman Brothers.  You
17   mentioned that earlier.  What are Hopeman Brothers?
18   What did they do?
19   A.   It's a outside contractor.  They were
20   insulators, too.  They hung sheetrock on the walls.
21   Q.   Do you remember the classification of ships
22   where you would have worked around Hopeman Brothers at
23   Avondale?
24   A.   States lines, cutters, and LASH lines.  That's
25   about all I can remember.

Page 23

1    Q.   Where would the Hopeman Brothers be working in
2    the states lines, these LASH lines, and these Coast
3    Guard cutters?
4    A.   We were working in the states rooms, kitchens.
5    Q.   Can you describe the sheetrock that you said
6    that you saw them using?  Can you describe what that
7    looked like?
8    A.   Well, it looked like a sandwich.  It was about
9    a inch thick, it had laminate on both sides, and it saw
10   -- they had to saw.
11   Q.   What would the Hopeman Brothers employees use
12   to saw these sheetrock boards?
13   A.   A skill saw.
14   Q.   And how big were the sheetrock boards?
15   A.   Four-by-eight.
16   Q.   By a skill saw, is that something commonly
17   referred to, like, as a power saw?
18   A.   Yeah.
19   Q.   What would put you in the vicinity of Hopeman
20   Brothers working aboard these Coast Guard cutters,
21   these LASH lines, and these States lines?
22   A.   I had to clean up before they put a fascia
23   board up, and if they wanted something painted, I had
24   to paint it.
25   Q.   How close, at times, would you be to Hopeman

Page 24

1    Brothers when they would be cutting this laminated
2    sheetrock board that you described?  How close would
3    you be?
4    A.   I'd be talking with some of them.
5    Q.   How close would that be?
6    A.   Like me and you.
7    Q.   And about how far are we apart?
8    A.   About three feet.
9    Q.   Could, sometimes, you be farther away, as
10   well?
11   A.   Yeah.
12   Q.   When you would see and witness the Hopeman
13   Brothers cutting this four-by-eight laminated
14   sheetrock aboard these various ships that you
15   described earlier, when they would do that with the
16   skill saw, did that affect the conditions of the air
17   around you?
18   A.   Oh, definitely.
19   Q.   Can you describe what you saw happen?
20   A.   The dust would fly.  Lots of it.
21   Q.   Did you breathe that dust?
22   A.   Huh?
23   Q.   Did you breathe that dust?
24   A.   Yeah.
25   Q.   Aboard these -- aboard these LASH lines and

Page 25

1    states lines, and Coast Guard cutters, where you
2    worked around and in the vicinity of Hopeman Brothers,
3    when you would be aboard those ships, can you estimate
4    how often you would be around Hopeman Brothers when
5    they were doing that kind of work as you just described
6    a moment ago?
7    A.   Most of the time when they was working, I was
8    there.
9    Q.   Did you ever see Hopeman Brothers -- how did
10   you know they were Hopeman Brothers?  That's my next
11   question.  How did you know that they were --
12   A.   They had it written on their badge and on their
13   hat, and they had orange hats.
14   Q.   Did the Hopeman Brothers, after they had --
15   strike that.  Do you remember what they would cut this
16   four-by-eight laminated sheetrock on when they were
17   doing that kind of work aboard the cutters, LASH lines,
18   and states lines?
19   A.   There was a special table, and they had -- I
20   don't know what they call them.  Sometimes they put it
21   on horses, and they cut it on there.
22   Q.   Do you ever remember any sort of special
23   ventilation or any sort of sucking device that would
24   prevent dust from getting into the air?
25   A.   They had a sucking device, but it wouldn't do



1  no good.
2      Q.   Where would that sucking device be?
3      A.   Air horns.  You know, sometimes they had big
4  fans blowing it out, but it wouldn't catch it all.
5      Q.   Are you talking about air horns?
6      A.   Yes.
7      Q.   Let me be more specific.  Do you ever remember
8  the Hopeman Brothers employees ever using any sort of
9  special ventilation on the tables themselves?
10     A.   No.
11     Q.   Were the air horns put in by Avondale?
12     A.   Yes.
13     Q.   And what do you recall the air horns and the
14 ventilation being used for?  Why were they used on
15 these ships?
16     A.   For the employees to get fresh air.
17     Q.   Let me finish up with Hopeman Brothers.  Did
18 they ever have to do anything to make sure their area
19 was clean before they moved on to the next area?
20     A.   Yes.
21     Q.   What did they have to do?
22     A.   They had to clean it, dust it down, wipe it
23 down, sweep it up.
24     Q.   Did that affect the conditions of the air
25 around you?

1      A.   Yes.  While you was dusting, the stuff would
2  fly up, and you're breathing it as you -- as you go.
3      Q.   These Coast Guard cutters that you worked on,
4  these LASH lines, and these states lines, did you work
5  on all of those ships between 1968 and 1980?
6      A.   Yes.
7      Q.   I'm going to just simply ask you this:  As we
8  sit here today, do you remember any particular names of
9  any of those ships?
10     A.   The LASH lines, Green Bear, Golden Bear, or
11 something like that.  That's about all I can -- I mean,
12 never paid no attention too much to the names.
13     Q.   And the sheetrock itself, the four-by-eight
14 laminated sheetrock, was there ever any name or any
15 sort of identifying mark on the sheetrock itself, that
16 you were aware of?
17     A.   I didn't see.
18     Q.   Let me talk to you here about your -- your
19 health for a minute.  You mentioned that you were
20 diagnosed with mesothelioma.
21     A.   Yeah.
22     Q.   Was that earlier this year?
23     A.   In December/January.
24     Q.   Of 2017?
25     A.   Yeah.

1      Q.   When you were first diagnosed with
2  mesothelioma, how much did you weigh?
3      A.   I weighed 191.
4      Q.   How much do you weigh today?
5      A.   About 121.
6      Q.   You've lost about 70 pounds?
7      A.   Yeah.
8      Q.   Since you've been diagnosed with your
9  mesothelioma, have you been going through any sort of
10 treatment to try and stop the growth of the
11 mesothelioma?
12     A.   Yeah.
13     Q.   What have you been --
14     A.   Been going for chemo.
15     Q.   How many chemotherapy treatments have you been
16 through so far?
17     A.   I believe it's four.
18     Q.   Can you quickly tell the jury -- and I think
19 this is probably self-evident by them watching you on
20 the video -- what have been the effects of that chemo
21 treatment on you?
22     A.   Well, cause me to lose my appetite, puke.  I
23 couldn't eat nothing, and I -- it gets me weak.  That's
24 why I'm in a wheelchair.  I can't work, can't do
25 nothing no more, what I used to do.

1      Q.   We'll talk about that, here, right at the very
2  end.  The chemo treatments -- well, I'll ask you this:
3  Are you -- are you on any pain medication?
4      A.   Yes.
5      Q.   What pain medication do you take?
6      A.   I got it with me.  I'm on morphine right now,
7  and I take this.  That's morphine (indicating).
8      Q.   And that's -- what you're handing me is -- you
9  take morphine --
10     A.   Yeah, that's morphine right here.
11     Q.   -- and you take some oxycodone?
12     A.   Yeah.
13     Q.   How often do you take this pain medication?
14     A.   Doctor told me take oxycodone whenever I need
15 it, and I got to take this twice a day (indicating).
16     Q.   Can you tell the jury, even when taking this
17 medication, what is your pain like when you take --
18 even when you take this medication?
19     A.   It hurts bad.  Very bad.  Makes a grown man
20 want to cry.
21     Q.   And you're holding your right side?
22     A.   It hurts all in here.  All in here
23 (indicating).
24     Q.   Does the pain ever go away?
25     A.   It never goes away.  It relieves, but it never



TEMPLET: ROBERT J.  TEMPLET, SR.

---

Page 30

1  goes away.
2       Q.   I want to ask you something, and I realize
3  this may not be very comfortable to talk about.  Over
4  the last week or so, have you been having some
5  additional problems where you had to go back to the
6  hospital?
7       A.   Yes.
8       Q.   Can you tell the jury what kind of problems
9  you've been having?
10      A.   I had -- that medicine locked my bowels, and I
11 had to go -- I had to go, and, I mean, it hurt.
12      Q.   Do you remember what they had to do to you at
13 the hospital?
14      A.   Yes.
15      Q.   What did they do?
16      A.   Give me a enema -- two enemas, and let me tell
17 you something.  That (unintelligible) was big.  It
18 hurt.  It took me -- took me an hour and 15 minutes to
19 pass that last lump, which almost was as big as a
20 baseball.
21      Q.   Who has been with you, and who's been taking
22 care of you --
23      A.   My son.
24      Q.   Which one?
25      A.   Darrell.

Page 31

1       Q.   Does Robert, Jr., help you when he can?
2       A.   When he comes home from work.
3       Q.   But Darrell's been the one that's been taking
4  you to the hospital and so forth?
5       A.   Yes.
6       Q.   Sir, can you just briefly tell us -- and this
7  is probably the last two or three questions I'm going
8  to ask you.  Can you tell the jury what it's been like
9  to be diagnosed and live with this disease over the
10 last six months?
11      A.   It's living hell.  I don't know how to answer
12 that.  It's been bad, though.  All you want to do is
13 sleep.  You can't go outside, you fall all the time,
14 you're weak.  It's hard.  It's very hard.
15      Q.   The last question I want to ask you is this:
16 Is there anything that you want to tell this jury
17 today about your disease and what you're going
18 through?
19      A.   Well, I don't know if I'll make it long enough
20 to see my sons live a good life, so that's about it.
21      Q.   Mr. Templet, thank you.  I told you I'd be
22 short with you today.  These other lawyers will have
23 some questions today.  We'll take a few-minute break
24 and continue at your pace, okay?
25      A.   Okay.

Page 32

1       Q.   Thank you.
2            VIDEOGRAPHER:     Going off the record at
3  9:48 a.m.
4            [Short recess was taken.]
5            MR. DEBLANC:     This is Francis Deblanc.
6  I'm here on behalf of one named defendant, but I'm
7  also here because I've been notified that we were a
8  potential third-party defendant that may be added to
9  the case at a later date.  We are in the same position
10 as Texaco, which -- who has already placed a
11 reservation of all exceptions on the record, and
12 defenses, and that, at no time, is my presence here
13 deemed to be a waiver of any of our rights,
14 affirmative defenses, or exceptions, that we are here
15 strictly as a courtesy with regards to notification
16 that we may be added as a third-party defendant, and
17 just in conversation with Mr. Perles, I wanted to make
18 sure that the reservation of all objections, including
19 form, responsiveness, etcetera, is going to be abided
20 by throughout the entire deposition, including during
21 his questioning, as it was during plaintiffs.  Is that
22 agreeable?
23            DEFENSE COUNSEL:     That's agreeable.
24            MR. O'CONNELL:     I need to state that
25 I will abide by that, as well, but only in the event

Page 33

1  that I don't have to instruct him not to answer based
2  on any sort of privilege or something of that nature,
3  which I do not think you're going to get into.
4            MR. DEBLANC:     Right, obviously.  No
5  problem.  Thank you.
6            VIDEOGRAPHER:     We're back on the record.
7  The time is 9:58.
8  EXAMINATION BY MR. PERLES:
9       Q.   Mr. Templet, good morning, sir.
10      A.   Good morning.
11      Q.   We met earlier, but, once again, my name is
12 Rick Perles, and I represent the interests of Avondale
13 Shipyard.
14      A.   Alright.
15      Q.   I want to ask you some follow-up questions.
16 If I ask you anything that you don't understand, would
17 you please stop me, and I'll be happy to rephrase or
18 repeat my question for you.
19      A.   Okay.
20      Q.   Alright.  If you need to take a rest at any
21 time, just let us know.  We're here at your
22 convenience, sir.
23      A.   Okay.
24      Q.   Do you know your Social Security number?
25      A.   Yes.



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 34

1    Q.   Are the last four numbers 1383?
2    A.   1386.
3    Q.   138 --
4    A.   No.  1383.
5    Q.   1383.  That's what I thought.  Okay, I just
6    wanted to verify that.
7    A.   I had to think, myself.
8    Q.   That's fine.  Now, I understand that you were
9    married to Dorothy from 1963 to 1973; is that correct?
10   A.   '63 to '73?
11   Q.   Are those the right dates?
12        MR. O'CONNELL:     2013.  Married to
13   Dorothy for many years.
14   BY MR. PERLES:
15   Q.   When did Dorothy pass away?
16   A.   In November 2013.
17   Q.   Okay, I have a typo here.  And you-all were
18   married that entire time?
19   A.   Sorry?
20   Q.   You were married to Dorothy that entire time?
21   A.   Yeah.
22   Q.   Was Dorothy a smoker?
23   A.   When she was a teenager.
24   Q.   Were you a smoker?
25   A.   When I was a teenager.  I quit in 1962.

Page 35

1    Q.   What was Dorothy's cause of death, sir?
2    A.   COPD.
3    Q.   Before you were married to Dorothy, were you
4    married to someone named Patsy?
5    A.   Yes, sir.
6    Q.   When did you divorce from Patsy?
7    A.   Eight months after we married.
8    Q.   Did you have any children with Patsy?
9    A.   No, sir.
10   Q.   Are your only children Darrell and Robert, Jr.?
11   A.   Living today, yes.
12   Q.   Okay.  How old is Darrell?
13   A.   Darrell is 46.
14   Q.   And what about Robert, Jr.?
15   A.   52.
16   Q.   And do they both live with you?
17   A.   Yes, sir.
18   Q.   Are either of them married?  Are either of your
19   sons married?
20   A.   Both of them were married, but they divorced.
21   Q.   What does Robert, Jr., do for a living?
22   A.   He cuts grass.
23   Q.   And what about Darrell?
24   A.   Darrell is handicapped.  He's got a split
25   spine.

Page 36

1    Q.   Is that something that he's had since birth?
2    A.   No.  He slipped on the job site.
3    Q.   Are either of your sons financially dependent
4    on you?
5    A.   No, they're not dependent on me, but -- well, I
6    would say yeah.  They're living with me.
7    Q.   Do they pay you any rent?
8    A.   Darrell pays the rent.  Robert, Jr., buys the
9    groceries.
10   Q.   Do you claim either of them as dependents on
11   your income tax form?
12   A.   I don't claim any dependents, no.
13   Q.   Have you ever worked with either of your sons?
14   A.   No.
15   Q.   How far did you go in school?
16   A.   Sir?
17   Q.   How far did you go in school?
18   A.   School?
19   Q.   Yes, sir.
20   A.   I was going to the 9th grade when I quit.
21   Q.   What elementary school did you attend?
22   A.   Westwego Elementary.
23   Q.   Did you go to middle school?
24   A.   I went to all three of them schools over
25   there.

Page 37

1    Q.   Okay, what were the names of the schools you
2    went to?
3    A.   The Catholic school, and I went to Westwego
4    Junior High, and then I went to the elementary.
5    Q.   Do you recall the name of the Catholic school?
6    A.   Everybody knows that.  I can't recall right
7    now.
8    Q.   Alright, if it comes to you, will you let me
9    know?
10   A.   I'll let you know.
11   Q.   Did you go to Westwego High School?
12   A.   Yes.
13   Q.   Is that where you went to 9th grade?
14   A.   Sir?
15   Q.   Is that where you went to 9th grade, at
16   Westwego High School?
17   A.   Almost to 9th grade.
18   Q.   I want to talk to you for a little bit about
19   the different places where you have lived, okay?
20   A.   (Witness nods head.)
21   Q.   Do you remember where you grew up as a child?
22   A.   Yes.
23   Q.   Where was that?
24   A.   615 Urbandale Street, Marrero.
25   Q.   And what years did you live there?



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 38

1   A.   All my life, from a baby to -- till when I got
2   married.
3       Q.   What year would that have been?
4       A.   Oh, man.  1937 to in the 50s.
5       Q.   Okay.  Now, I understand that from 1957 to
6   1964, you lived at 900 Urbandale; is that correct?
7       A.   Yes.
8       Q.   And I understand that there was someone else
9   who lived at that address named Camilla Boudreaux.
10      A.   Yes, sir, my grandmother.
11      Q.   Your grandmother, okay.  And I understand that
12  the city changed the number -- the street numbers at
13  some point, and I think that 900 Urbandale was later
14  changed to 600 Urbandale.  Is that --
15      A.   Yeah.  All mixed up.
16      Q.   And then in 1965, do you remember living at 709
17  Chipley in Marrero?
18      A.   Yes.
19      Q.   Did you have a driveway at 709 Chipley?
20      A.   Yes.
21      Q.   Can you tell us what that driveway was made out
22  of?
23      A.   Shells.  Clamshells.
24      Q.   Do you recall that there was a Johns-Manville
25  factory on 4th Street in Marrero?

Page 39

1       A.   (Witness nods head.)
2       Q.   And you have to give your answers out loud,
3   sir.
4       A.   Yes.
5       Q.   Thank you.  Were you aware that the
6   Johns-Manville factory used to give away scrap
7   materials for people to put in their driveways?
8       A.   Yes.
9       Q.   And that scrap material contained asbestos,
10  correct?
11      A.   Asbestos.
12      Q.   Okay.  Were you aware that the government came
13  and removed scrap asbestos materials at a later date
14  off that property at 709 Chipley?
15      A.   No.
16      Q.   Did you know that there was asbestos on the
17  property at 709 Chipley?
18      A.   No.
19      Q.   Was it common for people who lived in Marrero
20  to get some of that Johns-Manville scrap material from
21  the factory?
22      A.   Yes.
23      Q.   Did you live near people who had Johns-Manville
24  driveways?
25      A.   Yes.  My dad did.

Page 40

1       Q.   Okay, was that at 615 Urbandale?
2       A.   Urbandale Street, yes.
3       Q.   You had a scrap driveway there?
4       A.   Yes.  He had a driveway up to the kitchen, and
5   the kitchen had sidewalk all the way to grandma's
6   house.
7       Q.   Where did grandma live?
8       A.   In the back.
9       Q.   Oh, she had a separate --
10      A.   Separate dwelling.
11      Q.   And that was out in your backyard?
12      A.   Yes.  About two hundred feet.
13      Q.   If I give you a clean piece of paper off my
14  pad, here, could you draw me a layout of where the
15  houses were and where the driveway was?
16      A.   Here's my house, here's grandma's house.
17  There's the sidewalk all the way here, coming here, and
18  all this was asbestos, right in here (indicating).
19      Q.   Let's label a few things, here.  So I'm going
20  to -- this is 615 Urbandale?
21      A.   Yes.
22      Q.   I'm going to write "615" on that block.
23      A.   Yeah.
24      Q.   Now, where was Urbandale Street?
25      A.   Right here (indicating).  It had a small road

Page 41

1   to go into there.
2       Q.   Alright, so this line that you've put here is
3   Urbandale?
4       A.   Urbandale.
5       Q.   Okay, let's write "Urbandale" on there.  Your
6   grandma lived back here (indicating)?
7       A.   Yes, sir.
8       Q.   I'm going to write "grandma" on this block?
9       A.   Okay.
10      Q.   Now, was this -- this walkway that connected
11  your house to your grandma's house, was that made of
12  asbestos?
13      A.   Yes, sir.
14      Q.   Okay, let's write "asbestos" along there.
15  Now, was the asbestos the entire length of this
16  walkway?
17      A.   Yes, sir.
18      Q.   Alright, I'm going to put a little line on
19  each side of that to indicate that that whole thing
20  was covered with asbestos, and then did you say that
21  this part out here was asbestos (indicating)?
22      A.   Yes, sir.
23      Q.   Was this a pad?  Like, a place to park a car?
24      A.   A pad to park a car.
25      Q.   Yes, sir.  Okay, let's see.  I'm going to put



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 42

1 the word "asbestos", and I'm going to write "car
2 park."  And what about this curved line that you've
3 drawn here, that --
4      A.   That was a sidewalk.
5      Q.   That's a sidewalk, okay.  Was that asbestos, as
6 well?
7      A.   Yes.
8      Q.   Alright, I'm going to put a squiggly line to
9 that and say "asbestos sidewalk."  And then you said
10 there was a little road that connected your car park to
11 Urbandale Street?
12      A.   Yeah, like a side street, you know; a dead
13 end.
14      Q.   What was that little side street covered with?
15      A.   Rocks.
16      Q.   Was that asbestos or something else?
17      A.   No.  Rocks.
18      Q.   Okay.  Can you describe what all that asbestos
19 material looked like?
20      A.   It was gray, white, and you could -- he had a
21 whole dump truckload dumped right there (indicating).
22      Q.   And you've drawn a little circle here at the
23 corner of 615 and --
24      A.   Yeah.  That's where he dumped the whole load
25 for us, to put all this down.

