# Eden Labouisse

| | |
|---|---|
| **Subject:** | FW: ROBERT J. TEMPLET, SR. - E-Transcript File Delivery |
| **Attachments:** | robertjtempletsr6817.ptx; ROBERT J. TEMPLET, SR FULL PDF.PDF; ROBERT J. TEMPLET, SR COND PDF.PDF; ROBERT J. TEMPLET, SR..txt |

-----Original Message-----
From: Amanda Reyes [mailto:areyes@hglitigation.com]
Sent: Monday, June 12, 2017 4:56 PM
To: Rick Perles <rperles@leefutrell.com>
Subject: ROBERT J. TEMPLET, SR. - E-Transcript File Delivery

Thank you for your order!

We've attached your transcript to this email. If exhibits are available for this deposition, you can access them through our web repository.

Note: At times, your Exhibits might not be available when you're receiving this transcript via email. If this is the case, you will receive another notification when they are available.

HG Web/Service Link Repository Access Instructions:
1.      Go to www.alservicelink.com/hglitigation.
2.      If you haven't logged in already your Username is your email address and default password is Partner1 (P is cap).
        Please email info@hglitigation.com if you need a Username/Password.
3.      To watch a short 2 min "how to" video please click this link.
        www.hglitigation.com/client_resources/new-repository

Please click below to download the FREE Westlaw PTX viewer.
<http://store.westlaw.com/software/ebundle/viewer/default.aspx>

Quick Start Tips:
Need help searching for a file?
On your Dashboard look for the files under "10 most recent files uploaded"
If you don't see them in this location Click on the Calendar link (left side) and find the date of the deposition. Find the Deposition you want and click to open. On the left you will see Files/Notices with a # next to it. Click this link.
On this screen you can select one or "all" of the file and click the "Download Selected" button.

You can also delegate access to your account to another person under "My Account".


Amanda Reyes
Client Partner Liaison

HG Litigation Services
"The best partner a law firm could have"

888 656 3376 Toll Free
214 459 8631 Direct
214 364 0931 Mobile
www.hglitigation.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.