CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-4662  DIVISION "F"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____   _____
                                   DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse" or "Defendant") suggesting to the Court that this defendant needs additional time to investigate the matter prior to filing responsive pleadings and respectfully suggests that the requested extension will not prejudice any party nor unduly delay the progress of this litigation. Defendant has not filed a prior motion for extension of time and is unaware of any objection in the record to such extension of time.

Mover was served with the Petition on May 25, 2017 and the citation required the filing of responsive pleadings on or before June 7, 2017. Mover requests an extension until July 7, 2017 and prays for such relief.

Respectfully submitted,

FRILOT L.L.C.

_____
JOHN J. HAINKEL, III – 18246
ANGELA M. BOWLIN – 20714
JAMES H. BROWN, JR. – 3564
MAGALI A. PUENTE MARTIN – 27279
KELSEY A. EAGAN – 35764
KELLY L. LONG – 34945
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3700
T: (504) 599-8000; F: (504) 599-8100
**Counsel for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of June, 2017 caused to be served, via United States Postal Service and/or via electronic transmission, a copy of the foregoing pleading on all known counsel of record.

_____

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-4662                                                           DIVISION "F"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____         _____
                                        DEPUTY CLERK

## ORDER

Considering the foregoing Motion for Extension of Time filed by CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation:

**IT IS HEREBY ORDERED** that Westinghouse is granted until July 7, 2017 within which to file responsive pleadings to Plaintiff's Petition for Damages.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2017.

_____
JUDGE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-4662                                                                                           DIVISION "F"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____              _____
                                                                       DEPUTY CLERK

### REQUEST FOR NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, the undersigned hereby requests written notice of the date set for trial of the above-numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten days before any trial date.

The undersigned also requests notice of signing of any final judgment or the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

FRILOT L.L.C.

_____
JOHN J. HAINKEL, III – 18246
ANGELA M. BOWLIN – 20714
JAMES H. BROWN, JR. – 3564
MAGALI A. PUENTE MARTIN – 27279
KELSEY A. EAGAN – 35764
KELLY L. LONG – 34945
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3700
T: (504) 599-8000; F: (504) 599-8100
**Counsel for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation**

### CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of June, 2017 caused to be served, via United States Postal Service and/or via electronic transmission, a copy of the foregoing pleading on all known counsel of record.

_____