CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED 2017 JUN -9 P 3:08 CIVIL

NO. 17-4662   SECTION: 7   DIVISION: "F"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC., ET AL

FILED:_____   _____
                                      DEPUTY CLERK

### JOINDER IN AND ADOPTION OF EXCEPTIONS OF IMPROPER VENUE FILED BY LAMORAK INSURANCE COMPANY AND THE TRAVELERS INDEMNITY COMPANY

NOW INTO COURT, through undersigned counsel, comes defendant Certain Underwriters at Lloyd's, London ("Underwriters"), and, pursuant to La. Code of Civil Procedure art. 853, hereby joins and adopts the Exceptions of Improper Venue filed herein by co-defendants Lamorak Insurance Company ("Lamorak") and The Travelers Indemnity Company ("Travelers") and which are set for hearing on June 30, 2017.

Plaintiff has asserted various claims under the Louisiana Direct Action Statute against Lamorak, Travelers and Underwriters as alleged insurers of certain alleged executive officers of Avondale, and the core nature of those claims are virtually identical with regard to Lamorak, Travelers and Underwriters. Lamorak and Travelers have filed exceptions to such claims, seeking dismissal on the grounds of improper venue as to alleged executive officers who are non-Orleans parish domiciliaries, and Underwriters are entitled to dismissal on the same legal grounds asserted by Lamorak and Travelers.

The arguments, authorities and reasoning set forth in the Exceptions of Improper Venue filed by Lamorak and Travelers, copies of which are attached hereto as Exhibits "A" and "B", together with all supporting memoranda and/or exhibits attached, are hereby adopted, joined and incorporated by Underwriters as if copied herein *in extenso*.

Underwriters' joinder and adoption herein does not prejudice plaintiff in any way because the issues have identical application to both Lamorak, Travelers and Underwriters, and Underwriters joins in said exceptions out of an abundance of caution as the venue provisions of the Direct Action Statute should be applied equally to all similarly situated defendant insurers.

WHEREFORE, for the reasons set forth above, Underwriters prays that this Honorable Court maintain the Exceptions of Improper Venue and dismiss plaintiff's claims against it, with prejudice, and at plaintiff's costs.

RESPECTFULLY SUBMITTED:

LOGAN LAW OFFICES, LLC
1010 Common Street
Suite 2910
New Orleans, Louisiana 70112
Telephone: (504) 522-5900
Facsimile: (504) 522-5998
Attorneys for Defendant,
Certain Underwriters at Lloyd's, London.

By: _____
JAMES R. LOGAN, IV - #1095

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all counsel of record, by facsimile transmission and/or depositing same in the United States mail, postage prepaid and properly addressed, on this 9th day of June, 2017.

_____

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-4662                    DIVISION "F"                    SECTION

ROBERT J. TEMPLET, SR.

Versus

AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____    _____
                                      DEPUTY CLERK

## EXCEPTION OF IMPROPER VENUE

NOW INTO COURT, through undersigned counsel, comes Lamorak Insurance Company, erroneously referred to as OneBeacon Insurance Company, which excepts to Plaintiff's Petition for Damages, because the suit against it as the alleged insurer of Avondale Industries, Inc. and its alleged executive officers is filed in a parish of improper venue and in violation of the Louisiana Direct Action Statute.

WHEREFORE, Lamorak Insurance Company prays that its Exception of Improper Venue be maintained, and Plaintiff's claims against it be dismissed.

Respectfully submitted:

_____
SAMUEL M. ROSAMOND, III (17122)
srosamond@twpdlaw.com
ADAM D. DEMAHY (29826)
ademahy@twpdlaw.com
TAYLOR, WELLONS, POLITZ & DUHE, APLC
1515 Poydras Street - Suite 1900
New Orleans, Louisiana 70112
Phone: 504-525-9888
Fax:   504-525-9899
*Attorneys for Lamorak Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by U.S. Mail, postage prepaid and properly addressed, by fax, by hand and/or email, this 30 day of _____May_____, 2017.

_____
SAMUEL M. ROSAMOND, III



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-4662     DIVISION "F"     SECTION

ROBERT J. TEMPLET, SR.

