CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED

2017 MAY 25

CIVIL DISTRICT COURT

NO. 17-4662  SECTION: 7  DIVISION: "F"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC., ET AL

FILED:_____   _____
                                    DEPUTY CLERK

## REQUEST FOR WRITTEN NOTICE

NOW INTO COURT, through undersigned counsel, comes defendant Certain Underwriters at Lloyd's, London, and, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, requests timely written notice of the signing of any order or judgment in the above-captioned case.

Defendant also requests timely written notice of the trial date set in the above-captioned case and the dates set for trial of any pleadings, motions, exceptions, rules or other contradictory matter, pursuant to Article 1572 of the Louisiana Code of Civil Procedure.

RESPECTFULLY SUBMITTED:

LOGAN LAW OFFICES, LLC
1010 Common Street
Suite 2910
New Orleans, Louisiana 70112
Telephone: (504) 522-5900
Facsimile: (504) 522-5998
Attorneys for Defendant,
Certain Underwriters at Lloyd's, London.

By: _____
   JAMES R. LOGAN, IV - #10969

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all counsel of record, by facsimile transmission and/or depositing same in the United States mail, postage prepaid and properly addressed, on this 25th day of May, 2017.

_____