ATTORNEY'S NAME: Swarr, Frank J 23322
AND ADDRESS: 1010 Common Street, Suite 2050, New Orleans, LA 70112-0400

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2017-04662     DIVISION: F     SECTION: 07

**TEMPLET, ROBERT J. SR.**

Versus

**AVONDALE INDUSTRIES, INC. ET AL**

## CITATION

TO: ONEBEACON INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 17, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Denischia DeCou, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within
PETITION FOR DAMAGES
ON ONEBEACON INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE
Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
PAPER           RETURN
_____ / _____ / _____
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within
PETITION FOR DAMAGES
ON ONEBEACON INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ONEBEACON INSURANCE COMPANY being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 9646484     Page 1 of 1

**ATTORNEY'S NAME:** Swarr, Frank J 23322
**AND ADDRESS:** 1010 Common Street, Suite 2050, New Orleans, LA 70112-0400

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-04662 | DIVISION: F | SECTION: 07 |
|---|---|---|

### TEMPLET, ROBERT J. SR.

Versus

### AVONDALE INDUSTRIES, INC. ET AL

### CITATION

TO: ONEBEACON INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 17, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Denischia DeCou, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES ON ONEBEACON INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER  RETURN  / / SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES ON ONEBEACON INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ONEBEACON INSURANCE COMPANY being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 9646484    Page 1 of 1