## CIVIL DISTRICT COURT

## FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

No. 2017-4662            DIVISION: F            SECTION: 07

**ROBERT J. TEMPLET, SR.**

**VERSUS**

**AVONDALE INDUSTRIES, INC., f/k/a NORTHROP GRUMMAN SHIP SYSTEMS, INC. n/k/a HUNTINGTON INGALLS INCORPORATED,** *et al.*

FILED:_____    _____
                                                DEPUTY CLERK

### GOULDS PUMPS LLC'S REQUEST FOR WRITTEN NOTICE

Defendant, Goulds Pumps LLC, by its undersigned counsel and pursuant to Louisiana Code of Civil Procedure articles 1571 and 1572, requests that this Court notify it, through undersigned counsel, in writing at least ten (10) days in advance of any date fixed for trial or hearing in this matter, whether on an exception, rule, or motion, or on the merits thereof.

Further, pursuant to Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, Goulds Pumps LLC requests that you notify it, through undersigned counsel, in writing of any order or judgment to be entered in this cause.

Respectfully Submitted,

_/s/ Lauren McCulloch_
LAUREN A. McCULLOCH (#33973)
MITCHELL F. TEDESCO (#37326)
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
TEL: (713) 890-5467
FAX: (713) 890-5001
E-Mail: lmcculloch@morganlewis.com
mitchell.tedesco@morganlewis.com
*Attorneys for Goulds Pumps LLC*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on June 1, 2017, served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-mail, facsimile, and/or U.S. Mail.

_/s/ Lauren McCulloch_