CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

NO. 2017-04662          SECTION 7          DIVISION "F"

**ROBERT J. TEMPLET, SR.**

**VERSUS**

**AVONDALE INDUSTRIES, INC., f/k/a NORTHROP GRUMMAN SHIP SYSTEMS, INC., n/k/a HUNTINGTON INGALLS INCORPORATED, ET AL**

FILED: _____     _____
                                                                                                   DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW COME** Defendants, **Hopeman Brothers, Inc.** and **Liberty Mutual Insurance Company as alleged insurer of Wayne Manufacturing Corp.**, who move for an additional thirty (30) days or until **July 28, 2017** in which to complete their investigation and file responsive pleadings herein, with a full reservation of all rights of said Defendants and without making a general appearance as construed by La.C.C.P. Art. 7. Defendants have not filed a prior extension of time in this case and is unaware of any objection in the record to such extension of time.

                                         Respectfully submitted:
                                         COURINGTON, KIEFER & SOMMERS, L.L.C.

                                         _____
                                         KAYE N. COURINGTON (#18582)
                                         BLAINE A. MOORE (#18347)
                                         JEFFREY M. BURG (#25993)
                                         TROY N. BELL (#20099)
                                         MATHILDE V. SEMMES (#36015)
                                         616 Girod Street
                                         New Orleans, LA 70130
                                         Telephone: (504) 524-5510
                                         **Attorneys for Defendants, Hopeman Brothers, Inc. and Liberty Mutual Insurance Company as alleged insurer of Wayne Manufacturing Corp.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 5th day of June, 2017, that a copy of the foregoing pleading has been served via U.S. Mail, postage prepaid to Plaintiff's counsel, Frank J. Swarr, Esq., Landry & Swarr, LLC, 1010 Common Street, Suite 2050, New Orleans, Louisiana 70112, and Jeffrey A. O'Connell, Esq., The Nemeroff Law Firm, 2626 Coles Ave., Ste. 450, Dallas, TX 75204, with a copy provided to all known counsel via e-mail.

                                         _____
                                         MATHILDE V. SEMMES

{00161443.DOC;1}

CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

NO. 2017-04662　　　　　　　SECTION 7　　　　　　　DIVISION "F"

**ROBERT J. TEMPLET, SR.**

**VERSUS**

**AVONDALE INDUSTRIES, INC., f/k/a NORTHROP GRUMMAN SHIP SYSTEMS, INC., n/k/a HUNTINGTON INGALLS INCORPORATED, ET AL**

FILED: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

**O R D E R**

**CONSIDERING THE FOREGOING MOTION:**

**IT IS HEREBY ORDERED** that Defendants, **Hopeman Brothers, Inc.** and **Liberty Mutual Insurance Company as alleged insurer of Wayne Manufacturing Corp.,** be, and are hereby granted, an additional thirty (30) days, up to and including **July 28, 2017,** within which to complete investigation and file responsive pleadings herein, with a full reservation of all rights of said Defendants, including the right to object to the jurisdiction of this Honorable Court and file any and all necessary exceptions as the facts may later reveal and disclose.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
DISTRICT COURT JUDGE

{00161443.DOC;1}