CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

NO. 2017-04662　　　　　　　　　SECTION 7　　　　　　　　　DIVISION "F"

**ROBERT J. TEMPLET, SR.**

**VERSUS**

**AVONDALE INDUSTRIES, INC., f/k/a NORTHROP GRUMMAN SHIP SYSTEMS, INC., n/k/a HUNTINGTON INGALLS INCORPORATED, ET AL**

FILED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## REQUEST FOR WRITTEN NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, this Honorable Court is hereby requested to give the undersigned, as counsel for Defendants, **Hopeman Brothers, Inc.** and **Liberty Mutual Insurance Company as alleged insurer of Wayne Manufacturing Corp.**, in the above-numbered and entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing of the case, whether on exception, rules or the merits thereof.

And, in accordance with the provisions of Articles 1914 and 1913 of the Louisiana Code of Civil Procedure, you are hereby additionally requested to immediately send the undersigned notice of any order or judgment made or rendered in this case upon the entry of any such order or judgment.

　　　　　　　　　　　　　　　　　　Respectfully submitted:
　　　　　　　　　　　　　　　　　　COURINGTON, KIEFER & SOMMERS, L.L.C.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KAYE N. COURINGTON (#18582)
　　　　　　　　　　　　　　　　　　BLAINE A. MOORE (#18347)
　　　　　　　　　　　　　　　　　　JEFFREY M. BURG (#25993)
　　　　　　　　　　　　　　　　　　TROY N. BELL (#20099)
　　　　　　　　　　　　　　　　　　MATHILDE V. SEMMES (#36015)
　　　　　　　　　　　　　　　　　　616 Girod Street
　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　Telephone: (504) 524-5510
　　　　　　　　　　　　　　　　　　**Attorneys for Defendants, Hopeman Brothers, Inc. and Liberty Mutual Insurance Company as alleged insurer of Wayne Manufacturing Corp.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 5th day of June, 2017, that a copy of the foregoing pleading has been served via U.S. Mail, postage prepaid to Plaintiff's counsel, Frank J. Swarr, Esq., Landry & Swarr, LLC, 1010 Common Street, Suite 2050, New Orleans, Louisiana 70112, and Jeffrey A. O'Connell, Esq., The Nemeroff Law Firm, 2626 Coles Ave., Ste. 450, Dallas, TX 75204, with a copy provided to all known counsel via e-mail.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MATHILDE V. SEMMES

{00161443.DOC;1}