Page 43

1      Q.   When you say "he" dumped it, who was he?
2      A.   I don't know.  I was a small boy then.  They
3 dumped it there so we could use it as a driveway.
4      Q.   I understand.  Were you home when they dumped
5 it?
6      A.   Yes.
7      Q.   Was it dusty when they dumped it?
8      A.   Yeah, it was dusty.
9      Q.   Did you breathe some of that dust?
10      A.   No.  I didn't.  I can't say I did.
11      Q.   How far were you away from where they dumped
12 it?
13      A.   I watched them.
14      Q.   Okay.  How old were you?
15      A.   Probably a small tyke.  I was about 11 or 12.
16      Q.   11 or 12, so that would have been around 1949
17 or '50?  Does that sound about right?
18      A.   Yeah.
19      Q.   Did you help your dad --
20      A.   I helped him mix it.
21      Q.   You helped him mix it?
22      A.   Yeah.
23      Q.   And did you help him spread that asbestos out
24 onto the car park area?
25      A.   Uh-huh.

Page 44

1      Q.   Did you help him spread some of that asbestos
2 onto the sidewalk?
3      A.   We did it all.
4      Q.   And so onto the sidewalk and onto the walkway
5 that went to grandma's house?
6      A.   Yeah.
7      Q.   And you helped spread that asbestos all through
8 there?
9      A.   Yes.
10      Q.   Would it be a fair assumption on my part that
11 you did not wear any sort of a --
12      A.   No.
13      Q.   -- mask or respirator?
14      A.   Nothing.
15      Q.   Nobody knew from that back then, did they?
16      A.   No.
17      Q.   Could I get you to sign your name down here on
18 the corner?
19      A.   (Witness indicates.)
20      Q.   Thank you, sir, we'll attach that.  I'll mark
21 this as Exhibit 2.  Thank you, Mr. Templet.
22      A.   You're welcome.
23           MR. O'CONNELL:    And, of course, all
24 objections are reserved to the exhibits that are
25 attached?

Page 45

1           MR. PERLES:       That's our agreement,
2 that all objections are reserved.
3 BY MR. PERLES:
4      Q.   I understand that in 1966, you lived at 666-1/2
5 Victory Drive in Westwego?
6      A.   Yeah.
7      Q.   And we have some records of where the
8 government came later and removed that Johns-Manville
9 asbestos.
10      A.   I didn't see him.
11      Q.   Did you -- I understand that they took asbestos
12 out from number 667 Victory Drive?
13      A.   I don't know where that's at.
14      Q.   Who was your neighbor on Victory Drive?
15      A.   Mr. Griffin.
16      Q.   Do you know if he lived at 667?
17      A.   I don't know.
18      Q.   In 1968, did you move to 515 Westwood Drive?
19      A.   Yes, sir.
20      Q.   And did you know that the government later came
21 and removed asbestos from that property?
22      A.   No.
23      Q.   Do you remember there being asbestos there?
24      A.   I don't remember it being there.
25      Q.   Fair enough.  In 1973, did you move to 4026



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 46

1   School Drive?
2       A.   I may have.  I moved plenty places.
3       Q.   Okay.  And then I think the last one in 1974,
4   you moved to the Justice Trailer Park?
5       A.   Yes.
6       Q.   And that's 5728 4th Street?
7       A.   Uh-huh.
8       Q.   In Marrero?
9       A.   Yes.
10      Q.   And, of course, the old Johns-Manville plant is
11  on 4th Street in Marrero, correct?
12      A.   Do what?
13      Q.   The old Johns-Manville plant is also on 4th
14  Street?
15      A.   Yes.
16      Q.   Can you see the Manville plant from your
17  trailer?
18      A.   From my house, yeah.
19      Q.   Do you know about how far it is from your
20  house?
21      A.   I'd say about 15 hundred feet to a thousand --
22  two thousand.
23      Q.   Okay.  Do you know if there's any of that old
24  Johns-Manville asbestos in the trailer park?
25      A.   No.  I never seen none.

Page 47

1       Q.   Now, I understand your father was named
2   Sebrin?
3       A.   Sebrin, yeah.
4       Q.   Is he deceased now?
5       A.   He's deceased.
6       Q.   What was his cause of death, sir?
7       A.   Sir?
8       Q.   What was his cause of death?  What was his
9   cause of death?
10      A.   Heart attack.
11      Q.   Thank you.  What did your father do for a
12  living?
13      A.   He worked for a consignee company, selling gas
14  and things like that.
15      Q.   Did he ever work at Avondale?
16      A.   Him?  No.
17      Q.   Now, I understand that, for a time, he worked
18  as a laborer at Texaco?
19      A.   Me?
20      Q.   No, your dad.
21      A.   Yes.
22      Q.   Did he work at one of their refineries?
23      A.   No.  On Peters Road.
24      Q.   Tell me what he did for -- what he did for
25  Texaco.

Page 48

1       A.   Me?
2       Q.   No, no.  Your dad.
3       A.   He was a bookkeeper.
4       Q.   When he worked at Texaco, was he a bookkeeper
5   there?
6       A.   Him?  Yeah.
7       Q.   Did he ever work at Texaco as a laborer?
8       A.   No.  Well, he did all kinds of work over
9   there, you know, to get the job done, and most of it
10  was bookkeeping.
11      Q.   What kind of operation did Texaco have out on
12  Peters Road?
13      A.   He was a consignee for the refinery.  He
14  worked for the refinery.  He would send trucks out to
15  make sure that all the contractors were getting gas and
16  things like that.
17      Q.   Did your dad work out in the refinery where
18  they were making gasoline?
19      A.   No.
20      Q.   Do you have any reason to think your dad
21  worked around anything that contained asbestos at
22  Texaco?
23      A.   No.
24      Q.   Did he work in an office, or out in the plant?
25      A.   In the office.

Page 49

1       Q.   What type of clothes did your dad wear to
2   work?
3       A.   A uniform.  Texaco uniform.
4       Q.   What did it look like?
5       A.   It was green.
6       Q.   Did he have to wear steel-toed shoes to work?
7       A.   No.
8       Q.   Did he have to wear a hardhat at work?
9       A.   No.
10      Q.   Did your dad ever work at the Celotex plant in
11  Marrero?
12      A.   No.
13      Q.   Now, I understand that your mother is deceased,
14  also.
15      A.   Sir.
16      Q.   Is your mother deceased?
17      A.   Yes, sir.
18      Q.   What was her cause of death?
19      A.   Cirrhosis of the liver.
20      Q.   Did your mother ever work outside the home?
21      A.   No.
22      Q.   How many brothers and sisters did you have?
23      A.   I had two brothers and four sisters.
24      Q.   Now, I understand your brother, Herbert, worked
25  at Avondale as a spray-painter.



TEMPLET: ROBERT J. TEMPLET, SR.

Page 50

1    A.  Right.
2    Q.  Is Herbert alive?
3    A.  Sir?
4    Q.  Is Herbert still alive?
5    A.  No, he's dead.
6    Q.  Did you ever work with Herbert at Avondale?
7    A.  No.  He worked at night.  I worked in the
8    daytime.
9    Q.  Okay.  When the two of you were working at
10   Avondale, did you live together?
11   A.  Did we live together?
12   Q.  Yes, sir.
13   A.  No.
14   Q.  Do you have a brother named Harry?
15   A.  Yes, sir.
16   Q.  Is Harry still alive?
17   A.  No.  He's deceased.
18   Q.  Did he ever work at any industrial jobs?
19   A.  Industrial?
20   Q.  Uh-huh.
21   A.  Me?
22   Q.  No, your brother, Harry.
23   A.  He worked for Schlumberger.
24   Q.  What did he do there?
25   A.  He was a cable technician.

Page 51

1    Q.  Do you know if he worked around any asbestos?
2    A.  No, sir.
3    Q.  Did any of your brothers-in-law, the men who
4    were married to your four sisters, did any of them work
5    at Avondale?
6    A.  No.
7    Q.  Okay.  When you were growing up, when you
8    lived at 615 Urbandale, did anybody else besides your
9    immediate family members live in the house with you?
10   A.  No.  Oh, yeah, yeah, yeah.  My two sisters,
11   June and Beverly, they lived with us.
12   Q.  Other than your brothers and your sisters and
13   your parents, did anybody else live in the house with
14   you when you were growing up?
15   A.  When I was growing up?
16   Q.  Yes, sir.
17   A.  The family was there, yeah.
18   Q.  Anybody else?
19   A.  My little niece.
20   Q.  Anybody besides your niece?
21   A.  No.
22   Q.  I was a little curious about your time with
23   the Marines.  You said you were in the Marine
24   Reserves?
25   A.  Marine Reserve, yeah.

Page 52

1    Q.  Was that different from the regular Marine
2    Corps?
3    A.  Yeah.
4    Q.  Were you ever in the regular Marines?
5    A.  No.
6    Q.  What did you do in the Reserves?
7    A.  Went to drill, like that -- oh, man, I can't
8    think; like the National Guard, you know.
9    Q.  I understand.  Do you have any reason to think
10   you were exposed to any asbestos when you were in the
11   Marine Reserves?
12   A.  No.
13   Q.  You told us that you smoked as a teenager.
14   A.  Uh-huh.
15   Q.  Did you smoke up until about age 26?
16   A.  Maybe.  It could be.
17   Q.  Okay.  And did you smoke about a pack a day?
18   A.  No.
19   Q.  How much --
20   A.  No.
21   Q.  How much do you think you smoked?
22   A.  About ten a day.
23   Q.  What brands did you smoke?
24   A.  Viceroy.
25   Q.  Were those filtered or unfiltered?

Page 53

1    A.  Filtered.
2    Q.  I want to change gears with you and talk about
3    some of the places that you worked before you worked at
4    Avondale, okay.  Do you recall the very first job that
5    you had?
6    A.  Texaco.
7    Q.  And what sort of work did you do at Texaco?
8    A.  I used to fuel up boats.  Fuel boats.
9    Q.  Yes, sir.
10   A.  Pump oil.  That's about it.
11   Q.  Where did you work for them?
12   A.  Huh?
13   Q.  Where did you work for Texaco?
14   A.  On Peters Road.
15   Q.  Did your dad get you that job?
16   A.  Yes.  Because I quit school.  He said, "You're
17   not going to lay around the house."
18   Q.  Good advice.  Did you do any mechanic work at
19   Texaco?
20   A.  No.
21   Q.  Do you think you had any exposure to asbestos
22   at Texaco?
23   A.  No.
24   Q.  What's the next place you worked after that?
25   A.  I can't remember.



TEMPLET: ROBERT J. TEMPLET, SR.

Page 54

1   Q.   Did you work for a company called Bell
2   Transportation?
3   A.   Yes.
4   Q.   What did you do there?
5   A.   I used to fill the trucks with gas when they
6   come in, and change the oil and go grease them, then go
7   park them.
8   Q.   Did you do any brake work on those trucks?
9   A.   Very little.  They had a mechanic, but I used
10  to help him.
11  Q.   Tell us how you would help the brake mechanic.
12  A.   I'd go get the parts for him.
13  Q.   Do you remember him changing the brake shoes?
14  A.   Yeah.
15  Q.   Would he blow out the brake drums with
16  compressed air?
17  A.   Yeah.
18  Q.   How far away were you from him when he would
19  blow the drums out?
20  A.   I was standing up watching him.  It was like
21  you sitting there.
22  Q.   Two or three feet away?
23  A.   Yeah.
24  Q.   How often would he blow out the drums on the
25  brakes?

Page 55

1   A.   I don't know.
2   Q.   Was that something that happened every week?
3   A.   Most of the time, I was in the grease room and
4   he was doing that.
5   Q.   Did you work for Bell Transportation from 1955
6   to 1957?
7   A.   Probably.
8   Q.   Okay, and during those two years, do you think
9   the mechanic was changing out brakes every week, on
10  average?
11  A.   Well, it depends.  Sometimes the truckers come
12  in and tell you, "Set my brakes."  You just set them,
13  you know.  That's about all.
14  Q.   Can you give us any better idea of how often
15  you would have been around when the mechanic was
16  blowing out the drums?
17  A.   Well, it depends how many trucks I had to
18  service, you know; about once, maybe twice a week.
19  Q.   Do you recall where you worked -- before we
20  get away from Bell, you never used a dust mask or a
21  respirator at Bell, did you?
22  A.   No.  They never had that over there.
23  Q.   Okay.  Do you recall where you worked after
24  Bell?
25  A.   It may have been Continental Grain Company.

Page 56

1   Q.   What did you do at Continental?
2   A.   We'd run ship mix, we'd grease the roller
3   bearings on the belts.  That's about it.  Sometime we
4   changed the buckets on the belt; if one comes loose,
5   change it.
6   Q.   Was that a conveyor belt to move grain?
7   A.   Yeah.  It goes up and down.
8   Q.   Into the grain elevator?
9   A.   Yeah.
10  Q.   Okay.  Do you remember there being any
11  equipment at Continental Grain that was insulated with
12  asbestos?
13  A.   No.
14  Q.   Do you have any reason to think you were
15  exposed to any asbestos at Continental?
16  A.   No, not unless the belts had asbestos in it.  I
17  don't know.
18  Q.   Did anybody ever tell you that the belts had
19  asbestos?
20  A.   Sir?
21  Q.   Did anyone ever tell you the belts had asbestos
22  in them?
23  A.   No.
24  Q.   From 1957 to 1967, did you drive trucks for
25  Texaco?

Page 57

1   A.   Yes.
2   Q.   Were those gasoline trucks?
3   A.   Yes.
4   Q.   Would you load up at a refinery?
5   A.   Have to load up at the refinery.
6   Q.   Where was that refinery?
7   A.   On River Road, Marrero.
8   Q.   Where would you make deliveries to?
9   A.   Contractors.
10  Q.   I'm not sure what that means.  Can you explain
11  that to me?
12  A.   Like T.L. James & Company, I delivered to
13  them, deliver to privately-owned people.  It was mostly
14  500 gallons at a time.
15  Q.   So you were delivering tanks full of gasoline?
16  A.   Yes.  They'd have the tank, and you go fill it
17  up.
18  Q.   When you went to load up your truck at the
19  Texaco refinery, do you remember working around any
20  equipment that had pipe covering on it?
21  A.   Had what?
22  Q.   Pipe covering.  Insulation on the piping.
23  A.   No.  No pipe covering.
24  Q.   Do you recall being around any equipment in
25  the refinery that had any sort of asbestos or any sort



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 58

1  of insulation on it?
2      A.   No, sir.
3      Q.   Do you recall seeing any insulators at Texaco?
4      A.   No, sir.
5      Q.   And what about at the places where you made
6  your deliveries to, where you dropped off the gasoline
7  at the other end?
8      A.   It was a open area.
9      Q.   Okay.  Now, I understand that, back in the
10  1960s, you belonged to a union?
11      A.   Yeah, but I don't recall the one.
12      Q.   Do you recall where you were working when you
13  were in the union?
14      A.   At Continental.
15      Q.   At Continental, okay.  Did the union ever send
16  you any sort of a magazine or a newsletter?
17      A.   No.
18      Q.   Did anybody from the union ever tell you that
19  asbestos was hazardous for your health?
20      A.   I never knew about asbestos.
21      Q.   Alright.  Are you ready to talk about Avondale
22  a bit?
23      A.   Yeah, let's go.
24      Q.   You don't need a rest?
25      A.   No, I'm alright.

Page 59

1      Q.   Okay, fair enough.  We have a copy of your
2  Avondale personnel record, and we produced a copy to
3  Mr. O'Connell a few days ago.  Have you looked at that
4  to prepare for your deposition today?
5      A.   No.
6      Q.   According to the record, you started at
7  Avondale on May 17 of 1968.  Does that sound right?
8      A.   What?
9      Q.   According to the personnel file, you started at
10  Avondale on May 17, 1968.  Does that sound --
11      A.   Started in 1968?
12      Q.   Uh-huh.
13      A.   Yes.
14      Q.   That sounds correct?
15      A.   January.
16      Q.   What the record shows is that you were at
17  Avondale from May to August of '68, and then you took a
18  little break, and you came back in January of '69.
19      A.   Yeah.
20      Q.   Does that refresh your recollection?
21      A.   Yes.
22      Q.   Okay.  Now, during 1968, according to the
23  record, you worked as an outside machinist's helper?
24      A.   Yes.
25      Q.   And then when you came back in 1969, that's

Page 60

1  when you went into the paint department?
2      A.   Yeah.
3      Q.   Does that sound right?
4      A.   Yes.
5      Q.   Okay.  Now, to start out with, I want to talk
6  to you about the work you did in 1968, which is when
7  you were working as an outside machinist's helper.
8  That's before you were a painter, okay?
9      A.   Uh-huh.
10      Q.   Alright.  Can you tell me what -- what sort of
11  work you did as an outside machinist's helper?
12      A.   We used to put little frames around the boats,
13  around the machines, and fill it up with some kind of
14  cement.
15      Q.   Was that on board the boats?
16      A.   Yes, on the ships.
17      Q.   Was that in the engine rooms?
18      A.   Who?
19      Q.   Were you working in the engine rooms?
20      A.   No.  That was to -- to tighten down real good
21  the winches on the boat.
22      Q.   Were those anchor winches?
23      A.   No.
24      Q.   What kind of winches?
25      A.   I don't know.  I was just a helper.

Page 61

1      Q.   When you were a machinist's helper, did you
2  work with any pumps or valves?
3      A.   Big valves.  I worked with them, yeah.
4      Q.   Big valves?
5      A.   (Witness nods head.)  Big valves, yeah.
6      Q.   Can you describe for us how big the valves
7  were?
8      A.   Sir?
9      Q.   How big were the valves?  Can you describe
10  them?
11      A.   I couldn't pick them up.
12      Q.   Can you give us an idea of how large they
13  were?
14      A.   They were about that high (demonstrating).
15      Q.   So they might stand three or four feet high?
16      A.   Yeah.
17      Q.   Okay.  Did those valves have any insulation on
18  them?
19      A.   No.
20      Q.   Did you ever have to open them up and do any
21  work on the insides of the valves?
22      A.   No.
23      Q.   Do you remember the company that made the
24  valves?
25      A.   No.



TEMPLET: ROBERT J. TEMPLET, SR.

Page 62

1    Q.    Now, you told us you worked around these
2  winches.  Can you describe for us what part of the
3  ships those winches were in?
4    A.    The winches were on deck.
5    Q.    On the main deck?
6    A.    On the main deck.
7    Q.    Do you remember any of the men you worked with
8  when you were a machinist's helper?
9    A.    Manual work?  I used to go get the parts.
10  Whenever they needed something, I'd go down off the
11  boat and get it.
12    Q.    I'm not sure you heard my question clearly.
13  Do you remember the names of any of the men that you
14  worked with as a machinist's helper?
15    A.    Oh, no.  Heavens, no.
16    Q.    Do you remember a machinist by the name of Tony
17  Dufresne?
18    A.    Who?
19    Q.    Tony Dufresne?
20    A.    No.
21    Q.    What about Charles Poche?
22    A.    No.
23    Q.    Ricky Dufresne?
24    A.    No.
25    Q.    Philip Prince.