Versus

AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____     _____
                                    DEPUTY CLERK

## ORDER

Considering the above and foregoing Exception of Improper Venue;

IT IS ORDERED that the plaintiff show cause on the _____ day of __JUN 3 0 2017__, 2017, at __9__ a.m., why the Exception of Improper Venue filed by Lamorak Insurance Company should not be maintained, dismissing Plaintiff's suit at Plaintiff's costs.

NEW ORLEANS, LOUISIANA, this _____ day of __MAY 3 0 2017__, 2017.

Sgd. Dwayne J. Mallet
Minute Clerk, Division "F"

JUDGE CHRISTOPHER J. BRUNO

A TRUE COPY

Civil District Court
Parish of Orleans, State of La.

PLEASE SERVE:

ROBERT J. TEMPLET, SR.
Through his Attorney of Record:
Philip Hoffman
LANDRY & SWARR, LLC
1010 Common Street, Ste. 2050
New Orleans, LA 70112

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2017-4662                                                                                    DIVISION "F"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC., *et al.*

FILED:_____     _____
                                                                              DEPUTY CLERK

### THE TRAVELERS INDEMNITY COMPANY'S EXCEPTION OF IMPROPER VENUE

**NOW INTO COURT**, through undersigned counsel, comes The Travelers Indemnity Company (improperly named in the Petition for Damages as "The Travelers Insurance Company") ("Travelers"), as an alleged insurer of the "Executive Officers of Avondale Industries, Inc.,"[1] who files this venue exception with respect to its alleged liability for the following persons: James O'Donnell, George Kelmell, J. D. Roberts, Ollie Gatlin, James T. Cole, Steven Kennedy, J. Melton Garrett, Earl Spooner, Albert Bossier, Jr., Burnette "Frenchy" Bordelon, Edward A. Blanchard, John Chantry and Peter Territo (hereinafter collectively referred to as the "Non-Orleans Parish Domiciliaries").

The Louisiana Direct Action Statute, La. R.S. 22:1269, dictates that venue in Orleans Parish is improper with respect to Plaintiff's claims against Travelers, in its capacity as an alleged insurer of several of the Non-Orleans Parish Domiciliaries, because Plaintiff cannot carry his burden to establish that (1) he sustained any injury (*i.e.*, exposure to asbestos) in Orleans Parish; or that (2) the alleged insureds of Travelers, the

---

[1] Plaintiff's Petition for Damages asserts that Travelers insures the following so-called "Executive Officers of Avondale Industries, Inc.": Henry "Zac" Carter, C. Edwin Hartzman, Albert Bossier, Jr., Hettie Margaret Dawes-Eaves, James O'Donnell, Steve Kennedy, John Chantry, Pete Territo, George Kelmell, J. D. Roberts, Edward A. Blanchard, Ollie Gatlin, J. Melton Garrett, Earl Spooner, John McQue, James T. Cole and Burnette "Frenchy" Bordelon. (Exhibit "A," Plaintiff's Petition for Damages at ¶ 2(21), p. 1.)

EXHIBIT B

Non-Orleans Parish Domiciliaries, are (or were at their time of death) domiciled in Orleans Parish.

**WHEREFORE,** Travelers respectfully requests that this Court sustain its Exception of Improper Venue, and either dismiss Plaintiff's claims against Travelers in its capacity as an alleged insurer of the Non-Orleans Parish Domiciliaries, or transfer these claims against Travelers to a parish where venue is proper.

Respectfully Submitted:

_[signature]_

Kristopher T. Wilson, La. Bar No. 23978
Katherine O. Hannan, La. Bar No. 29503
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
Email: kwilson@lawla.com
       khannan@lawla.com
Attorneys for The Travelers Indemnity Company (improperly named "The Travelers Insurance Company"), as an alleged insurer of the following purported "Executive Officers of Avondale Industries, Inc.": Henry "Zac" Carter, C. Edwin Hartzman, Albert Bossier, Jr., Hettie Margaret Dawes-Eaves, James O'Donnell, Steve Kennedy, John Chantry, Pete Territo, George Kelmell, J. D. Roberts, Edward A. Blanchard, Ollie Gatlin, J. Melton Garrett, Earl Spooner, John McQue, James T. Cole and Burnette "Frenchy" Bordelon

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2017, a copy of this pleading has been served upon all counsel to this action by email, facsimile and/or by depositing same in the United States mail, properly addressed and first class postage prepaid.

_[signature]_

2