Page 63

1    A.    No.
2    Q.    Dominick Lala.
3    A.    Yeah.
4    Q.    What do you remember about Mr. Lala?
5    A.    That was my friend.  I grew up with him.
6    Q.    Did you ever work with him at Avondale?
7    A.    No, I never worked with him.
8    Q.    What about a fellow named Clemcy Legendre?
9    A.    No.
10    Q.    Do you remember what types of ships you worked
11  on as a machinist's helper in 1968?
12    A.    (Witness shakes head.)
13    Q.    No?
14    A.    Nope.
15    Q.    Did you work at the main yard?
16    A.    Main yard.
17    Q.    Did you work at any other Avondale facilities?
18    A.    No.
19    Q.    During those first few months that you worked
20  for Avondale back in 1968, can you recall working with
21  or around any asbestos?
22    A.    Not when I was a machinist.
23    Q.    Not as a machinist?
24    A.    No.
25    Q.    Okay.  As a machinist, did you ever work inside

Page 64

1  engine rooms?
2    A.    I can't recall.
3    Q.    Alright, let's jump forward a couple of months
4  in time to January of 1969, okay?
5    A.    (Witness nods head.)
6    Q.    And you come back to Avondale, and you go into
7  the paint department.  Now, you told us -- well,
8  before we get to 1969, if your Avondale records show
9  that, in June of 1968 -- that would have been while
10  you were still a machinist's helper.  If your records
11  show that you worked on a States lines vessel called
12  the "Montana", would you agree with what's in your
13  record?
14    A.    I guess.
15    Q.    And I'll tell you what I'm looking at.
16  There's a -- there's a little accident report that
17  says on June 21 of 1968, you were on the Montana, and
18  that you stooped down to pick up a welding torch, and
19  you scratched your face on a brace and you had to get
20  some medical attention for that.
21    A.    No.  A piece of pipe come down from some --
22  something up there and hit me in the side of the head,
23  and I had to get medical attention.
24    Q.    Yep.  It shows that on June 29th of 1968.
25    A.    Yeah.

Page 65

1    Q.    Alright, we'll attach this as Exhibit No. 3.
2  Now, when you went into the paint department, did you
3  start as a helper?
4    A.    Started as a helper.
5    Q.    And then you worked your way up to become a
6  journeyman painter?
7    A.    Yes.
8    Q.    Did you do brush-painting?  Did you do
9  brush-painting?
10    A.    Yes.
11    Q.    And spray-painting?
12    A.    And spray-painting.
13    Q.    Okay.  Generally speaking --
14    A.    Sir?
15    Q.    Generally speaking, as a painter, you wouldn't
16  want the paint that you were applying to get dirty with
17  other material, would you?
18    A.    The paint that I was applying?
19    Q.    Yeah.
20    A.    The only things I know, it was -- well, we
21  didn't know too much about the paints.  All we did was
22  paint.
23    Q.    Alright, let me rephrase that question.  When
24  you were a painter, if you put down a coat of paint,
25  you wanted that paint to dry and have a nice finish on



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 66

1  it, right?
2     A.   Yes.
3     Q.   Okay.  You wouldn't want sawdust to get on your
4  paint, would you?
5     A.   No.
6     Q.   And stick in the paint?
7     A.   Right.
8     Q.   And you wouldn't want sandblasting sand to --
9     A.   Right.
10    Q.   -- stick in your paint, right?
11    A.   (Witness nods head.)
12    Q.   You didn't want any kind of dust to stick in
13 your paint, correct?
14    A.   Right.
15    Q.   Okay.  When you were doing your painting, were
16 you typically away from other crafts so that your
17 paint didn't get contaminated with other materials?
18    A.   Right.
19    Q.   Okay.  Now, as a helper, as a painter's
20 helper, would you clean up the area that had to be
21 painted before the journeyman painters came and applied
22 the paint?
23    A.   Yes.
24    Q.   Alright.  Tell us exactly how you would clean
25 up the areas on the ship to make them ready for the

Page 67

1  painters.
2     A.   We would take an air hose and blow it down,
3  blow the dust off the wall, make sure there's no grit
4  in the paint.
5     Q.   Okay.
6     A.   And then we'd snipe the hose up with the paint
7  that we was going to paint with.  That's it, then you
8  paint.
9     Q.   Would you sweep up the decks?
10    A.   Sweep it up, yes.  Lots of it.
11    Q.   Did you use a broom to do that?
12    A.   We couldn't.  We had to use a little duster, a
13 four-inch paintbrush to paint with.
14    Q.   No, I'm talking about the clean up the deck.
15    A.   Yeah, the deck, you use a four-inch paint
16 brush.  If it was a flat deck, you could do that, but
17 when they had beams there, you had to blow it down.
18    Q.   Okay.  When the painters came in, was that area
19 all clean?
20    A.   Yes.  Supposed to be.
21    Q.   Now, as you moved up through the ranks and you
22 became the journeyman painter, when you came into an
23 area --
24    A.   I never was a journeyman painter.  If they put
25 me as one, I don't know.

Page 68

1     Q.   Bear with me for one second, sir.  Alright,
2  now, you started out in 1969 as a painter's helper.  Do
3  you recall working under Mr. Foster?
4     A.   Foster?
5     Q.   Yes, sir.
6     A.   Yes.
7     Q.   Okay.  And then later on, you were working as a
8  painter's helper under Mr. Calzeda?
9     A.   Yes.
10    Q.   In April of 1970, did you get a promotion to
11 be a painter?  Not a helper, but a painter under Mr.
12 Calzeda?
13    A.   I didn't know about it.
14    Q.   And then, according to your time card, in
15 1971, you became a second-class painter.  Do you
16 recall that?
17    A.   I recall that, yes.
18    Q.   And in September of 1973, you got a raise, and
19 you were bumped up to a first-class painter.  Do you
20 recall that?
21    A.   Yes.
22    Q.   And then in 1975, you got reclassified as a
23 sandblaster?
24    A.   Painter/blaster.
25    Q.   You were working under Mr. Tregg?

Page 69

1     A.   Yeah.  He had to do that, for some reason or
2  other.  He told me.  I forgot.
3     Q.   Did your work change when you were
4  reclassified as a sandblaster?
5     A.   Yeah, but I never did blast.
6     Q.   You did not sandblast?
7     A.   No.
8     Q.   And the record shows that in 1976, you were
9  classified as a sandblast/painter specialist.  Do you
10 recall that?  You got a little bit of a raise there, as
11 well?
12    A.   Yeah.  Okay.
13    Q.   So you weren't a helper the whole time you were
14 at Avondale, were you, sir?
15    A.   Pretty close?
16    Q.   Well, you moved up and you were classified as a
17 painter starting in 1970, correct?
18    A.   (Witness nods head.)
19    Q.   Now, as a helper, did you do mostly cleanup?
20    A.   What's known as "dirty man", yeah.
21    Q.   And, at a certain point, you became the fellow
22 who was putting the paint on the walls, right?
23 Correct?
24    A.   Putting it on the walls?
25    Q.   The walls or whatever needed to be painted.



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 70

1   A.   No.  Used to mix paint.
2   Q.   You mixed paint, okay.  Did you ever apply the
3   paint?
4   A.   I applied a couple of times.  That's about
5   all.  The man just wanted to see what I could do, so I
6   did it, because they had other painters.
7   Q.   I found some other accident reports in your
8   personnel file, and I want to go through these with
9   you, sir.  There's an accident report from November of
10  1978 that said you had an injury to your right elbow
11  working in the engine room of an Exxon tanker.  Do you
12  recall that?
13  A.   I don't recall the tanker, but I recall hitting
14  my elbow, and it caused a lump to come up.
15  Q.   And you told Mr. O'Connell earlier that you did
16  some work on tankers, right?
17  A.   Yes.
18  Q.   Okay.  And those were the Exxon tankers?
19  A.   Exxon, yeah.
20  Q.   We'll go ahead and attach this as Exhibit 4.
21  When you were in the engine room of the Exxon tanker,
22  did you work around insulators?
23  A.   Yes.
24  Q.   Did you do any work on the tankers up in the
25  staterooms and the galleys?

Page 71

1   A.   Yes.
2   Q.   Did you work around Hopeman Brothers on the
3   tankers?
4   A.   Yes.
5   Q.   Did you see Hopeman Brothers cutting
6   wallboards, the way you described to us, on the
7   tankers?
8   A.   Yes.
9   Q.   Now, let me ask you about the work that you
10  saw insulators do.  You told us that you saw them
11  putting Kaylo and Johns-Manville pipe covering on
12  pipes, correct?
13  A.   Yeah.
14  Q.   Alright.  Can you tell us what you remember
15  about the process they followed to put that insulation
16  on the pipes?
17  A.   Well, I -- the process was to -- to put on a
18  pipe?
19  Q.   Right.
20  A.   They had to clean the welds off, paint them,
21  take a measurement, and then come back and put the
22  Kaylo.
23  Q.   What did they -- do you remember what they used
24  to hold the Kaylo on the pipes?
25  A.   Some kind of tape, paste.

Page 72

1   Q.   Do you remember seeing insulators use some
2   pieces of wire to tie the Kaylo on the pipes?
3   A.   Yes.
4   Q.   Okay.  Do you remember seeing the insulators
5   cut a piece of asbestos cloth and then wrap that around
6   the Kaylo?
7   A.   Right.
8   Q.   You remember seeing that?
9   A.   I remember seeing that.
10  Q.   Do you remember seeing the insulators cut the
11  cloth?
12  A.   I seen them cut the Kaylo.
13  Q.   Okay.  Do you remember them cutting the cloth,
14  also?
15  A.   Sir?
16  Q.   Do you remember them cutting the cloth, also?
17  A.   Yeah, with scissors.
18  Q.   Okay.  And then they would -- do you remember
19  seeing them put that glue on top of the cloth to hold
20  the whole thing together?
21  A.   Yes.
22  Q.   Okay, that whole assembly of insulation?
23  A.   The whole assembly.
24  Q.   Okay.  Do you remember that the glue would drip
25  onto the deck?

Page 73

1   A.   Yes.
2   Q.   And it would dry on the deck?
3   A.   (Witness nods head.)
4   Q.   Correct?
5   A.   Yes.
6   Q.   When you did your cleanup work, would you have
7   to scrape that glue off of the deck?
8   A.   With a scraper, yeah.
9   Q.   Like a little paint scraper?
10  A.   Yes.
11  Q.   Did that make some dust?
12  A.   Yes.
13  Q.   Did you breathe that dust?
14  A.   Yes.
15  Q.   And you told Mr. O'Connell that you worked on
16  some destroyer escorts, correct?
17  A.   Yes.
18  Q.   And I have some accident reports that show
19  that you had different types of minor accidents on
20  board a DE called the Owlet, and there's another one
21  here for a DE called the Bowen, and a third one on a
22  DE that was called the Tripp, and another one on a DE
23  called the Blakey.  If you have these accident reports
24  in your file that identify the names of some of the
25  DEs you worked on, you wouldn't have any reason to



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 74

1   disagree with what's in the records, would you?
2       A.   Depends what the accident's for.
3       Q.   Well, we can talk about that.
4           MR. O'CONNELL:   I don't think he's going
5   to dispute what's in those records, and I'll stipulate
6   that he's not going to dispute what's written down,
7   and I think the testimony is clear he worked on most,
8   if not all, the destroyer escorts, and I think those
9   are relatively consistent with his prior testimony.
10          MR. PERLES:      I would agree with that.
11  We will attach the four accident reports related to the
12  DEs en globo as Exhibit 5.
13          MR. O'CONNELL:   Just trying to save time.
14          MR. PERLES:      Thank you.  I appreciate
15  that.
16  BY MR. PERLES:
17      Q.   And you told us that you worked on some Coast
18  Guard cutters, also?
19      A.   Yes, sir.
20      Q.   And I have an accident report that shows that
21  you worked on a Coast Guard cutter that was called the
22  Rush, and we'll attach that, with the same
23  understanding, as Exhibit No. 6.
24          MR. O'CONNELL:   That's fine, and also,
25  given his testimony to my questions about him working

Page 75

1   on most, if not all, of the Coast Guard cutters, not
2   limited to that one.
3           MR. PERLES:      Yes.
4   BY MR. PERLES:
5       Q.   Mr. Templet, I want to show you a document
6   here.  This is called an Occupational/Environmental
7   Medical History Form.  It's a questionnaire that I
8   think you filled out when you worked at Avondale, and
9   I'm going to turn to the last page, and it's dated
10  June 18th of 1980.  Is that your signature?
11      A.   Yes.
12      Q.   Okay.  It says -- on page 2, you were asked,
13  "Have you ever worked at a job handling any of the
14  following materials:", and one of the materials is
15  asbestos, and you've circled that, and it says, "ASI",
16  which is Avondale Shipyards, Inc., "ASI on DEs."  Can
17  you tell me, is that your handwriting where it says,
18  "ASI on DEs"?
19      A.   I don't know --
20      Q.   Does that look like --
21      A.   I don't know.
22      Q.   But you did work around asbestos on the DEs,
23  correct?
24      A.   Yes.
25      Q.   Okay.

Page 76

1           MR. PERLES:      We'll attach this one as
2   Exhibit 7.
3   BY MR. PERLES:
4       Q.   Do you recall, back around 1980, that Avondale
5   started giving you an annual chest x-ray?
6       A.   They give us chest x-ray.
7       Q.   Okay.  And did they tell you that you had
8   something called a pleural plaque that showed up in
9   your x-ray?
10      A.   Pleural plaque.
11      Q.   Okay.  And there's a series of letters from
12  the shipyard to you advising you over the years that
13  your pleural plaque appeared stable, correct?
14      A.   Correct.
15      Q.   Okay.  So the doctors looked at your x-ray
16  every year, and they reported back to you that --
17      A.   Nothing was wrong.
18      Q.   -- at least at that time, things were stable?
19  And you remember getting those letters from the
20  shipyard?
21      A.   Told me nothing was wrong.
22      Q.   Do you remember the shipyard also testing your
23  lung function?  They had you blow into a machine --
24      A.   Yes.
25      Q.   -- as part of your annual physical?

Page 77

1       A.   Yeah.
2       Q.   Okay.  We will attach a series of these
3   letters from Avondale to Mr. Templet as Exhibit 8.
4           MR. BELL:        Rick, does that include
5   the annual checkups, as well?
6           MR. PERLES:      Yes.  Well, it's the
7   letters to him.
8           MR. BELL:        Okay, thanks.
9   BY MR. PERLES:
10      Q.   Do you know the names of any of the companies
11  that sold insulation materials to Avondale?
12      A.   No.
13      Q.   Was all your exposure to asbestos at Avondale
14  on board ships?
15      A.   Yes.
16      Q.   And all those ships had been launched into the
17  Mississippi River?
18      A.   Yes.
19      Q.   Now, you told us earlier that the different
20  types of ships that you worked on, the Coast Guard
21  cutters, the DEs, the lash, and so on.  Did you work in
22  the engine rooms at various times on all those
23  different kinds of ships?
24      A.   All of them.
25      Q.   Okay, so whatever materials the insulators



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 78

1  worked with on those ships in the engine rooms, you
2  would have been around that material?
3      A.   Yes.
4      Q.   And you would have breathed dust from that
5  material?
6      A.   Yes.
7      Q.   As a painter, did you ever work around boilers
8  on board ships?
9      A.   As a what?
10     Q.   When you were a painter, did you ever work
11  around boilers on board ships?
12     A.   Boilers, yeah.
13     Q.   Yes?  Tell us what you did around boilers.
14     A.   Painted aluminum.
15     Q.   What?
16     A.   Aluminum paint.
17     Q.   You used aluminum paint?
18     A.   Yes.
19     Q.   And where did you put the aluminum paint?  Was
20  it on the boiler itself?
21     A.   Yeah.
22     Q.   Okay, was the boiler insulated when you did
23  that?
24     A.   No.
25     Q.   Do you remember insulators coming behind you

Page 79

1  to put insulation on the boiler?
2      A.   No.
3      Q.   Did you work around turbines?
4      A.   No.  I don't know what a turbine is.
5      Q.   You don't know what a turbine is, okay.  Now, I
6  understand that this may not be the first lawsuit that
7  you have filed for an asbestos condition; is that
8  correct?
9      A.   Right.
10     Q.   Some years ago, did you file a lawsuit claiming
11  that you had another -- a different illness that was
12  caused by asbestos?
13     A.   It was called what?
14     Q.   Years ago, did you file another lawsuit
15  claiming that you had a disease called asbestosis?
16     A.   Nobody told me that.
17     Q.   Do you remember filing some sort of an asbestos
18  lawsuit?
19     A.   Yes.
20     Q.   Okay.  Do you know who your lawyer was?
21     A.   I don't know.  After Katrina, all my records
22  were gone.  He went to Mississippi somewhere.
23     Q.   Does the name Mitch Tyner ring a bell?  Mitch
24  Tyner?
25     A.   I don't know.

Page 80

1      Q.   Did you get some settlements from that old
2  lawsuit?
3      A.   Very little.
4      Q.   But you did get some?
5      A.   Some.
6      Q.   Okay.  Do you remember the names of any of the
7  companies that you settled with?
8      A.   No.
9          MR. O'CONNELL:   I'll represent to you
10  we've given you everything we know about it.
11         MR. PERLES:      I appreciate that.
12  BY MR. PERLES:
13     Q.   Mr. Templet, I'm almost done.  Bear with me.
14  I want to read you some names, and tell me if you
15  recall working with any of these folks at Avondale,
16  okay?
17     A.   Okay.
18     Q.   Alright.  Do you remember Allen Rainey?
19     A.   Who?
20     Q.   Allen Rainey.
21     A.   Yeah, I think so.
22     Q.   Do you know what you might have did with Mr.
23  Rainey?
24     A.   Rephrase.
25     Q.   I'm sorry, say again?

Page 81

1      A.   Rephrase the question.
2      Q.   Oh, can tell me anything about your work with
3  Mr. Rainey?
4      A.   No.
5      Q.   How about Daniel Eusea?
6      A.   Daniel Eusea.
7      Q.   Uh-huh.
8      A.   Yeah, I worked with him.
9      Q.   What did you do with Mr. Eusea?
10     A.   Call it dirty work.
11     Q.   Do you recall Freddy Knight?
12     A.   Yeah.
13     Q.   What did you do with Freddy?
14     A.   Freddy Knight?
15     Q.   Uh-huh.
16     A.   "Fuzzy".
17     Q.   "Fuzzy"?
18     A.   Yeah.
19     Q.   Okay.  What did you do with Fuzzy?
20     A.   I worked with him.  He was a foreman.
21     Q.   Alright.  And when you talk about the dirty
22  work you did with Mr. Eusea, do you mean cleanup work?
23     A.   Yeah.
24     Q.   Do you recall a fellow named J.J. Prabanek?
25     A.   Who?



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 82

1    Q.   J.J. Prabanek.
2    A.   No.
3    Q.   Louis Becker?
4    A.   Yeah.
5    Q.   Charlie O'Donnell?
6    A.   Uh-uh.
7    Q.   Robbie Robinson?
8    A.   No.  Yeah, I know him.
9    Q.   Okay.  How do you know him?
10   A.   He was a foreman in the shot house.
11   Q.   Did you do a lot of work in the shot house?
12   A.   I was mixing paints.
13   Q.   Mixing paint there?
14   A.   Yeah.
15   Q.   Okay.  Now, I understand, in the shot house,
16   that they would blast pieces of steel with -- with
17   little particles of steel.
18   A.   Yeah.
19   Q.   Okay.  Was there any asbestos, that you recall,
20   in the shot house?
21   A.   Not that I know of.
22   Q.   Okay.  How often did you work in the shot
23   house?
24   A.   The last few years I was at Avondale, and they
25   put me in the tool room.

Page 83

1    Q.   Alright.  By the way, while we're on that
2    subject, can you tell us when was the last time you
3    think you were exposed to any asbestos at Avondale?
4    A.   In the '70s.  In the '70s, I believe.
5    Q.   Would you agree that in the 1980s, into the
6    1990s, and into 2000, you were not exposed to asbestos
7    at Avondale?
8    A.   I can't agree to it.  I don't know.
9    Q.   You don't know, okay.  As we sit here today,
10   you don't have any memory of being exposed to any
11   asbestos in the 1980s, do you?
12   A.   No.  I don't think.
13   Q.   Okay.  Or later?
14   A.   Or later.
15   Q.   Okay.  Do you remember working with somebody
16   named Larry Boudin?  I think he might have gone by
17   "White".
18   A.   White?
19   Q.   Yeah.
20   A.   No.
21   Q.   What about Freddie Jupiter?
22   A.   Uh-uh.
23   Q.   Or Jimmy Clemmons?
24   A.   Jimmy Clemmons.
25   Q.   Where did you work with Jimmy?

Page 84

1    A.   He'd come there off and on.
2    Q.   Did you work with Jed Lefort?
3    A.   Yeah.
4    Q.   What did you do with Jed?
5    A.   Same thing.
6    Q.   Cleanup work?
7    A.   Dirty work.
8    Q.   Did you know Jed's father, Logan?
9    A.   No.
10   Q.   Do you remember working with Emile Landry?
11   A.   Emile Landry, yeah.
12   Q.   I think his nickname was Baluca?
13   A.   Baluca, yeah.
14   Q.   What did you do with him?
15   A.   Nothing.  He was mostly an expediter.
16   Q.   Do you remember a fellow by the name of Henry
17   Zach Carter?
18   A.   Yes.
19   Q.   What do you remember about him?
20   A.   He was the president of Avondale.
21   Q.   Did you ever talk to Mr. Carter?
22   A.   No.
23   Q.   Do you remember Edwin Hartsman?
24   A.   Yes.
25   Q.   What do you remember about him?

Page 85

1    A.   He was a president, too.
2    Q.   Did you ever talk to him?
3    A.   No.
4    Q.   About Al Bossier?
5    A.   Oh, yeah.  I remember him.
6    Q.   What do you remember about Al?
7    A.   He was -- he owned Avondale.
8    Q.   Did you ever talk to Mr. Bossier?
9    A.   No.
10   Q.   What about a lady by the name of Heddy Dawes
11   Eaves?
12   A.   Say that again.
13   Q.   Heddy Dawes Eaves?
14   A.   I've heard of her, but I didn't see her.
15   Q.   Jim O'Donnell?
16   A.   Huh?
17   Q.   James O'Donnell.
18   A.   Uh-uh.
19   Q.   You don't remember him?
20   A.   No.
21   Q.   Steve Kennedy?
22   A.   No.
23   Q.   John Chantry?
24   A.   No.
25   Q.   Pete Territo?



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 86

1   A.   Yeah.
2   Q.   What do you recall about Mr. Territo?
3   A.   He was at the safety department.
4   Q.   Did you ever talk to Pete?
5   A.   Now and then.
6   Q.   What did you-all talk about?
7   A.   Nothing.
8   Q.   Just --
9   A.   Nothing worthwhile.
10  Q.   Okay.  Just passing the time?
11  A.   Huh?  Yeah.
12  Q.   Did you ever talk to him about work?
13  A.   No.
14  Q.   What about a fellow named George Kelmell?
15  A.   No.
16  Q.   J.D. Roberts?
17  A.   J.G. Roberts?  I've heard about him.  He used
18  to pass beside the shot house now and then.
19  Q.   Did you ever talk to J.D.?
20  A.   No.  Told him hi.  That's about it.
21  Q.   Do you remember Eddie Blanchard?
22  A.   Yeah.
23  Q.   What can you tell us about Mr. Blanchard?
24  A.   He was a tough guy.  Good fellow.  Fair
25  fellow.

Page 87

1   Q.   Yes, sir.
2   A.   He was good.
3   Q.   Did you ever talk to him?
4   A.   Yes, sir.
5   Q.   Did you talk about anything related to work?
6   A.   No.  It was at Walmart.
7   Q.   Do you remember Ollie Gatlin?
8   A.   I heard of him.
9   Q.   Can you tell us anything about him?
10  A.   No.
11  Q.   What about somebody named J. Milton Garrett?
12  A.   Uh-huh.
13  Q.   Earl Spooner?
14  A.   Who?
15  Q.   Earl Spooner.
16  A.   No.
17  Q.   John McHugh?
18  A.   No.
19  Q.   James Cole?
20  A.   Cole, I heard about.
21  Q.   Can you tell us anything about him?
22  A.   No.
23  Q.   Frenchie Bordelon?
24  A.   Yeah.
25  Q.   Can you tell us anything about Frenchie?

Page 88

1   A.   He was the head of insulators.
2   Q.   Did you ever talk to Frenchie?
3   A.   No.
4   Q.   You retired from Avondale, right?
5   A.   (Witness nods head.)
6   Q.   Back in two thousand and --
7   A.   Two.
8   Q.   Have you worked anyplace since then?
9   A.   I worked at Boomtown.
10  Q.   What did you do at Boomtown?
11  A.   Served the people.  Bring them soft drinks and
12  things like that.
13  Q.   When's the last time you were drawing wages
14  anyplace?
15  A.   What was that?
16  Q.   When is the last time you worked?
17  A.   When I quit Boomtown.  My wife got sick.  I had
18  to quit.
19  Q.   Do you remember what year that was?
20  A.   2013.
21  Q.   Why did you retire from Avondale?
22  A.   I don't know.  Really, I don't know.
23  Q.   Did you retire for any --
24  A.   I was of age to retire.
25  Q.   Yes, sir.  Are you drawing a pension from

Page 89

1   Avondale?
2   A.   Yes.
3   Q.   Did you leave Avondale for any reasons related
4   to your health?
5   A.   No.
6   Q.   Mr. Templet, thank you for your time, sir.
7   A.   You're welcome.
8   Q.   Those are all my questions for you.  Thank
9   you.
10  A.   I hope I told you everything you need to know.
11       MR. O'CONNELL:   Let's go off the record.
12       VIDEOGRAPHER:   Going off the record at
13  11:30 a.m.
14          [Off the record.]
15       VIDEOGRAPHER:   We're back on the record.
16  The time is 11:44.
17  EXAMINATION BY MR. BELL:
18  Q.   Mr. Templet, my name is Troy Bell.  I'm going
19  to try to get through it real fast, because I know time
20  is of the essence.  If at any time, I'm talking too
21  fast, say, "Hey, buddy, slow up."
22  A.   Okay.
23  Q.   If you don't understand any of my questions,
24  let me know, and if you have any problems hearing me,
25  let me know, because I can talk louder.



TEMPLET: ROBERT J. TEMPLET, SR.

Page 90

1    A.   Okay.
2    Q.   Alright, let me start off with this question
3    here, and I appreciate earlier when you said a prayer.
4    Do you attend church?
5    A.   Yes.
6    Q.   What church do you attend?
7    A.   Harvest Time Fellowship.
8    Q.   Is that located in Marrero?
9    A.   Harvey.
10   Q.   I should have known that, huh?
11   A.   Yeah.
12   Q.   I want to first go through some names. Mr.
13   Perles asked you some names of some gentlemen earlier
14   that worked at Avondale. I want to do the same thing.
15   If you don't know any of these guys, just let me know.
16   Willis Young?
17   A.   No.
18   Q.   Clarence Lewis?
19   A.   No.
20   Q.   Elton Matherne?
21   A.   No.
22   Q.   Larry Perrilloux? They called him
23   "Scooby-Doo".
24   A.   I may have run into him. I don't know.
25   Q.   Robert Revere?

Page 91

1    A.   No.
2    Q.   Willie Thomas?
3    A.   No.
4    Q.   Joseph Breaux?
5    A.   No.
6    Q.   Nelson Ellis?
7    A.   No.
8    Q.   Joseph Narcisse?
9    A.   (Witness shakes head.)
10   Q.   Jack Allen?
11   A.   Jack Allen.
12   Q.   Did you work with Mr. Allen?
13   A.   No. I just knew him. He was a painter
14   foreman.
15   Q.   Ira Gervis?
16   A.   No.
17   Q.   Clinton Sutherland?
18   A.   No.
19   Q.   Adam Sutherland?
20   A.   No.
21   Q.   Chester Pruitt?
22   A.   No.
23   Q.   James Brunet?
24   A.   No.
25   Q.   Junius Crochet?

Page 92

1    A.   No.
2    Q.   Wilbert Granger?
3    A.   No.
4    Q.   Roland Charro?
5    A.   No.
6    Q.   Edmond Weber?
7    A.   Weber?
8    Q.   Yes, sir.
9    A.   I think I remember him.
10   Q.   What did Mr. Weber do, if you recall?
11   A.   Okay. I just knew the man.
12   Q.   What color hat did you wear?
13   A.   Me?
14   Q.   Yes, sir.
15   A.   Pink.
16   Q.   Did all the painters wear pink hats?
17   A.   Yes. All the ones except the foreman. He had
18   a white stripe going down the top.
19   Q.   Okay, so the foreman had a white stripe. Was
20   it a pink hat with a white stripe going down?
21   A.   The painters had pink hats. The foreman had a
22   pink hat with a white stripe on it.
23   Q.   Okay. Did you ever work in what they call the
24   "Four Peak Tank"?
25   A.   Yes.

Page 93

1    Q.   How often did you work in the Four Peak Tank?
2    A.   Whenever it was ready to paint.
3    Q.   Do you recall which ships you would have worked
4    in the Four Peak Tank?
5    A.   I worked in it two times. It was on the DEs.
6    Q.   Did you ever work with any power tools as a
7    painter when you were in the paint department?
8    A.   Yes.
9    Q.   What type of power tools did you work with?
10   A.   A chipping tool, grinder.
11   Q.   How often when you worked in the paint
12   department did you use the chipping tool or the
13   grinder?
14   A.   I can't recall.
15   Q.   Okay. Do you recall what areas of the vessel
16   -- of the ship you would have used a grinder or a
17   chipper?
18   A.   Anytime -- anytime they needed something
19   grinded off, I'd have to go do it.
20   Q.   And do you recall whether -- what area of the
21   ship that would have been in?
22   A.   Sometimes the back deck, and the steering gear
23   room.
24   Q.   Did you ever work with any epoxy coatings?
25   A.   Yes.



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 94

1    Q.   How often did you do that?
2    A.   Pretty close to every day.
3    Q.   Every day?  Would you describe the epoxy
4  coatings as having a pretty strong smell?
5    A.   Yes.
6    Q.   What was the epoxy coating used for?
7    A.   To get the paint hard.
8    Q.   Was that sprayed on?
9    A.   That was sprayed on.
10    Q.   Do you recall what areas of the vessel you
11  would have used the epoxy coating?
12    A.   At the -- chaff alley (ph) (unintelligible).
13    Q.   Now, earlier when you were talking about
14  Hopeman Brothers, you mentioned they would cut the --
15  what you called the sheetrock -- and I'll stay with
16  your language -- the sheetrock with a skill saw.
17    A.   Yeah.
18    Q.   And you would be two to three feet away from
19  them at times, or farther?
20    A.   Yeah.
21    Q.   How often would that occur?
22    A.   Anytime they needed to cut a piece to put it
23  up.
24    Q.   What were you doing at the time when they were
25  cutting the sheetrock?

Page 95

1    A.   Sweeping up dust; plenty dust.
2    Q.   It wasn't your job to sweep up or clean up
3  behind Hopeman Brothers, was it?
4    A.   Yes.
5    Q.   It was?
6    A.   It was my job to do that and to paint whatever
7  they needed painting.
8    Q.   Now, you told us earlier that when Hopeman
9  Brothers finished their work, they would clean the
10  area and move on?
11    A.   Take the big pieces, yeah, and I'd go behind
12  him and pick up all the bad dust.
13    Q.   Okay.  Now, you said that sometimes you'd be
14  close enough to talk to the Hopeman employees.  Do you
15  recall the names of any Hopeman employees?
16    A.   No.
17    Q.   At any time when you would have worked around
18  Hopeman Brothers and they would have been cutting this
19  sheetrock with the skill saw, did you recall ever
20  seeing a vacuum hooked up to the saw?
21    A.   No.
22    Q.   Would you dispute the fact that, at some point
23  in time, Hopeman Brothers installed vacuums on the saws
24  to suck up the dust?
25    A.   No.

Page 96

1    Q.   With respect to -- I want to talk to you about
2  the Coast Guard cutters.  Do you recall how many decks
3  were on the Coast Guard cutters?
4    A.   Two or three, I guess.
5    Q.   Other than seeing Hopeman Brothers cut and
6  install the sheetrock, do you recall them doing --
7  seeing them do anything else, like installing
8  furniture?
9    A.   No.
10    Q.   Did you work on all two or three of the decks
11  on the Coast Guard cutters?
12    A.   I guess I did.
13    Q.   If you don't know, that's a --
14    A.   I don't know.
15    Q.   Okay.  How many machinery spaces were on the
16  Coast Guard cutters?
17    A.   What?
18    Q.   Machinery spaces.
19    A.   I don't know.
20    Q.   Now, Hopeman Brothers worked, you said, in the
21  staterooms and the kitchens, correct?
22    A.   Yeah.
23    Q.   Compared to other locations on the ship --
24  strike that.  What areas on the ship you worked in,
25  other than the staterooms and the kitchens?

Page 97

1    A.   Pilot house, captain's quarters.  That's about
2  it.
3    Q.   You worked in the engine room?
4    A.   Oh, yeah.
5    Q.   How often did you work in the engine room?
6    A.   Whenever they needed me; I can't say how
7  often.
8    Q.   Did you work more in the engine room than you
9  worked in the staterooms and the kitchen?
10    A.   I'd say yeah.
11    Q.   Now, were there times when Hopeman Brothers
12  would have been cutting the sheetrock when you just
13  would have been passing by?
14    A.   Yeah.
15    Q.   How often did that occur?
16    A.   Oh, I can't tell you.  They'd walk up and
17  down.
18    Q.   Did you ever recall, for example, the
19  insulators, when they would cut insulation, whether or
20  not the way they performed their job, ever recall it
21  changing?  For example, did you ever see them wet down
22  the insulation before it was cut?
23    A.   No.
24    Q.   Did you ever work any repair jobs at Avondale?
25    A.   No.



TEMPLET: ROBERT J. TEMPLET, SR.

Page 98

1    Q.   Did you ever see areas roped off where workers
2  at Avondale may have worked with asbestos products?
3    A.   We didn't have no football.
4    Q.   When you did any of the sweeping, was there
5  ever a time when Avondale put a vacuum on the broom
6  where it could suck up the dust?
7    A.   They put -- they put air horns in there.  They
8  wouldn't do no good.
9    Q.   When you worked in the paint department, did
10 you ever wear a mask or a respirator?
11   A.   They'd give us a little white mask to wear.
12   Q.   How often did you wear the white mask?
13   A.   Whenever they give you one.
14   Q.   Okay, and is that something they gave you every
15 day?
16   A.   No.
17   Q.   Where would you get the white mask from?
18   A.   From the tool room.
19   Q.   Do you recall the size of the rooms that the
20 Hopeman Brothers would have installed the sheetrock?
21   A.   Oh, man.  I can't recall.
22   Q.   When you used the epoxy coating, were other
23 crafts working around you?
24   A.   Hopeman Brothers was the only one in there.
25   Q.   When you used the epoxy coating?

Page 99

1    A.   No, I didn't use no epoxy coating.
2    Q.   Okay, now, I'm asking you, whenever you used
3  the epoxy coating, was there ever other crafts around
4  you?
5    A.   Oh, there was -- no, not where we were.
6    Q.   I think I'm almost done, Mr. Templet.  I
7  believe you mentioned you attended a Catholic school.
8    A.   Catholic, public.
9    Q.   Do you remember the name of the Catholic
10 school?
11   A.   I still can't remember it.
12   Q.   Our Lady of Prompt Succor?
13   A.   Yeah, that's it.
14   Q.   I was about to say the wrong -- I was about to
15 say "sucker", Our Lady of -- how long did you attend
16 Our Lady?
17   A.   I went to the 4th grade there.
18   Q.   Okay.  When you attended school there, did you
19 play out in the playground?
20   A.   Yeah.
21   Q.   Was that a daily thing you did?
22   A.   (Witness nods head.)  Recess and all.
23   Q.   Okay, what kind of things you did?
24   A.   What a normal boy does.
25   Q.   Okay.  Kickball, football, shoot marbles?

Page 100

1    A.   We didn't have no football.
2    Q.   Marbles, okay.  Yeah, I used to play that,
3  too.  Did you-all put it in a line or put it in a
4  circle --
5    A.   Circle.
6    Q.   In a circle?  Did you stand up and shoot the
7  marbles, or you'd get close to the ground?
8    A.   Stand on one knee.
9    Q.   And that was in the dirt area, right?
10   A.   Yeah.
11   Q.   You got dirt on your clothes?
12   A.   (Witness nods head.)
13   Q.   Dirt would come up in the air?
14   A.   Yeah.
15   Q.   Did you ever breathe that?
16   A.   I guess.
17   Q.   One more gentleman's name.  Thomas Bourgeois?
18   A.   (Witness nods head.)
19   Q.   How did you know Mr. Bourgeois?
20   A.   He was a foreman.  Superintendent of the paint
21 department.
22   Q.   I think those are all the questions I have, Mr.
23 Templet.  Thank you.
24 EXAMINATION BY MR. DEBLANC:
25   Q.   Good afternoon, Mr. Templet.  Can you hear me

Page 101

1  okay?
2    A.   Huh?
3    Q.   Can you hear me okay?
4    A.   I can hear you.
5    Q.   Alright.  I'm hooked up -- I'm trying not to go
6  too loud because I'm hooked up to a speaker --
7    A.   I can't hear myself talking.
8    Q.   I can tend to have a pretty loud
9  voice, so I'm going to try to keep it at a level where
10 you can hear, but I'm not obnoxious.  Same thing
11 applies; if you need to take a break, please let me
12 know.  If you don't understand a question that I ask,
13 just let me know.  I'll rephrase it.  Hopefully, I
14 won't be too long.  I'm going to start off by just
15 letting you know I'm only going to ask questions about
16 a small part of your prior testimony, and it's about
17 what was applied over the Kaylo pipe covering, okay?
18   A.   (Witness nods head.)
19   Q.   Yes?
20   A.   I got you.
21   Q.   I just want to make sure -- also, remember
22 that we have to verbalize your answers, okay, because
23 the young lady next to you, of course, is taking down
24 everything that we say.
25   A.   Yeah.



TEMPLET: ROBERT J. TEMPLET, SR.

Page 102

1  Q.  And I'm trying to get this -- alright.
2  Earlier today, you testified that you saw insulators
3  putting a paste over some cloth that was wrapped
4  around Kaylo pipe covering.  Do you recall that?
5  A.  Yes.
6  Q.  I think Mr. Perles later called it a glue, but
7  you called it a paste, correct?
8  A.  It was like a paste --
9  Q.  It was like a paste?
10  A.  -- because it dries like a paste.
11  Q.  Do you recall what color that paste was?
12  A.  White.
13  Q.  And did you see this paste being mixed at any
14  time?
15  A.  Yeah, they'd mix it.
16  Q.  They had to mix it?
17  A.  Yeah.
18  Q.  Did it -- it came in a dry material that they
19  would mix with water?
20  A.  I don't know what they'd mix it with, but they
21  had to stir it up.
22  Q.  Okay.  And what were they stirring it up in?
23  A.  A five-gallon bucket.
24  Q.  And that's what you saw being applied over the
25  cloth?

Page 103

1  A.  No.
2  Q.  This paste that was mixed --
3  A.  They would take the cloth and dip it in that
4  paste and string it, then put it over the Kaylo.
5  Q.  Okay, but what I'm asking is, this paste that
6  was mixed up, that's what you saw being used with the
7  cloth?
8  A.  Yeah.
9  Q.  Okay.  Did you see any writings on those
10  five-gallon buckets?
11  A.  It was blue writing, but I didn't -- I didn't
12  -- I don't recall.
13  Q.  And that's perfectly okay.  You never
14  personally worked with any of this paste, did you?
15  A.  No.
16  Q.  Besides paste dripping, did paint also drip
17  down to the deck of the vessels that you worked on?
18  A.  Sometimes.
19  Q.  And you would have to scrape that up, also,
20  right?
21  A.  Yes.
22  Q.  When you were doing your general cleanup work?
23  A.  Yes.
24  Q.  Okay.  Would it be fair to say that you
25  wouldn't know who made that paste material that was

Page 104

1  used with the cloth; is that correct?
2  A.  I wouldn't know.
3  Q.  You wouldn't know.  And you certainly wouldn't
4  know the brand name, either; is that correct?
5  A.  No.
6  Q.  I'm going to give you two names, and just let
7  me know if you recognize their names at all from your
8  work at Avondale.  David Carmadelle?
9  A.  No.
10  Q.  Donald Rome?
11  A.  (Witness shakes head.)
12  Q.  So you don't know either gentleman?
13  A.  No.
14  Q.  Okay.  Would it be fair to say, also, Mr.
15  Templet, that you can't say how often you were around
16  when this paste was being used with the cloth?
17  A.  Every time they put Kaylo.
18  Q.  Okay, every time they put Kaylo, but you can't
19  put a number --
20  A.  No.
21  Q.  -- as to the number of times -- okay.  When
22  this paste was being used with the cloth, am I right
23  that it was wet?
24  A.  It was wet.
25  Q.  And so there wouldn't be any dust coming from

Page 105

1  that paste --
2  A.  Nothing from the paste.
3  Q.  Sir, I actually think that's all I have.  Thank
4  you very much.
5  EXAMINATION BY MR. BROWN:
6  Q.  Hey, sir, how are you doing?
7  A.  Good.
8  Q.  My name is Jim Brown, and I hope to be fairly
9  short, as well, but I do have a couple of questions
10  that I need to ask you, sir, and if you have
11  difficulty hearing me -- I know you pointed at your
12  hearing aid a couple of times --
13  A.  I can hear pretty good.
14  Q.  Okay, but if you do have difficulty, you let
15  me know, okay?  We haven't been going all that long,
16  but if, at any time, you want to take a break, you let
17  me know, and we'll take a break.  We're at your beck
18  and call, and your command, alright?  You're the boss
19  when it comes to these things.  Where I kind of want
20  to go with this is I want to kind of focus you, if I
21  could, for a few minutes, on the work that you were
22  talking about with this gentleman down here past the
23  table -- raising his hand right there -- and focus on
24  the sheetrock that you told us about, okay?
25  A.  Okay.



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 106

1    Q.   Now, I know you told your lawyer when he was
2    asking you questions that you didn't recall any
3    markings on the sheetrock.  Do you remember telling him
4    that?
5    A.   Right.
6    Q.   And -- you need to answer out loud.
7    A.   Yes.
8    Q.   Because she can't take down a nod of the head
9    or something like that, and it's important that we get
10   an accurate record.  You don't recall any markings on
11   them?
12   A.   No markings.
13   Q.   Alright, and I think I know the answer to this,
14   but let me go ahead and ask it to get it on the record.
15   It was never your job to order any -- the sheetrock
16   that you saw at the Avondale Shipyards; am I right
17   about that?
18   A.   Do what?
19   Q.   It was never your job to order --
20   A.   No.
21   Q.   -- any of the sheetrock?
22   A.   No.
23   Q.   Okay.  And would I be safe in assuming that
24   you never saw any of the paperwork for any of the
25   sheetrock?

Page 107

1    A.   (Witness shakes head.)
2    Q.   Again, you're shaking your head.
3    A.   I never -- no.
4    Q.   You have to answer out loud.
5    A.   Okay, sorry.
6    Q.   You never saw any of the paperwork --
7    A.   No.
8    Q.   -- for any of that sheetrock, did you, sir?
9    Now, we didn't touch on it, so let me ask it, do you
10   recall if the sheetrock came in any packaging or --
11   any type of container, or something like that?
12   A.   I think, if I can recall, it came wrapped in
13   paper.
14   Q.   Okay, and -- go ahead.  I didn't mean to cut
15   you off.
16   A.   So it wouldn't damage the laminate.
17   Q.   Do you know -- do you recall ever seeing any
18   writing or any -- anything on any of the sheetrock --
19   A.   No.
20   Q.   -- that we've been talking about?  Now, you
21   talked about paperwork.  Just so it's specific, do you
22   recall ever seeing any of the specifications, or what
23   was in any of the sheetrock that you remembered
24   seeing?  Do you remember seeing any of that type of
25   stuff?

Page 108

1    A.   No.
2    Q.   Do you know whether or not any of the
3    sheetrock, whether it came in different
4    specifications, in other words, whether some sheetrock
5    was made of one thing, and other sheetrock was made of
6    something different?  Do you know that?
7    A.   No.
8    Q.   I'm going to go out on a limb, here, just from
9    what you're telling me.  Your job didn't have a lot to
10   do with the sheetrock; am I right about that?
11   A.   Not too much.
12   Q.   Okay.  And when Mr. Bell was asking you
13   questions, down here, it was never your job to handle
14   any of the sheetrock, or to cut any of the sheetrock,
15   or to do any of that --
16   A.   No.
17   Q.   -- am I right about that?
18   A.   No.
19   Q.   Now, it was touched on when Mr. Bell was
20   asking you questions; you didn't work around Hopeman
21   Brothers working with this sheetrock all the time; am I
22   right about that?
23   A.   Right.
24   Q.   Now, those vessels out at Avondale that you
25   mentioned, you mentioned a number of different

Page 109

1    classes.  Those are big vessels; am I right?  We're
2    not talking about a little rowboat?  We're talking
3    about commercial vessels, and government vessels, too,
4    am I correct about that?
5    A.   Yeah.
6    Q.   And there were lots of times, were there not,
7    when Hopeman Brothers might be doing their work, and
8    you might be doing work on a completely different part
9    of the ship; am I correct about that?
10   A.   That's right.
11   Q.   And Mr. Bell asked you questions about passing
12   by.  There might be times -- and probably were lots of
13   times -- when Hopeman Brothers might be doing their
14   work involving the sheetrock when you were nowhere in
15   the area, am I --
16   A.   Yeah, but sometime my foreman would tell me
17   stay here until -- if they need you.
18   Q.   Okay.
19   A.   Paint what they want painted.
20   Q.   Alright, but there were other times when they
21   might be doing their work, and you would be in a
22   completely different part of these vessels, and you
23   wouldn't go anywhere near them; am I right about that?
24   A.   Right.
25   Q.   Now, I don't think it was asked of you, so let



TEMPLET: ROBERT J. TEMPLET, SR.

Page 110

1   me ask.  Do you know who manufactured any of the
2   sheetrock that you've been talking about, who made it?
3       A.   No.
4       Q.   Do you know whether or not there were -- there
5   was more than one manufacturer of any of the sheetrock
6   that you've been telling us about?  In other words,
7   did more than one company make it, or do you know?
8       A.   No.
9       Q.   Just don't know?
10      A.   Don't know.
11      Q.   Alright, and I think we may have touched on
12  it, but just so it's specific and in the record, you
13  don't know whether or not the sheetrock that we've
14  been talking about -- whether there were different
15  specifications, depending on the vessel that the
16  sheetrock might be put on; am I correct about that?
17      A.   Correct.
18      Q.   Now, you told us about a number of different
19  types of vessels.  Do you remember telling us about
20  that?  I think you might have mentioned DEs and other
21  types of vessels?  Do you remember telling us about all
22  of that?
23      A.   Yes.
24      Q.   Okay.  Would I be correct that you can't tell
25  me whether different types of sheetrock were used on

Page 111

1   any of the classes of vessels that you've been talking
2   about?  Did you --
3       A.   I can't say.
4       Q.   Can't say; and that may be so, and you just
5   don't know one way or the other?  Am I right about
6   that?
7       A.   Right.
8       Q.   Okay.  Sir, I think that might be all I have.
9   I might come back after looking over my notes, but
10  it's been a pleasure speaking with you, and I've
11  enjoyed speaking with you.
12          MR. O'CONNELL:   Anybody else wants to go?
13  Step up to the plate.
14  EXAMINATION BY MRS. ROY:
15      Q.   Good afternoon, sir.  How are you today?
16      A.   Not too good.
17      Q.   My name is Michelle Roy, and, hopefully, I'll
18  be very short.  I have a couple of questions about
19  your work at Texaco.  I want to talk about your first
20  job at Texaco when you were fueling the boats and
21  pumping oil.  Can you tell me anything more specific
22  about where it was located on Peters Road?
23      A.   It was right -- it was a block off 4th Street.
24  As far as the address, I don't know.
25      Q.   Okay.  What did this facility look like?  Did

Page 112

1   it -- what kind of buildings did I have?  Can you
2   describe it to me?
3       A.   It was a warehouse.
4       Q.   A warehouse?
5       A.   Full of oil.
6       Q.   Did it have gas pumps?
7       A.   Yeah.
8       Q.   Did it have office buildings?
9       A.   Huh?
10      Q.   Office buildings?
11      A.   Just one.
12      Q.   Approximately how big was this location?
13      A.   Oh, about three acres.
14      Q.   Did it have any signs on it that identified
15  it?
16      A.   Yeah.
17      Q.   What did the signs say?
18      A.   "Texaco Oil Products."
19      Q.   Do you know who issued your paycheck at that
20  location?
21      A.   It was a personal check.
22      Q.   Did your dad write that check to you?
23      A.   Huh?
24      Q.   Who wrote the personal check to you?
25      A.   H.A. Roussell.

Page 113

1       Q.   And why was he the person to issue the -- issue
2   you your check?
3       A.   He owned it.
4       Q.   That's all the questions I have about that
5   job.  Now, I want to go to your work for Texaco from
6   1957 to 1967 when you were driving trucks.  Where did
7   you report in the morning for that job?
8       A.   Where did I report?  To the office.
9       Q.   And where was that office located?
10      A.   On the property.
11      Q.   I'm sorry?
12      A.   On the property.
13      Q.   And where was that property located?
14      A.   Peters Road.
15      Q.   Is it the same property that we were just
16  discussing?
17      A.   Yes.
18      Q.   Who issued your paycheck when you were working
19  driving trucks?
20      A.   Do what?
21      Q.   Who issued your paycheck when you were driving
22  trucks?
23      A.   Mr. Roussell.
24      Q.   Do you know what Mr. Roussell's relationship
25  was with Texaco?



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 114

1      A.   His relationship?
2      Q.   Uh-huh.
3      A.   He would sell Texaco products.
4      Q.   Now, earlier, you said when you were driving
5  those trucks, you would load up at a refinery on River
6  Road in Marrero; is that correct?
7      A.   That's correct.
8      Q.   Do you know what refinery that was?
9      A.   The Texaco refinery.
10     Q.   And how do you know that was a Texaco
11 refinery?
12     A.   Do what?
13     Q.   How do you know that was a Texaco refinery?
14     A.   Because they had all the tanks there.
15     Q.   I'm sorry?
16     A.   All the tanks were there.
17     Q.   Were there signs that identified it as a Texaco
18 refinery?
19     A.   No.  Just Texaco.
20     Q.   So you just knew that it was a Texaco facility
21 because that's where you were sent?
22     A.   Yeah.
23     Q.   Were there any other identifying markers that
24 would let you know that it was Texaco?
25     A.   No.  Just a big star.

Page 115

1      Q.   That works.  Do you think that while you were
2  loading up at the refinery on River Road in Marrero
3  that you were exposed to asbestos?
4      A.   No.
5      Q.   Do you think, at any point while you were
6  driving a truck from '57 to '67, that you were exposed
7  to asbestos?
8      A.   No.
9      Q.   That's all the questions I have for you, sir.
10 Thank you very much.
11     A.   You're welcome.
12 EXAMINATION BY MR. OUBRE:
13     Q.   Mr. Templet, Louis Oubre.  Nice to meet you.
14     A.   Nice to meet you.
15     Q.   You said the insulation you saw the Avondale
16 insulators using was either Kaylo or Johns-Manville,
17 correct?
18     A.   Correct.
19     Q.   How did you know it was either Kaylo or
20 Johns-Manville insulation?
21     A.   It had it written on the box.
22     Q.   Do you recall, as far as the Kaylo goes, what
23 writing the color was on the Kaylo box?
24     A.   Blue, I believe.
25     Q.   Blue?  What about the Johns-Manville box?  Do

Page 116

1  you recall the color of the writing?
2      A.   No.
3      Q.   Other than -- well, on the boxes of Kaylo, was
4  the name "Kaylo" on the box?
5      A.   Kaylo was on the box.
6      Q.   And for Johns-Manville, same thing?
7      A.   Yes.
8      Q.   Other than the names Kaylo or Johns-Manville,
9  do you recall any other writings on the boxes?
10     A.   No.
11     Q.   In the time that you were around insulators
12 using the Kaylo or the Johns-Manville, which one were
13 they using more often?  Kaylo or Johns-Manville?
14     A.   I don't recall.
15     Q.   Do you know if any of that insulation being
16 used by the Avondale insulators out of the Kaylo or
17 Johns-Manville boxes contained asbestos?
18     A.   I didn't know.  We just called the whole thing
19 asbestos.
20     Q.   Do you know if, at a certain time at Avondale
21 during your career, insulation was required to be
22 asbestos-free?
23     A.   No.
24     Q.   And I want to clarify something.  When you
25 first started in 1968 at Avondale as an outside

Page 117

1  machinist's helper, is it your testimony here today
2  that you were not around any asbestos during that
3  particular job as a machinist?
4      A.   Not at that job, no.
5      Q.   Okay.  So the first time that you believe you
6  were exposed to asbestos out at Avondale was when you
7  were working as a painter beginning in January 1969?
8      A.   No, because we went all over the ship as
9  outside machinists.
10     Q.   Do you recall working around, as an outside
11 machinist when you -- as a helper for the machinist,
12 do you recall working around any Avondale insulators
13 using Kaylo or Johns-Manville insulation during that
14 time?
15     A.   When we went -- when we went in the engine room
16 to work.
17     Q.   How many times did that happen during that
18 May-to-August time period?
19     A.   Oh, god, I don't know.
20     Q.   And what were you doing in the engine rooms on
21 these times as an outside machinist's helper?
22     A.   I was helping them put machinery down.
23     Q.   And you remember Avondale insulators insulating
24 pipes during that time?
25     A.   Yes.



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 118

1    Q.  Were they using Kaylo or Johns-Manville?
2    A.  I don't know.  It was a gray pipe.
3    Q.  What was that?
4    A.  It was a gray pipe.
5    Q.  Gray pipe?
6    A.  Yeah.
7    Q.  Was the pipe gray or the insulation gray?
8    A.  The insulation was white.
9    Q.  And was that true throughout your time at
10   Avondale, the insulation, whether it was Kaylo or
11   Johns-Manville, that the color of the inside was
12   white?
13   A.  Insulation was white.
14   Q.  Thank you, sir.
15   A.  You're welcome.
16   EXAMINATION BY MRS. ZAJAC:
17   Q.  Hello, sir, my name is Jennifer Zajac, and I
18   just have a couple questions for you.  Would you know
19   the name of any of the companies that supplied products
20   to Avondale?
21   A.  No.
22   Q.  Alright, sir, that's all I have, then.  Thank
23   you.
24   A.  Okay.
25        MR. O'CONNELL:  Anybody else?  Given the

Page 119

1    requisite ten seconds, anybody on the phone?
2        MR. CHURCH:    Hi, this Dean Church.  I
3    just have a couple.
4        MR. O'CONNELL:    Dean, you're going to
5    have to speak up really loud, and we're going to turn
6    the phone up.
7    EXAMINATION BY MR. CHURCH:
8    Q.  Can you hear me, sir?
9    A.  Yes, I can hear you.
10   Q.  You were asked about several names today, and
11   one of the names you were asked about was J.D. Roberts,
12   and I believe you said that you had never spoken to
13   him, but you had heard about him?
14   A.  Yeah.
15   Q.  Did you mean that you had just generally heard
16   that he worked at Avondale with you?
17   A.  Yeah.  We just seen him riding a bike.  That's
18   all.
19   Q.  Yeah.  Okay, you don't have any specific
20   knowledge of what J.D. Roberts did at Avondale, do
21   you?
22   A.  No.
23   Q.  Okay, thank you.  That's all I have.
24   A.  Okay.
25        MR. O'CONNELL:    Anybody else on the

Page 120

1    phone?
2        MRS. ARTHUR:    No questions.
3    FURTHER EXAMINATION BY MR. PERLES:
4    Q.  Mr. Templet, Rick Perles one more time.  Did
5    you ever do any work at Avondale's Harvey quick-repair
6    facility?
7    A.  Do what?
8    Q.  Did you ever do any work at Avondale's Harvey
9    quick-repair yard?
10   A.  I don't believe.  I don't know.
11   Q.  Okay, did you work for Avondale anyplace other
12   than at the main yard?
13   A.  I worked at the main yard, and I worked on the
14   rigs in Belle Chasse.
15   Q.  Okay.  Is that where they were joining the
16   deck section to the leg section of the rigs?
17   A.  Yes.
18   Q.  Okay.  Do you recall the years or year that you
19   worked at Belle Chasse?
20   A.  No.
21   Q.  Okay.  Thank you, sir.
22   A.  You're welcome.
23        MR. O'CONNELL:  Anybody else?  I have a
24   couple quick follow-ups.
25   FURTHER EXAMINATION BY MR. O'CONNELL:

Page 121

1    Q.  Just a couple questions real quick, sir.
2    A.  I've lost so much weight, my teeth are loose in
3    my mouth.
4    Q.  Sir, just a couple quick questions I forgot to
5    ask you before; take one or two minutes.  When you
6    were working at Avondale from 1968 through the 1970s,
7    okay, for those first 10 to 12 years, when you worked
8    around the Hopeman Brothers performing work doing the
9    cutting, as you described, did you ever receive any
10   sort of warning or caution to tell you to stay away
11   from that work?
12   A.  No.
13   Q.  Did any of the products that Hopeman Brothers
14   were using, that sheetrock material, do you ever
15   recall any sort of warning or caution on those
16   products?
17   A.  No.
18   Q.  With regards to the Kaylo and the
19   Johns-Manville products that you saw at Avondale, that
20   the insulators at Avondale used, do you ever recall
21   any warning or caution on those containers to inform
22   you about the hazards of asbestos?
23   A.  No.
24   Q.  Did your employer, in those first 10 to 12, 15
25   years or so, did they ever tell you about the hazards



TEMPLET: ROBERT J.  TEMPLET, SR.

Page 122

1   of asbestos?
2       A.   No.
3       Q.   Thank you, sir.  That's all I have.
4       A.   Okay.
5            MR. O'CONNELL:   Anybody else?  Okay,
6   everyone on the phone has had a chance to ask
7   questions, and everyone in the room has either asked
8   questions or declined to ask questions.  The room is
9   now silent.  Let us adjourn the deposition, and it is
10  completed.  Thank you, everybody.
11           VIDEOGRAPHER:    Off the record at 12:34
12  p.m.
13           [Deposition concluded.]
14
15
16
17
18
19
20
21
22
23
24
25

Page 124

1   reporting firm and any party litigant in this matter,
2   nor is there any such relationship between myself and a
3   party litigant in this matter.  I am not related to
4   counsel or the parties herein, nor am I otherwise
5   interested in the outcome of this matter.
6        Signed this 11th day of June, 2017.
7
8
9            Sarah B. Townsley, CCR, RPR
10           LA CCR 92016; TX CSR 5746; RPR #814458
11
12           DALLAS: 69
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 123

1              C E R T I F I C A T I O N
2        This certification is valid only for a transcript
3   accompanied by my original signature and original seal
4   on this page.
5        I, SARAH B. TOWNSLEY, Certified Court Reporter for
6   the states of Louisiana & Texas, as the officer before
7   whom this testimony was taken, hereby certify that
8   ROBERT J. TEMPLET, SR., having been duly sworn by me
9   upon authority of R.S. 37:2554, testified as set forth
10  in the previous 122 pages; this testimony was reported
11  by me in the stenotype reporting method, was prepared
12  and transcribed by me or under my personal direction
13  and supervision, is a true and correct transcript, to
14  the best of my ability and understanding; the
15  transcript has been prepared in compliance with
16  transcript format guidelines required by statute or by
17  rules of the board; I am informed about the complete
18  arrangement, financial or otherwise, with the person or
19  entity making arrangements for deposition services; I
20  have acted in compliance with the prohibition on
21  contractual relationships, as defined by Louisiana Code
22  of Civil Procedure Article 1434 and in rules and
23  advisory opinions of the board; I have no actual
24  knowledge of any prohibited employment or contractual
25  relationship, direct or indirect, between a court



TEMPLET: ROBERT J.  TEMPLET, SR.                                        Index: 1..900

## 1

**1**  14:8

**10**  14:14 16:12,24 22:4 121:7,24

**11**  43:15,16

**11:30**  89:13

**11:44**  89:16

**12**  14:14 16:12,24 22:4 43:15,16 121:7,24

**121**  28:5

**12:34**  122:11

**138**  34:3

**1383**  34:1,4,5

**1386**  34:2

**15**  30:18 46:21 121:24

**17**  59:7,10

**18th**  75:10

**191**  28:3

**1937**  38:4

**1949**  43:16

**1955**  55:5

**1957**  38:5 55:6 56:24 113:6

**1960s**  58:10

**1962**  34:25

**1963**  34:9

**1964**  38:6

**1965**  38:16

**1966**  45:4

**1967**  56:24 113:6

**1968**  13:9 14:1,9,16 16:11 19:11, 16 22:3 27:5 45:18 59:7,10,11,22 60:6 63:11,20 64:9,17,24 116:25 121:6

**1969**  19:19 59:25 64:4,8 68:2 117:7

**1970**  19:22 68:10 69:17

**1970s**  19:13 22:3 121:6

**1971**  19:25 68:15

**1972**  20:4

**1973**  20:7 34:9 45:25 68:18

**1974**  46:3

**1975**  68:22

**1976**  69:8

**1978**  70:10

**1980**  14:16 20:11 27:5 75:10 76:4

**1980s**  83:5,11

**1990s**  83:6

## 2

**2**  14:8 44:21 75:12

**2000**  83:6

**2002**  13:13 14:1

**2013**  10:20 34:12,16 88:20

**2017**  9:16 27:24

**21**  64:17

**26**  52:15

**29th**  64:24

**2nd**  13:9

## 3

**3**  14:8 65:1

**35**  13:24

## 4

**4**  70:20

**4026**  45:25

**46**  35:13

**4th**  10:3 38:25 46:6,11,13 99:17 111:23

## 5

**5**  74:12

**50**  43:17

**500**  57:14

**50s**  38:4

**515**  45:18

**52**  35:15

**57**  115:6

**5728**  10:3 46:6

## 6

**6**  74:23

**600**  38:14

**615**  37:24 40:1,20,22 42:23 51:8

**63**  34:10

**666-1/2**  45:4

**667**  45:12,16

**67**  115:6

**68**  59:17

**69**  59:18

## 7

**7**  76:2

**70**  19:11 28:6

**709**  38:16,19 39:14,17

**70s**  83:4

**73**  20:8 34:10

**74**  20:9,10

**79**  11:16

## 8

**8**  9:16 77:3

**80**  20:12

## 9

**9/3/37**  11:14

**900**  38:6,13



**9:15** 9:15

**9:48** 32:3

**9:58** 33:7

**9th** 36:20 37:13,15,17

---

**A**

**a.m.** 9:15 32:3 89:13

**abide** 32:25

**abided** 32:19

**aboard** 14:11 15:13 18:21 23:20 24:14,25 25:3,17

**accident** 64:16 70:7,9 73:18,23 74:11,20

**accident's** 74:2

**accidents** 73:19

**accurate** 106:10

**acres** 112:13

**Adam** 91:19

**added** 32:8,16

**additional** 30:5

**address** 38:9 111:24

**adjourn** 122:9

**advice** 53:18

**advising** 76:12

**affect** 20:19 21:21 24:16 26:24

**affirmative** 32:14

**afternoon** 100:25 111:15

**age** 52:15 88:24

**agree** 64:12 74:10 83:5,8

**agreeable** 32:22,23

**agreement** 45:1

**ahead** 70:20 106:14 107:14

**aid** 105:12

**air** 20:19,22 21:22 24:16 25:24 26:3,5,11,13,16,24 54:16 67:2 98:7 100:13

**alive** 50:2,4,16

**Allen** 80:18,20 91:10,11,12

**alley** 94:12

**alright** 33:14,20 37:8 41:2,18 42:8 58:21,25 60:10 64:3 65:1,23 66:24 68:1 71:14 80:18 81:21 83:1 90:2 101:5 102:1 105:18 106:13 109:20 110:11 118:22

**aluminum** 78:14,16,17,19

**anchor** 60:22

**annual** 76:5,25 77:5

**answers** 39:2 101:22

**anyplace** 88:8,14 120:11

**anytime** 93:18 94:22

**appearances** 9:4,6

**appeared** 76:13

**appetite** 28:22

**applied** 66:21 70:4 101:17 102:24

**applies** 101:11

**apply** 70:2

**applying** 65:16,18

**Approximately** 112:12

**April** 68:10

**area** 21:12 26:18,19 43:24 58:8 66:20 67:18,23 93:20 95:10 100:9 109:15

**areas** 66:25 93:15 94:10 96:24 98:1

**ARTHUR** 120:2

**asbestos** 12:12,13,16 17:13 19:7, 16 20:4 39:9,11,13,16 40:18 41:12, 14,15,20,21 42:1,5,9,16,18 43:23 44:1,7 45:9,11,21,23 46:24 48:21 51:1 52:10 53:21 56:12,15,16,19, 21 57:25 58:19,20 63:21 72:5 75:15,22 77:13 79:7,12,17 82:19 83:3,6,11 98:2 115:3,7 116:17,19 117:2,6 121:22 122:1

**asbestos-free** 116:22

**asbestosis** 79:15

**ASI** 75:15,16,18

**assembly** 72:22,23

**assuming** 106:23

**assumption** 44:10

**attach** 44:20 65:1 70:20 74:11,22 76:1 77:2

**attached** 44:25

**attack** 47:10

**attend** 36:21 90:4,6 99:15

**attended** 99:7,18

**attention** 27:12 64:20,23

**August** 59:17

**average** 55:10

**Avondale** 9:18 12:17,18 13:5,8, 10,14,19,20,22 14:1,4,9,10,15,19 15:11 16:20,22,23,25 18:2,20 19:7, 8,13 21:10 22:13,23 26:11 33:12 47:15 49:25 50:6,10 51:5 53:4 58:21 59:2,7,10,17 63:6,17,20 64:6,8 69:14 75:8,16 76:4 77:3,11, 13 80:15 82:24 83:3,7 84:20 85:7 88:4,21 89:1,3 90:14 97:24 98:2,5 104:8 106:16 108:24 115:15 116:16,20,25 117:6,12,23 118:10, 20 119:16,20 120:11 121:6,19,20

**Avondale's** 120:5,8

**aware** 27:16 39:5,12

---

**B**

**baby** 38:1

**back** 15:17 21:9 30:5 33:6 40:8 41:6 44:15 58:9 59:18,25 63:20 64:6 71:21 76:4,16 88:6 89:15 93:22 111:9

**backyard** 40:11

**bad** 11:25 29:19 31:12 95:12

**badge** 25:12

**Baluca** 84:12,13

**baseball** 30:20

**based** 33:1

**basically** 13:2 14:15

**Beach** 12:25

**beams** 67:17



**Bear**  27:10 68:1 80:13

**bearings**  56:3

**beck**  105:17

**Becker**  82:3

**beginning**  117:7

**behalf**  32:6

**bell**  54:1 55:5,20,21,24 77:4,8
  79:23 89:17,18 108:12,19 109:11

**Belle**  120:14,19

**belonged**  58:10

**belt**  56:4,6

**belts**  56:3,16,18,21

**Beverly**  51:11

**big**  23:14 26:3 30:17,19 61:3,4,5,6,
  9 95:11 109:1 112:12 114:25

**bike**  119:17

**birth**  36:1

**bit**  18:15 37:18 58:22 69:10

**Blakey**  73:23

**Blanchard**  86:21,23

**blast**  69:5 82:16

**block**  40:22 41:8 111:23

**blow**  15:14 54:15,19,24 67:2,3,17
  76:23

**blowing**  26:4 55:16

**blue**  103:11 115:24,25

**board**  23:23 24:2 60:15 73:20
  77:14 78:8,11

**boards**  23:12,14

**boat**  60:21 62:11

**boats**  53:8 60:12,15 111:20

**boiler**  78:20,22 79:1

**boilers**  78:7,11,12,13

**bookkeeper**  48:3,4

**bookkeeping**  48:10

**Boomtown**  88:9,10,17

**Bordelon**  87:23

**born**  11:11

**boss**  105:18

**Bossier**  85:4,8

**Boudin**  83:16

**Boudreaux**  38:9

**Bourgeois**  100:17,19

**bowels**  30:10

**Bowen**  73:21

**box**  115:21,23,25 116:4,5

**boxes**  116:3,9,17

**boy**  43:2 99:24

**boys**  10:25

**brace**  64:19

**brake**  54:8,11,13,15

**brakes**  54:25 55:9,12

**brand**  104:4

**brands**  52:23

**break**  31:23 59:18 101:11 105:16,
  17

**breath**  12:1

**breathe**  20:24 22:1 24:21,23 43:9
  73:13 100:15

**breathed**  78:4

**breathing**  27:2

**Breaux**  91:4

**Bridge**  13:15

**briefly**  15:11 20:13 31:6

**Bring**  88:11

**broom**  21:19,21 67:11 98:5

**brother**  49:24 50:14,22

**brothers**  17:3 19:6 22:16,17,22
  23:1,11,20 24:1,13 25:2,4,9,10,14
  26:8,17 49:22,23 51:12 71:2,5
  94:14 95:3,9,18,23 96:5,20 97:11
  98:20,24 108:21 109:7,13 121:8,13

**brothers-in-law**  51:3

**Brown**  105:5,8

**Brunet**  91:23

**brush**  19:3 21:19 67:16

**brush-painting**  65:8,9

**bucket**  102:23

**buckets**  56:4 103:10

**buddy**  89:21

**buildings**  112:1,8,10

**built**  15:22 22:13,14

**bumped**  68:19

**buys**  36:8

---

**C**

**cable**  50:25

**call**  21:8 25:20 81:10 92:23 105:18

**called**  14:5 15:1 54:1 64:11 73:20,
  21,22,23 74:21 75:6 76:8 79:13,15
  90:22 94:15 102:6,7 116:18

**Calzeda**  68:8,12

**Camilla**  38:9

**captain's**  97:1

**car**  41:23,24 42:1,10 43:24

**card**  68:14

**care**  30:22

**career**  12:14 116:21

**Carmadelle**  104:8

**Carter**  84:17,21

**case**  32:9

**catch**  26:4

**Catholic**  37:3,5 99:7,8,9

**caused**  12:9 70:14 79:12

**caution**  121:10,15,21

**Celotex**  49:10

**cement**  60:14

**chaff**  94:12

**chance**  122:6

**change**  53:2 54:6 56:5 69:3

**changed**  38:12,14 56:4



TEMPLET: ROBERT J. TEMPLET, SR.                    Index: changing..cut

changing 54:13 55:9 97:21

Chantry 85:23

Charles 62:21

Charlie 82:5

Charro 92:4

Chasse 120:14,19

check 112:21,22,24 113:2

checkups 77:5

chemo 28:14,20 29:2

chemotherapy 28:15

chest 76:5,6

Chester 91:21

child 11:5 37:21

children 10:21,23 35:8,10

Chipley 38:17,19 39:14,17

chipper 93:17

chipping 93:10,12

choice 22:2

chorus 9:8

church 90:4,6 119:2,7

circle 42:22 100:4,5,6

circled 75:15

Cirrhosis 49:19

city 13:15 38:12

claim 36:10,12

claiming 79:10,15

Clamshells 38:23

Clarence 90:18

clarify 116:24

classes 109:1 111:1

classification 14:25 22:21

classifications 15:13 17:17 18:22

classified 69:9,16

clean 21:13 23:22 26:19,22 40:13
   66:20,24 67:14,19 71:20 95:2,9

cleaned 15:15

cleanup 69:19 73:6 81:22 84:6
   103:22

clear 9:11 19:15 74:7

Clemcy 63:8

Clemmons 83:23,24

Clinton 91:17

close 21:1 23:25 24:2,5 69:15 94:2
   95:14 100:7

cloth 72:5,11,13,16,19 102:3,25
   103:3,7 104:1,16,22

clothes 49:1 100:11

Coast 14:23 15:25 17:24 22:11
   23:2,20 25:1 27:3 74:17,21 75:1
   77:20 96:2,3,11,16

coat 65:24

coating 94:6,11 98:22,25 99:1,3

coatings 93:24 94:4

Cole 87:19,20

color 92:12 102:11 115:23 116:1
   118:11

comfortable 30:3

command 105:18

commercial 109:3

common 39:19

commonly 23:16

companies 77:10 80:7 118:19

company 47:13 54:1 55:25 57:12
   61:23 110:7

Compared 96:23

completed 122:10

completely 109:8,22

compressed 54:16

concluded 122:13

condition 79:7

conditions 20:19 21:22 24:16
   26:24

connected 41:10 42:10

consignee 47:13 48:13

consistent 74:9

constructed 22:13

contained 39:9 48:21 116:17

container 107:11

containers 121:21

contaminated 66:17

Continental 55:25 56:1,11,15
   58:14,15

continue 31:24

continuous 14:2

contractor 22:16,19

contractors 48:15 57:9

convenience 33:22

conversation 32:17

conveyor 56:6

COPD 35:2

copy 59:1,2

corner 42:23 44:18

Corps 52:2

correct 34:9 38:6 39:10 46:11
   59:14 66:13 69:17,23 71:12 73:4,
   16 75:23 76:13,14 79:8 96:21
   102:7 104:1,4 109:4,9 110:16,17,
   24 114:6,7 115:17,18

counsel 9:10 32:23

couple 64:3 70:4 105:9,12 111:18
   118:18 119:3 120:24 121:1,4

Court 10:3

courtesy 9:10 32:15

covered 41:20 42:14

covering 57:20,22,23 71:11
   101:17 102:4

crafts 16:13,15 66:16 98:23 99:3

Crochet 91:25

cry 29:20

curious 51:22

curved 42:2

cut 25:15,21 72:5,10,12 94:14,22
   96:5 97:19,22 107:14 108:14



TEMPLET: ROBERT J.  TEMPLET, SR.                    Index: cuts..dusty

**cuts**  11:25 35:22

**cutter**  74:21

**cutters**  14:23 15:4,25 17:25 22:11, 24 23:3,20 25:1,17 27:3 74:18 75:1 77:21 96:2,3,11,16

**cutting**  24:1,13 71:5 72:13,16 94:25 95:18 97:12 121:9

---

**D**

---

**dad**  39:25 43:19 47:20 48:2,17,20 49:1,10 53:15 112:22

**daily**  99:21

**damage**  107:16

**Daniel**  81:5,6

**Darrell**  11:2,3 30:25 35:10,12,13, 23,24 36:8

**Darrell's**  31:3

**date**  9:2,15 32:9 39:13

**dated**  75:9

**dates**  34:11

**daughter**  11:6,7,8

**David**  104:8

**Dawes**  85:10,13

**day**  18:16 22:9 29:15 52:17,22 94:2,3 98:15

**days**  11:9 59:3

**daytime**  50:8

**DE**  17:20,22 73:20,21,22

**dead**  42:12 50:5

**Dean**  119:2,4

**death**  35:1 47:6,8,9 49:18

**Deblanc**  32:5 33:4 100:24

**deceased**  47:4,5 49:13,16 50:17

**December/january**  27:23

**deck**  62:4,5,6 67:14,15,16 72:25 73:2,7 93:22 103:17 120:16

**decks**  67:9 96:2,10

**declined**  122:8

**deemed**  32:13

**defendant**  9:3 32:6,8,16

**defendants**  9:13

**DEFENSE**  32:23

**defenses**  32:12,14

**deliver**  57:13

**delivered**  57:12

**deliveries**  57:8 58:6

**delivering**  57:15

**demonstrating**  61:14

**department**  60:1 64:7 65:2 86:3 93:7,12 98:9 100:21

**dependent**  36:3,5

**dependents**  36:10,12

**depending**  110:15

**depends**  55:11,17 74:2

**deposition**  9:12,16 32:20 59:4 122:9,13

**DES**  17:19 73:25 74:12 75:16,18, 22 77:21 93:5 110:20

**describe**  15:11 20:21 23:5,6 24:19 42:18 61:6,9 62:2 94:3 112:2

**destroyer**  14:23 15:4,19,20 22:10 73:16 74:8

**device**  25:23,25 26:2

**diagnosed**  11:20,22 12:2 27:20 28:1,8 31:9

**die**  12:1

**died**  10:22

**difficulty**  105:11,14

**dip**  103:3

**direct**  13:19

**dirt**  100:9,11,13

**dirty**  65:16 69:20 81:10,21 84:7

**disagree**  74:1

**discussing**  113:16

**disease**  31:9,17 79:15

**dispute**  74:5,6 95:22

**divorce**  35:6

**divorced**  35:20

**dock**  15:7,8

**docks**  14:5,7

**Doctor**  29:14

**doctors**  76:15

**document**  75:5

**Dominick**  63:2

**Donald**  104:10

**Dorothy**  10:18,19,21,24 34:9,13, 15,20,22 35:3

**Dorothy's**  35:1

**draw**  40:14

**drawing**  88:13,25

**drawn**  42:3,22

**dries**  102:10

**drill**  52:7

**drinks**  88:11

**drip**  72:24 103:16

**dripping**  103:16

**drive**  45:5,12,14,18 46:1 56:24

**driveway**  38:19,21 40:3,4,15 43:3

**driveways**  39:7,24

**driving**  113:6,19,21 114:4 115:6

**dropped**  58:6

**drums**  54:15,19,24 55:16

**dry**  15:7 65:25 73:2 102:18

**Dufresne**  62:17,19,23

**dump**  42:21

**dumped**  42:21,24 43:1,3,4,7,11

**dust**  15:15 19:2 20:22,23,24 21:16, 25 22:1 24:20,21,23 25:24 26:22 43:9 55:20 66:12 67:3 73:11,13 78:4 95:1,12,24 98:6 104:25

**duster**  67:12

**dusting**  27:1

**dusty**  43:7,8



**duties** 15:12

**dwelling** 40:10

---

**E**

**Earl** 87:13,15

**earlier** 22:17 24:15 27:22 33:11 70:15 77:19 90:3,13 94:13 95:8 102:2 114:4

**eat** 28:23

**Eaves** 85:11,13

**Eddie** 86:21

**Edmond** 92:6

**Edwin** 84:23

**effects** 28:20

**elbow** 70:10,14

**elementary** 36:21,22 37:4

**elevator** 56:8

**Ellis** 91:6

**Elton** 90:20

**Emile** 84:10,11

**employed** 16:19,21,25

**employee** 13:20

**employees** 23:11 26:8,16 95:14, 15

**employer** 121:24

**employment** 14:2

**en** 74:12

**end** 29:2 42:13 58:7

**enema** 30:16

**enemas** 30:16

**engine** 60:17,19 64:1 70:11,21 77:22 78:1 97:3,5,8 117:15,20

**enjoyed** 111:11

**entire** 32:20 34:18,20 41:15

**epoxy** 93:24 94:3,6,11 98:22,25 99:1,3

**equipment** 56:11 57:20,24

**escorts** 14:23 15:4,19,20 22:11 73:16 74:8

**essence** 89:20

**establish** 15:18

**estimate** 22:5 25:3

**et al** 9:18

**etcetera** 32:19

**Eusea** 81:5,6,9,22

**event** 32:25

**EXAMINATION** 9:21 33:8 89:17 100:24 105:5 111:14 115:12 118:16 119:7 120:3,25

**exceptions** 9:1 32:11,14

**Exhibit** 44:21 65:1 70:20 74:12,23 76:2 77:3

**exhibits** 44:24

**expediter** 84:15

**explain** 57:10

**exposed** 12:13,16 19:16,19,22,25 20:4 52:10 56:15 83:3,6,10 115:3,6 117:6

**exposure** 53:21 77:13

**Exxon** 70:11,18,19,21

---

**F**

**face** 64:19

**facilities** 63:17

**facility** 111:25 114:20 120:6

**fact** 95:22

**factory** 38:25 39:6,21

**fair** 44:10 45:25 59:1 86:24 103:24 104:14

**fairly** 105:8

**fall** 31:13

**family** 51:9,17

**fans** 26:4

**farther** 21:7 24:9 94:19

**fascia** 23:22

**fast** 89:19,21

**father** 47:1,11 84:8

**feeling** 11:17

**feet** 21:6 24:8 40:12 46:21 54:22 61:15 94:18

**fellow** 63:8 69:21 81:24 84:16 86:14,24,25

**Fellowship** 90:7

**few-minute** 31:23

**file** 9:2 59:9 70:8 73:24 79:10,14

**filed** 79:7

**filing** 79:17

**fill** 54:5 57:16 60:13

**filled** 75:8

**filtered** 52:25 53:1

**financially** 36:3

**fine** 10:13 34:8 74:24

**finish** 26:17 65:25

**finished** 95:9

**first-class** 68:19

**five-gallon** 102:23 103:10

**flat** 67:16

**floor** 21:17

**flowing** 20:22

**fly** 20:23 21:25 24:20 27:2

**flying** 20:22

**focus** 14:14 105:20,23

**folks** 80:15

**follow-up** 33:15

**follow-ups** 120:24

**football** 99:25 100:1

**foreman** 81:20 82:10 91:14 92:17, 19,21 100:20 109:16

**forgot** 69:2 121:4

**form** 32:19 36:11 75:7

**forward** 64:3

**Foster** 68:3,4



TEMPLET: ROBERT J.  TEMPLET, SR.                    Index: found..helped

**found** 70:7

**four-by-eight** 23:15 24:13 25:16 27:13

**four-inch** 67:13,15

**frames** 60:12

**Francis** 32:5

**Freddie** 83:21

**Freddy** 81:11,13,14

**Frenchie** 87:23,25 88:2

**fresh** 26:16

**friend** 63:5

**fuel** 53:8

**fueling** 111:20

**full** 9:24 57:15 112:5

**function** 76:23

**furniture** 96:8

**future** 9:2

**Fuzzy** 81:16,17,19

---

**G**

**galleys** 70:25

**gallons** 57:14

**Garrett** 87:11

**gas** 47:13 48:15 54:5 112:6

**gasoline** 48:18 57:2,15 58:6

**Gatlin** 87:7

**gave** 98:14

**gear** 93:22

**gears** 53:2

**general** 15:12 18:19 103:22

**generally** 65:13,15 119:15

**gentleman** 104:12 105:22

**gentleman's** 100:17

**gentlemen** 90:13

**George** 86:14

**Gervis** 91:15

**give** 30:16 39:2,6 40:13 55:14 61:12 76:6 98:11,13 104:6

**giving** 76:5

**globo** 74:12

**glue** 72:19,24 73:7 102:6

**god** 117:19

**Golden** 27:10

**good** 9:14,22,23 26:1 31:20 33:9, 10 53:18 60:20 86:24 87:2 98:8 100:25 105:7,13 111:15,16

**government** 39:12 45:8,20 109:3

**grade** 36:20 37:13,15,17 99:17

**grain** 55:25 56:6,8,11

**grandma** 40:7 41:6,8

**grandma's** 40:5,16 41:11 44:5

**grandmother** 38:10,11

**Granger** 92:2

**grass** 35:22

**gray** 42:20 118:2,4,5,7

**grease** 54:6 55:3 56:2

**green** 27:10 49:5

**grew** 37:21 63:5

**Griffin** 45:15

**grinded** 93:19

**grinder** 93:10,13,16

**grit** 67:3

**groceries** 36:9

**ground** 100:7

**growing** 51:7,14,15

**grown** 29:19

**growth** 28:10

**Guard** 14:23 15:25 17:25 22:11 23:3,20 25:1 27:3 52:8 74:18,21 75:1 77:20 96:2,3,11,16

**guess** 64:14 96:4,12 100:16

**guy** 86:24

**guys** 90:15

---

**H**

**H.A.** 112:25

**hand** 20:17,18 105:23

**handicapped** 35:24

**handing** 29:8

**handle** 108:13

**handling** 75:13

**handwriting** 75:17

**happen** 20:21 24:19 117:17

**happened** 21:24 55:2

**happy** 33:17

**hard** 31:14 94:7

**hardhat** 49:8

**Harry** 50:14,16,22

**Hartsman** 84:23

**Harvest** 90:7

**Harvey** 90:9 120:5,8

**hat** 25:13 92:12,20,22

**hats** 25:13 92:16,21

**hazardous** 58:19

**hazards** 121:22,25

**head** 10:11 37:20 39:1 61:5 63:12 64:5,22 66:11 69:18 73:3 88:1,5 91:9 99:22 100:12,18 101:18 104:11 106:8 107:1,2

**health** 27:19 58:19 89:4

**hear** 100:25 101:3,4,7,10 105:13 119:8,9

**heard** 62:12 85:14 86:17 87:8,20 119:13,15

**hearing** 89:24 105:11,12

**Heart** 47:10

**Heavens** 62:15

**Heddy** 85:10,13

**hell** 31:11

**helped** 43:20,21 44:7



TEMPLET: ROBERT J.  TEMPLET, SR.                    Index: helper..Justice

**helper** 59:23 60:7,11,25 61:1 62:8, 14 63:11 64:10 65:3,4 66:19,20 68:2,8,11 69:13,19 117:1,11,21

**helping** 117:22

**Henry** 84:16

**Herbert** 49:24 50:2,4,6

**Hey** 89:21 105:6

**high** 13:3 37:4,11,16 61:14,15

**History** 75:7

**hit** 64:22

**hitting** 70:13

**hold** 71:24 72:19

**holding** 29:21

**home** 31:2 43:4 49:20

**hooked** 95:20 101:5,6

**hope** 10:9 89:10 105:8

**Hopeman** 17:3 19:6 22:16,17,22 23:1,11,19,25 24:12 25:2,4,9,10,14 26:8,17 71:2,5 94:14 95:3,8,14,15, 18,23 96:5,20 97:11 98:20,24 108:20 109:7,13 121:8,13

**horns** 26:3,5,11,13 98:7

**horses** 25:21

**hose** 67:2,6

**hospital** 30:6,13 31:4

**hour** 30:18

**house** 40:6,16 41:11 44:5 46:18, 20 51:9,13 53:17 82:10,11,15,20, 23 86:18 97:1

**houses** 40:15

**hundred** 40:12 46:21

**hung** 22:20

**hurt** 30:11,18

**hurts** 29:19,22

---

**I**

**idea** 55:14 61:12

**identified** 112:14 114:17

**identify** 73:24

**identifying** 27:15 114:23

**illness** 11:20 79:11

**important** 106:9

**inch** 23:9

**include** 77:4

**including** 32:18,20

**income** 36:11

**indicating** 29:7,15,23 40:18,25 41:6,21 42:21

**industrial** 50:18,19

**Industries** 9:18

**inform** 121:21

**injury** 70:10

**inside** 63:25 118:11

**insides** 61:21

**install** 21:11 96:6

**installed** 95:23 98:20

**installing** 96:7

**instruct** 33:1

**insulated** 56:11 78:22

**insulating** 117:23

**insulation** 18:12 21:3 22:6 57:22 58:1 61:17 71:15 72:22 77:11 79:1 97:19,22 115:15,20 116:15,21 117:13 118:7,8,10,13

**insulators** 16:17,19 17:6,8,12,17, 21,24 18:2,5,8,11,20 19:7,12,17, 19,22 20:2,13 21:1,10,11,20 22:5, 20 58:3 70:22 71:10 72:1,4,10 77:25 78:25 88:1 97:19 102:2 115:16 116:11,16 117:12,23 121:20

**interests** 33:12

**involving** 109:14

**Ira** 91:15

**issue** 9:12 113:1

**issued** 112:19 113:18,21

---

**J**

**J.D.** 86:16,19 119:11,20

**J.G.** 86:17

**J.J.** 81:24 82:1

**Jack** 91:10,11

**James** 57:12 85:17 87:19 91:23

**January** 13:9 59:15,18 64:4 117:7

**Jed** 84:2,4

**Jed's** 84:8

**Jeff** 10:7

**Jennifer** 118:17

**Jim** 85:15 105:8

**Jimmy** 83:23,24,25

**job** 18:14,15 36:2 48:9 53:4,15 75:13 95:2,6 97:20 106:15,19 108:9,13 111:20 113:5,7 117:3,4

**jobs** 50:18 97:24

**John** 85:23 87:17

**John-mansville** 17:10

**Johns-manville** 17:11,18 18:6,9, 12,21 19:17,20,23 20:1 22:6 38:24 39:6,20,23 45:8 46:10,13,24 71:11 115:16,20,25 116:6,8,12,13,17 117:13 118:1,11 121:19

**joining** 120:15

**Joseph** 91:4,8

**journeyman** 65:6 66:21 67:22,24

**Jr** 11:2,3 31:1 35:10,14,21 36:8

**jump** 64:3

**June** 9:16 51:11 64:9,17,24 75:10

**Junior** 37:4

**Junius** 91:25

**Jupiter** 83:21

**jury** 9:25 17:16 18:19 20:13 28:18 29:16 30:8 31:8,16

**Justice** 10:3 46:4

---



TEMPLET: ROBERT J.  TEMPLET, SR.                                    Index: Katrina..marbles

## K

**Katrina** 79:21

**Kaylo** 17:9,10,11,18,22,24 18:2,5,
8,11,21 19:2,12,17,20,23,25 20:14
21:2,11,21 22:5 71:11,22,24 72:2,
6,12 101:17 102:4 103:4 104:17,18
115:16,19,22,23 116:3,4,5,8,12,13,
16 117:13 118:1,10 121:18

**Kelmell** 86:14

**Kennedy** 85:21

**Kickball** 99:25

**kind** 17:7,12 25:5,17 30:8 48:11
60:13,24 66:12 71:25 99:23
105:19,20 112:1

**kinds** 14:19 48:8 77:23

**kitchen** 40:4,5 97:9

**kitchens** 23:4 96:21,25

**knee** 100:8

**knew** 44:15 58:20 91:13 92:11
114:20

**Knight** 81:11,14

**knowledge** 119:20

## L

**label** 40:19

**laborer** 47:18 48:7

**lady** 85:10 99:12,15,16 101:23

**Lala** 63:2,4

**laminate** 23:9 107:16

**laminated** 24:1,13 25:16 27:14

**Landry** 84:10,11

**language** 94:16

**large** 61:12

**Larry** 83:16 90:22

**lash** 14:23 15:4 16:2,3 18:3 22:11,
24 23:2,21 24:25 25:17 27:4,10
77:21

**launched** 77:16

**lawsuit** 79:6,10,14,18 80:2

**lawyer** 79:20 106:1

**lawyers** 10:10 31:22

**lay** 53:17

**layout** 40:14

**leave** 89:3

**Lefort** 84:2

**leg** 120:16

**Legendre** 63:8

**length** 41:15

**letters** 76:11,19 77:3,7

**letting** 101:15

**level** 101:9

**Lewis** 90:18

**life** 10:6 31:20 38:1

**limb** 108:8

**limited** 75:2

**lines** 14:24 15:1,2,5 16:2,4,5 18:3,
6 22:11,12,24 23:2,21 24:25 25:1,
17,18 27:4,10 64:11

**live** 10:2,3 11:3 31:9,20 35:16
37:25 39:23 40:7 50:10,11 51:9,13

**lived** 10:5 37:19 38:6,9 39:19 41:6
45:4,16 51:8,11

**liver** 49:19

**living** 10:23 31:11 35:11,21 36:6
38:16 47:12

**load** 42:24 57:4,5,18 114:5

**loading** 115:2

**located** 15:6 90:8 111:22 113:9,13

**location** 112:12,20

**locations** 96:23

**locked** 30:10

**Logan** 84:8

**long** 10:5 12:22 31:19 99:15
101:14 105:15

**looked** 23:7,8 42:19 59:3 76:15

**loose** 56:4 121:2

**lose** 28:22

**lost** 28:6 121:2

**lot** 15:15,16,21 82:11 108:9

**lots** 21:25 24:20 67:10 109:6,12

**loud** 39:2 101:6,8 106:6 107:4
119:5

**louder** 89:25

**Louis** 82:3 115:13

**Louisiana** 10:4,5 13:15

**lump** 30:19 70:14

**lung** 76:23

## M

**machine** 76:23

**machinery** 96:15,18 117:22

**machines** 60:13

**machinist** 62:16 63:22,23,25
117:3,11

**machinist's** 59:23 60:7,11 61:1
62:8,14 63:11 64:10 117:1,21

**machinists** 117:9

**made** 9:5,7 21:25 38:21 41:11 58:5
61:23 103:25 108:5 110:2

**magazine** 58:16

**main** 13:17,18 14:4 62:5,6 63:15,
16 120:12,13

**make** 11:15,19 21:12 26:18 31:19
32:17 48:15 57:8 66:25 67:3 73:11
101:21 110:7

**Makes** 29:19

**making** 20:23 48:18

**man** 29:19 38:4 52:7 69:20 70:5
92:11 98:21

**Manual** 62:9

**manufactured** 110:1

**manufacturer** 110:5

**Manville** 46:16

**marbles** 99:25 100:2,7



TEMPLET: ROBERT J. TEMPLET, SR.                          Index: Marine..owned

**Marine** 51:23,25 52:1,11

**Marines** 12:21,22 13:2 51:23 52:4

**mark** 27:15 44:20

**markers** 114:23

**markings** 106:3,10,12

**Marrero** 10:4,5 37:24 38:17,25 39:19 46:8,11 49:11 57:7 90:8 114:6 115:2

**married** 34:9,12,18,20 35:3,4,7,18, 19,20 38:2 51:4

**mask** 44:13 55:20 98:10,11,12,17

**material** 39:9,20 42:19 65:17 78:2, 5 102:18 103:25 121:14

**materials** 39:7,13 66:17 75:14 77:11,25

**Matherne** 90:20

**matter** 9:17

**May-to-august** 117:18

**Mchugh** 87:17

**means** 57:10

**measurement** 20:16 71:21

**mechanic** 53:18 54:9,11 55:9,15

**medical** 64:20,23 75:7

**medication** 29:3,5,13,17,18

**medicine** 30:10

**meet** 115:13,14

**members** 9:24 51:9

**memory** 83:10

**men** 51:3 62:7,13

**mentioned** 9:10 22:17 27:19 94:14 99:7 108:25 110:20

**mesothelioma** 11:23,24 12:2,4,9 27:20 28:2,9,11

**met** 33:11

**Michelle** 111:17

**middle** 36:23

**military** 12:20

**Milton** 87:11

**minor** 73:19

**minute** 12:19 27:19

**minutes** 30:18 105:21 121:5

**Mississippi** 77:17 79:22

**Mitch** 79:23

**mix** 43:20,21 56:2 70:1 102:15,16, 19,20

**mixed** 38:15 70:2 102:13 103:2,6

**mixing** 82:12,13

**moment** 25:6

**Montana** 64:12,17

**months** 12:23 31:10 35:7 63:19 64:3

**morning** 9:14,22,23 33:9,10 113:7

**morphine** 29:6,7,9,10

**mother** 49:13,16,20

**mouth** 121:3

**move** 12:23 45:18,25 56:6 95:10

**moved** 12:24 26:19 46:2,4 67:21 69:16

## N

**named** 32:6 35:4 38:9 47:1 50:14 63:8 81:24 83:16 86:14 87:11

**names** 11:1 27:8,12 37:1 62:13 73:24 77:10 80:6,14 90:12,13 95:15 104:6,7 116:8 119:10,11

**Narcisse** 91:8

**National** 52:8

**nature** 33:2

**needed** 62:10 69:25 93:18 94:22 95:7 97:6

**neighbor** 45:14

**Nelson** 91:6

**newsletter** 58:16

**nice** 65:25 115:13,14

**nickname** 84:12

**niece** 51:19,20

**night** 50:7

**nod** 106:8

**nods** 10:11 37:20 39:1 61:5 64:5 66:11 69:18 73:3 88:5 99:22 100:12,18 101:18

**normal** 99:24

**notes** 111:9

**notification** 32:15

**notified** 32:7

**notify** 9:11

**November** 10:20 34:16 70:9

**number** 33:24 38:12 45:12 104:19, 21 108:25 110:18

**numbers** 34:1 38:12

## O

**O'CONNELL** 9:6,21 10:7 32:24 34:12 44:23 59:3 70:15 73:15 74:4, 13,24 80:9 89:11 111:12 118:25 119:4,25 120:23,25 122:5

**O'DONNELL** 82:5 85:15,17

**objections** 32:18 44:24 45:2

**obnoxious** 101:10

**occupation** 13:23

**Occupational/environmental** 75:6

**occur** 94:21 97:15

**office** 48:24,25 112:8,10 113:8,9

**oil** 14:24 15:5 16:6,7 17:19 18:9 22:12 53:10 54:6 111:21 112:5,18

**Ollie** 87:7

**open** 58:8 61:20

**operation** 48:11

**orange** 25:13

**order** 106:15,19

**Oubre** 115:12,13

**Owlet** 73:20

**owned** 85:7 113:3



TEMPLET: ROBERT J.  TEMPLET, SR.                    Index: oxycodone..privately-owned

**oxycodone** 29:11,14

**P**

**p.m.** 122:12

**pace** 31:24

**pack** 52:17

**packaging** 107:10

**pad** 40:14 41:23,24

**paid** 27:12

**pain** 29:3,5,13,17,24

**paint** 15:15 21:9,19 23:24 60:1
64:7 65:2,16,18,22,24,25 66:4,6,
10,13,17,22 67:4,6,7,8,13,15 69:22
70:1,2,3 71:20 73:9 78:16,17,19
82:13 93:2,7,11 94:7 95:6 98:9
100:20 103:16 109:19

**paintbrush** 67:13

**painted** 23:23 66:21 69:25 78:14
109:19

**painter** 13:25 14:9,20 15:11,12
16:11 60:8 65:6,15,24 67:22,24
68:11,15,19 69:17 78:7,10 91:13
93:7 117:7

**painter's** 66:19 68:2,8

**Painter/blaster** 68:24

**painters** 66:21 67:1,18 70:6 92:16,
21

**painting** 66:15 95:7

**paints** 65:21 82:12

**paper** 40:13 107:13

**paperwork** 106:24 107:6,21

**parents** 51:13

**park** 41:23,24 42:2,10 43:24 46:4,
24 54:7

**part** 41:21 44:10 62:2 76:25 101:16
109:8,22

**particles** 82:17

**parts** 54:12 62:9

**pass** 10:19 30:19 34:15 86:18

**passed** 11:5,8

**passing** 86:10 97:13 109:11

**past** 105:22

**paste** 71:25 102:3,7,8,9,10,11,13
103:2,4,5,14,16,25 104:16,22
105:1,2

**Patsy** 35:4,6,8

**Paul** 11:2

**pay** 36:7

**paycheck** 112:19 113:18,21

**pays** 36:8

**Peak** 92:24 93:1,4

**pension** 88:25

**people** 39:7,19,23 57:13 88:11

**perfectly** 103:13

**performed** 97:20

**performing** 121:8

**period** 117:18

**Perles** 9:4 32:17 33:8,12 34:14
45:1,3 74:10,14,16 75:3,4 76:1,3
77:6,9 80:11,12 90:13 102:6 120:3,
4

**Perrilloux** 90:22

**person** 113:1

**personal** 112:21,24

**personally** 103:14

**personnel** 59:2,9 70:8

**Pete** 85:25 86:4

**Peters** 47:23 48:12 53:14 111:22
113:14

**ph** 94:12

**Philip** 62:25

**phone** 119:1,6 120:1 122:6

**physical** 76:25

**pick** 19:2 21:16 61:11 64:18 95:12

**piece** 40:13 64:21 72:5 94:22

**pieces** 72:2 82:16 95:11

**Pilot** 97:1

**pink** 92:15,16,20,21,22

**pipe** 17:15 18:12 19:2 21:3,17 22:6
57:20,22,23 64:21 71:11,18 101:17
102:4 118:2,4,5,7

**pipes** 71:12,16,24 72:2 117:24

**piping** 57:22

**place** 41:23 53:24

**places** 37:19 46:2 53:3 58:5

**plaintiff** 9:11

**plaintiffs** 32:21

**plant** 46:10,13,16 48:24 49:10

**plaque** 76:8,10,13

**plate** 111:13

**play** 99:19 100:2

**playground** 99:19

**pleasure** 111:10

**plenty** 19:3 46:2 95:1

**pleural** 76:8,10,13

**Poche** 62:21

**point** 12:20 38:13 69:21 95:22
115:5

**pointed** 105:11

**Ponchartrain** 12:24

**portion** 9:9

**position** 32:9

**potential** 32:8

**pounds** 28:6

**power** 23:17 93:6,9

**Prabanek** 81:24 82:1

**prayer** 90:3

**prepare** 59:4

**presence** 32:12

**president** 84:20 85:1

**pretty** 69:15 94:2,4 101:8 105:13

**prevent** 25:24

**Prince** 62:25

**prior** 74:9 101:16

**privately-owned** 57:13



TEMPLET: ROBERT J.  TEMPLET, SR.                    Index: privilege..riding

**privilege** 33:2

**problem** 33:5

**problems** 30:5,8 89:24

**process** 71:15,17

**produced** 59:2

**products** 17:7,12,13 19:16 20:1, 14 21:2 98:2 112:18 114:3 118:19 121:13,16,19

**promotion** 68:10

**Prompt** 99:12

**property** 39:14,17 45:21 113:10, 12,13,15

**Pruitt** 91:21

**public** 99:8

**puke** 28:22

**Pump** 53:10

**pumping** 111:21

**pumps** 61:2 112:6

**put** 19:1 23:19,22 25:20 26:11 39:7 41:2,18,25 42:8,25 60:12 65:24 67:24 71:15,17,21 72:19 78:19 79:1 82:25 94:22 98:5,7 100:3 103:4 104:17,18,19 110:16 117:22

**putting** 69:22,24 71:11 102:3

---

**Q**

**quarters** 97:1

**question** 25:11 31:15 33:18 62:12 65:23 81:1 90:2 101:12

**questioning** 32:21

**questionnaire** 75:7

**questions** 10:8 31:7,23 33:15 74:25 89:8,23 100:22 101:15 105:9 106:2 108:13,20 109:11 111:18 113:4 115:9 118:18 120:2 121:1,4 122:7,8

**quick** 15:17 120:24 121:1,4

**quick-repair** 120:5,9

**quickly** 28:18

**quit** 34:25 36:20 53:16 88:17,18

---

**R**

**Rainey** 80:18,20,23 81:3

**raise** 68:18 69:10

**raising** 105:23

**ranks** 67:21

**read** 80:14

**ready** 9:13 58:21 66:25 93:2

**real** 15:17 60:20 89:19 121:1

**realize** 30:2

**reason** 48:20 52:9 56:14 69:1 73:25

**reasons** 11:18 89:3

**recall** 26:13 37:5,6 38:24 53:4 55:19,23 57:24 58:3,11,12 63:20 64:2 68:3,16,17,20 69:10 70:12,13 76:4 80:15 81:11,24 82:19 86:2 92:10 93:3,14,15,20 94:10 95:15, 19 96:2,6 97:18,20 98:19,21 102:4, 11 103:12 106:2,10 107:10,12,17, 22 115:22 116:1,9,14 117:10,12 120:18 121:15,20

**receive** 121:9

**recess** 32:4 99:22

**reclassified** 68:22 69:4

**recognize** 104:7

**recollection** 59:20

**record** 9:5,15 15:18 32:2,11 33:6 59:2,6,16,23 64:13 69:8 89:11,12, 14,15 106:10,14 110:12 122:11

**records** 45:7 64:8,10 74:1,5 79:21

**referred** 23:17

**refineries** 47:22

**refinery** 48:13,14,17 57:4,5,6,19, 25 114:5,8,9,11,13,18 115:2

**refresh** 59:20

**regular** 52:1,4

**related** 74:11 87:5 89:3

**relationship** 113:24 114:1

**relieves** 29:25

---

**remember** 13:7 14:7,13,19 17:9 19:5,8 22:21,25 25:15,22 26:7 27:8 30:12 37:21 38:16 45:23,24 53:25 54:13 56:10 57:19 61:23 62:7,13, 16 63:4,10 71:14,23 72:1,4,8,9,10, 13,16,18,24 76:19,22 78:25 79:17 80:6,18 83:15 84:10,16,19,23,25 85:5,6,19 86:21 87:7 88:19 92:9 99:9,11 101:21 106:3 107:24 110:19,21 117:23

**remembered** 107:23

**removed** 39:13 45:8,21

**rent** 36:7,8

**repair** 97:24

**repeat** 33:18

**rephrase** 33:17 65:23 80:24 81:1 101:13

**report** 64:16 70:9 74:20 113:7,8

**reported** 76:16

**reporter** 9:19

**reports** 70:7 73:18,23 74:11

**represent** 33:12 80:9

**required** 116:21

**requisite** 119:1

**reservation** 32:11,18

**reserve** 12:24 51:25

**reserved** 44:24 45:2

**Reserves** 51:24 52:6,11

**residue** 21:21

**respect** 96:1

**respirator** 44:13 55:21 98:10

**responsiveness** 32:19

**rest** 33:20 58:24

**retire** 13:10,12 88:21,23,24

**retired** 88:4

**Revere** 90:25

**Rick** 33:12 77:4 120:4

**Ricky** 62:23

**riding** 119:17



TEMPLET: ROBERT J.  TEMPLET, SR.                                    Index: rights..sir

**rights** 32:13

**rigs** 14:24 15:5 16:6,7 17:19 18:9 22:12 120:14,16

**ring** 79:23

**River** 57:7 77:17 114:5 115:2

**road** 40:25 42:10 47:23 48:12 53:14 57:7 111:22 113:14 114:6 115:2

**Robbie** 82:7

**Robert** 9:16,17 10:1 11:2,3 31:1 35:10,14,21 36:8 90:25

**Roberts** 86:16,17 119:11,20

**Robinson** 82:7

**Rocks** 42:15,17

**Roland** 92:4

**roller** 56:2

**Rome** 104:10

**room** 55:3 70:11,21 82:25 93:23 97:3,5,8 98:18 117:15 122:7,8

**rooms** 23:4 60:17,19 64:1 77:22 78:1 98:19 117:20

**roped** 98:1

**roughly** 20:11

**Roussell** 112:25 113:23

**Roussell's** 113:24

**rowboat** 109:2

**Roy** 111:14,17

**run** 56:2 90:24

**Rush** 74:22

― ― ― ― S ― ― ― ―

**safe** 106:23

**safety** 86:3

**sand** 66:8

**sandblast** 69:6

**sandblast/painter** 69:9

**sandblaster** 68:23 69:4

**sandblasting** 66:8

**sandwich** 23:8

**save** 74:13

**sawdust** 66:3

**saws** 95:23

**Schlumberger** 50:23

**school** 13:3 36:15,17,18,21,23 37:3,5,11,16 46:1 53:16 99:7,10,18

**schools** 36:24 37:1

**scissors** 72:17

**Scooby-doo** 90:23

**scrap** 39:6,9,13,20 40:3

**scrape** 73:7 103:19

**scraper** 73:8,9

**scratched** 64:19

**Sebrin** 47:2,3

**second-class** 68:15

**seconds** 119:1

**section** 120:16

**Security** 33:24

**self-evident** 28:19

**sell** 114:3

**selling** 47:13

**send** 48:14 58:15

**separate** 40:9,10

**September** 68:18

**series** 76:11 77:2

**serve** 12:20,22 13:2

**Served** 88:11

**service** 55:18

**set** 55:12

**settled** 80:7

**settlements** 80:1

**shakes** 63:12 91:9 104:11 107:1

**shaking** 107:2

**sheetrock** 22:20 23:5,12,14 24:2, 14 25:16 27:13,14,15 94:15,16,25

95:19 96:6 97:12 98:20 105:24 106:3,15,21,25 107:8,10,18,23 108:3,4,5,10,14,21 109:14 110:2,5, 13,16,25 121:14

**Shells** 38:23

**ship** 14:25 56:2 66:25 93:16,21 96:23,24 109:9 117:8

**ships** 14:11,19 15:3,13,17 16:10 17:17 18:22 22:10,21 24:14 25:3 26:15 27:5,9 60:16 62:3 63:10 77:14,16,20,23 78:1,8,11 93:3

**shipyard** 12:17 13:15 33:13 76:12, 20,22

**Shipyards** 75:16 106:16

**shoes** 49:6 54:13

**shoot** 99:25 100:6

**short** 10:9 11:19 31:22 32:4 105:9 111:18

**shot** 82:10,11,15,20,22 86:18

**show** 64:8,11 73:18 75:5

**showed** 76:8

**showing** 9:3

**shows** 59:16 64:24 69:8 74:20

**sick** 88:17

**sickness** 11:25

**side** 29:21 41:19 42:12,14 64:22

**sides** 23:9

**sidewalk** 40:5,17 42:4,5,9 44:2,4

**sign** 44:17

**signature** 75:10

**signs** 112:14,17 114:17

**silent** 122:9

**simply** 13:22 27:7

**sir** 9:13 11:11,13 12:6 18:15,25 19:5,10 20:13 22:3,8 31:6 33:9,22 35:1,5,9,17 36:16,19 37:14 38:10 39:3 41:7,13,17,22,25 44:20 45:19 47:6,7 49:15,17 50:3,12,15 51:2,16 53:9 56:20 58:2,4 61:8 65:14 68:1, 5 69:14 70:9 72:15 74:19 87:1,4 88:25 89:6 92:8,14 105:3,6,10 107:8 111:8,15 115:9 118:14,17,22



TEMPLET: ROBERT J.  TEMPLET, SR.                    Index: sisters..tanks

119:8 120:21 121:1,4 122:3

**sisters**  49:22,23 51:4,10,12

**sit**  27:8 83:9

**site**  36:2

**sitting**  54:21

**size**  98:19

**skill**  23:13,16 24:16 94:16 95:19

**sleep**  31:13

**slipped**  36:2

**slow**  89:21

**small**  40:25 43:2,15 101:16

**smell**  94:4

**smoke**  52:15,17,23

**smoked**  52:13,21

**smoker**  34:22,24

**snipe**  67:6

**Social**  33:24

**soft**  88:11

**sold**  77:11

**son**  30:23

**sons**  31:20 35:19 36:3,13

**sort**  9:1 25:22,23 26:8 27:15 28:9
  33:2 44:11 53:7 57:25 58:16 60:10
  79:17 121:10,15

**sound**  43:17 59:7,10 60:3

**sounds**  59:14

**spaces**  96:15,18

**speak**  119:5

**speaker**  101:6

**speaking**  65:13,15 111:10,11

**special**  25:19,22 26:9

**specialist**  69:9

**specific**  26:7 107:21 110:12
  111:21 119:19

**specifications**  107:22 108:4
  110:15

**spine**  35:25

**split**  35:24

**spoken**  119:12

**Spooner**  87:13,15

**spray-painter**  49:25

**spray-painting**  65:11,12

**sprayed**  94:8,9

**spread**  43:23 44:1,7

**squiggly**  42:8

**Sr**  9:17 10:1

**stable**  76:13,18

**stand**  61:15 100:6,8

**standing**  54:20

**star**  114:25

**start**  60:5 65:3 90:2 101:14

**started**  13:7 59:6,9,11 65:4 68:2
  76:5 116:25

**starting**  69:17

**state**  9:24 32:24

**staterooms**  70:25 96:21,25 97:9

**states**  15:1,2 16:4,5 18:6 22:12,24
  23:2,4,21 25:1,18 27:4 64:11

**stay**  94:15 109:17 121:10

**steel**  82:16,17

**steel-toed**  49:6

**steering**  93:22

**stenographic**  9:5,7,9

**Step**  111:13

**Steve**  85:21

**stick**  66:6,10,12

**stipulate**  74:5

**stir**  102:21

**stirring**  102:22

**stooped**  64:18

**stop**  14:13 28:10 33:17

**street**  10:4 37:24 38:12,25 40:2,24
  42:11,12,14 46:6,11,14 111:23

**strictly**  32:15

**strike**  25:15 96:24

**string**  103:4

**stripe**  92:18,19,20,22

**strong**  94:4

**stuff**  27:1 107:25

**subject**  83:2

**Succor**  99:12

**suck**  95:24 98:6

**sucker**  99:15

**sucking**  25:23,25 26:2

**Superintendent**  100:20

**supplied**  118:19

**Supposed**  67:20

**Sutherland**  91:17,19

**swear**  9:19

**sweep**  21:20 26:23 67:9,10 95:2

**sweeping**  95:1 98:4

**sworn**  9:20

---

### T

**T.L.**  57:12

**table**  25:19 105:23

**tables**  26:9

**taking**  29:16 30:21 31:3 101:23

**talk**  12:18 13:5 17:4,6 19:4 22:15
  27:18 29:1 30:3 37:18 53:2 58:21
  60:5 74:3 81:21 84:21 85:2,8 86:4,
  6,12,19 87:3,5 88:2 89:25 95:14
  96:1 111:19

**talked**  107:21

**talking**  24:4 26:5 67:14 89:20
  94:13 101:7 105:22 107:20 109:2
  110:2,14 111:1

**tank**  57:16 92:24 93:1,4

**tanker**  70:11,13,21

**tankers**  14:24 16:8 18:12 22:12
  70:16,18,24 71:3,7

**tanks**  57:15 114:14,16

---



**tape** 71:25

**tax** 36:11

**technician** 50:25

**teenager** 34:23,25 52:13

**teeth** 121:2

**telling** 106:3 108:9 110:6,19,21

**Templet** 9:17 10:1,2,7,14,18 11:2,
17 12:13 31:21 33:9 44:21 75:5
77:3 80:13 89:6,18 99:6 100:23,25
104:15 115:13 120:4

**ten** 14:18 15:10 52:22 119:1

**tend** 101:8

**Territo** 85:25 86:2

**testified** 102:2

**testimony** 74:7,9,25 101:16 117:1

**testing** 76:22

**Texaco** 9:11 32:10 47:18,25 48:4,
7,11,22 49:3 53:6,7,13,19,22 56:25
57:19 58:3 111:19,20 112:18
113:5,25 114:3,9,10,13,17,19,20,
24

**Texaco's** 9:10

**thick** 23:9

**thing** 9:9 41:19 72:20 84:5 90:14
99:21 101:10 108:5 116:6,18

**things** 40:19 47:14 48:16 65:20
76:18 88:12 99:23 105:19

**third-party** 32:8,16

**Thomas** 91:2 100:17

**thought** 34:5

**thousand** 46:21,22 88:6

**tie** 72:2

**tighten** 60:20

**till** 38:1

**time** 9:15,18 14:10 16:23 25:7
31:13 32:12 33:7,21 34:18,20
47:17 51:22 55:3 57:14 64:4 68:14
69:13 74:13 76:18 83:2 86:10
88:13,16 89:6,16,19,20 90:7 94:24
95:17,23 98:5 102:14 104:17,18
105:16 108:21 116:11,20 117:5,14,

18,24 118:9 120:4

**times** 21:2 23:25 70:4 77:22 93:5
94:19 97:11 104:21 105:12 109:6,
12,13,20 117:17,21

**today** 9:3 10:8 11:15,18 27:8 28:4
31:17,22,23 35:11 59:4 83:9 102:2
111:15 117:1 119:10

**told** 29:14 31:21 52:13 62:1 64:7
69:2 70:15 71:10 73:15 74:17
76:21 77:19 79:16 86:20 89:10
95:8 105:24 106:1 110:18

**Tony** 62:16,19

**tool** 82:25 93:10,12 98:18

**tools** 93:6,9

**top** 72:19 92:18

**torch** 64:18

**touch** 107:9

**touched** 108:19 110:11

**tough** 86:24

**trade** 13:23

**trades** 16:13,15,25

**trailer** 10:3 46:4,17,24

**Transportation** 54:2 55:5

**treatment** 28:10,21

**treatments** 28:15 29:2

**Tregg** 68:25

**Tripp** 73:22

**Troy** 89:18

**truck** 57:18 115:6

**truckers** 55:11

**truckload** 42:21

**trucks** 48:14 54:5,8 55:17 56:24
57:2 113:6,19,22 114:5

**true** 118:9

**turbine** 79:4,5

**turbines** 79:3

**turn** 10:10 75:9 119:5

**twelve** 14:18 15:10

**tyke** 43:15

**Tyner** 79:23,24

**type** 49:1 93:9 107:11,24

**types** 63:10 73:19 77:20 110:19,
21,25

**typically** 66:16

**typo** 34:17

---

**U**

**Uh-huh** 43:25 46:7 50:20 52:14
59:12 60:9 81:7,15 87:12 114:2

**Uh-uh** 82:6 83:22 85:18

**understand** 33:16 34:8 38:5,8,11
43:4 45:4,11 47:1,17 49:13,24 52:9
58:9 79:6 82:15 89:23 101:12

**understanding** 10:14 11:24 12:3,
8 74:23

**unfiltered** 52:25

**uniform** 49:3

**unintelligible** 30:17 94:12

**union** 58:10,13,15,18

**Urbandale** 37:24 38:6,13,14 40:1,
2,20,24 41:3,4,5 42:11 51:8

---

**V**

**vacuum** 95:20 98:5

**vacuums** 95:23

**valves** 61:2,3,4,5,6,9,17,21,24

**ventilation** 25:23 26:9,14

**verbalize** 101:22

**verify** 34:6

**versus** 9:17

**vessel** 64:11 93:15 94:10 110:15

**vessels** 14:11 15:3,5 103:17
108:24 109:1,3,22 110:19,21 111:1

**Viceroy** 52:24

**vicinity** 17:8 19:20,23 22:6,7
23:19 25:2



**Victory**  45:5,12,14

**video**  9:8,15 28:20

**voice**  101:9

---

**W**

**wages**  88:13

**waived**  9:3

**waiver**  32:13

**waiving**  9:1

**walk**  97:16

**walkway**  41:10,16 44:4

**wall**  67:3

**wallboards**  71:6

**walls**  22:20 69:22,24,25

**Walmart**  87:6

**wanted**  23:23 32:17 34:6 65:25 70:5

**warehouse**  112:3,4

**warning**  121:10,15,21

**watched**  43:13

**watching**  28:19 54:20

**water**  15:8 102:19

**weak**  28:23 31:14

**wear**  44:11 49:1,6,8 92:12,16 98:10,11,12

**Weber**  92:6,7,10

**week**  30:4 55:2,9,18

**weigh**  28:2,4

**weighed**  28:3

**weight**  121:2

**welders**  16:17,21

**welding**  64:18

**welds**  19:1 71:20

**Westwego**  36:22 37:3,11,16 45:5

**Westwood**  45:18

**wet**  14:5,7 15:7,8 97:21 104:23,24

**wheelchair**  28:24

**When's**  88:13

**white**  42:20 83:17,18 92:18,19,20, 22 98:11,12,17 102:12 118:8,12,13

**widowed**  10:15

**wife**  88:17

**wife's**  10:17

**Wilbert**  92:2

**Willie**  91:2

**Willis**  90:16

**winches**  60:21,22,24 62:2,3,4

**wipe**  26:22

**wire**  72:2

**word**  42:1

**words**  18:16 108:4 110:6

**work**  13:17 14:5,10,25 15:3,20,23, 25 16:8,13,15,24 17:2 22:5 25:5,17 27:4 28:24 31:2 47:15,22 48:7,8, 17,24 49:2,6,8,10,20 50:6,18 51:4 53:7,11,13,18 54:1,8 55:5 60:6,11 61:2,21 62:9 63:6,15,17,25 69:3 70:16,22,24 71:2,9 73:6 75:22 77:21 78:7,10 79:3 81:2,10,22 82:11,22 83:25 84:2,6,7 86:12 87:5 91:12 92:23 93:1,6,9,24 95:9 96:10 97:5,8,24 103:22 104:8 105:21 108:20 109:7,8,14,21 111:19 113:5 117:16 120:5,8,11 121:8,11

**worked**  13:14,19,22 14:7,10,15, 18,20 15:6,10,19 16:10,17 17:7 18:20 19:6 22:16,22 25:2 27:3 36:13 47:13,17 48:4,14,21 49:24 50:7,23 51:1 53:3,24 55:19,23 59:23 61:3 62:1,7,14 63:7,10,19 64:11 65:5 73:15,25 74:7,17,21 75:8,13 77:20 78:1 81:8,20 88:8,9, 16 90:14 93:3,5,11 95:17 96:20,24 97:3,9 98:2,9 103:14,17 119:16 120:13,19 121:7

**workers**  98:1

**working**  12:14 13:7 14:4,9 15:12 16:11,23 23:1,4,20 25:7 50:9 57:19 58:12 60:7,19 63:20 68:3,7,25 70:11 74:25 80:15 83:15 84:10 98:23 108:21 113:18 117:7,10,12

121:6

**works**  115:1

**worthwhile**  86:9

**wrap**  17:15 72:5

**wrapped**  102:3 107:12

**write**  40:22 41:5,8,14 42:1 112:22

**writing**  103:11 107:18 115:23 116:1

**writings**  103:9 116:9

**written**  25:12 74:6 115:21

**wrong**  76:17,21 99:14

**wrote**  112:24

---

**X**

**x-ray**  76:5,6,9,15

---

**Y**

**yard**  13:17,18 14:4 63:15,16 120:9, 12,13

**year**  19:5,8,9,16 27:22 38:3 76:16 88:19 120:18

**years**  13:24 14:15,18 15:10 16:12, 24 22:4 34:13 37:25 55:8 76:12 79:10,14 82:24 120:18 121:7,25

**you-all**  34:17 86:6 100:3

**young**  90:16 101:23

---

**Z**

**Zach**  84:17

**Zajac**  118:16,17

