**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.  17-4662                           **DIVISION "F"**                           **SECTION**

**ROBERT J. TEMPLET, SR.**

**Versus**

**AVONDALE INDUSTRIES, INC., ET AL.**

FILED: _____      _____
                                                                    **DEPUTY CLERK**

## EXCEPTION OF IMPROPER VENUE

**NOW INTO COURT**, through undersigned counsel, comes Lamorak Insurance Company, erroneously referred to as OneBeacon Insurance Company, which excepts to Plaintiff's Petition for Damages, because the suit against it as the alleged insurer of Avondale Industries, Inc. and its alleged executive officers is filed in a parish of improper venue and in violation of the Louisiana Direct Action Statute.

**WHEREFORE,** Lamorak Insurance Company prays that its Exception of Improper Venue be maintained, and Plaintiff's claims against it be dismissed.

Respectfully submitted:

_____
SAMUEL M. ROSAMOND, III (17122)
srosamond@twpdlaw.com
ADAM D. DEMAHY (29826)
ademahy@twpdlaw.com
**TAYLOR, WELLONS, POLITZ & DUHE, APLC**
1515 Poydras Street - Suite 1900
New Orleans, Louisiana 70112
Phone: 504-525-9888
Fax:    504-525-9899
*Attorneys for Lamorak Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by U.S. Mail, postage prepaid and properly addressed, by fax, by hand and/or email, this 30 day of _____May_____, 2017.

_____
SAMUEL M. ROSAMOND, III

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.  17-4662                         DIVISION "F"                         SECTION

### ROBERT J. TEMPLET, SR.

#### Versus

### AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____        _____
                                                                  DEPUTY CLERK

#### ORDER

Considering the above and foregoing Exception of Improper Venue;

**IT IS ORDERED** that the plaintiff show cause on the _____ day of _____ 2017,

at _____ a.m., why the Exception of Improper Venue filed by Lamorak Insurance Company

should not be maintained, dismissing Plaintiff's suit at Plaintiff's costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2017.


_____
**JUDGE CHRISTOPHER J. BRUNO**



**PLEASE SERVE:**

**ROBERT J. TEMPLET, SR.**
**Through his Attorney of Record:**
**Philip Hoffman**
**LANDRY & SWARR, LLC**
**1010 Common Street, Ste. 2050**
**New Orleans, LA 70112**

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO. 17-4662             **DIVISION "F"**             **SECTION**

### ROBERT J. TEMPLET, SR.

**Versus**

### AVONDALE INDUSTRIES, INC., ET AL.

**FILED:** _____       _____

                                              **DEPUTY CLERK**

## MEMORANDUM IN SUPPORT OF LAMORAK INSURANCE COMPANY'S EXCEPTION OF IMPROPER VENUE

**MAY IT PLEASE THE COURT:**

Plaintiff has sued Lamorak Insurance Company ("Lamorak") as the alleged insurer of Avondale Industries, Inc. ("Avondale") and seventeen alleged executive officers of Avondale, thirteen of whom are not Orleans Parish domiciliaries. The suit against Lamorak for the liability of Avondale and the thirteen non-Orleans Parish domiciliaries is improper in this Parish, so the claims against it for the alleged liability of Avondale and these ten individuals should be dismissed.

The Louisiana Direct Action Statute establishes the exclusive parishes where venue is proper for a claim against an insurer sued under the Direct Action Statute. Specifically, the Direct Action Statute limits venue to the parish where the injury occurred, the parish where the insured resides, or the Direct Action Insurers' domicile -- East Baton Rouge Parish:

> Such action may be brought...in the parish in which the accident or injury occurred or in the parish in which an action could be brought against either the insured or the insurer under the general rules of venue prescribed in Code of Civil Procedure Article 42 **only**.[1]

In order to defeat the exception of improper venue, it is Plaintiff's burden to present evidence that venue is properly lodged in Orleans Parish.[2] In both *Person* and *Crawford*, the courts reversed the trial courts' overruling of exceptions of improper venue, because, as in this case, the plaintiffs were not able to present evidence that venue was proper.

---

[1]   L.R.S.22:1269(B)(1). (Emphasis added).
[2]   *See, Person v. T.L. James & Company*, 97-24746 (La. App. 4 Cir. 05/20/98); 712 So.2d 1050 and *Crawford v. Blue Cross and Blue Shield of Louisiana*, 2000-2026 (La. App. 4 Cir. 12/05/01); 814 So.2d 574.

In *Blow v. OneBeacon America Ins. Co.*, the Fourth Circuit convened *en banc* ruling that venue in an asbestos case is not proper in Orleans Parish when the insured is not domiciled in Orleans Parish and there was no exposure to asbestos in Orleans Parish.[3] The *en banc* ruling of the Fourth Circuit is binding upon all courts within the Fourth Circuit.

*Blow* is in accord with the ruling of the Louisiana Supreme Court in *Trascher v. Northrop Grumman ShipSystems, Inc.*, in which the Louisiana Supreme Court also held that venue in Orleans Parish is not proper against an insurer for the liability of non-Orleans Parish domiciliaries when there is no exposure to asbestos in Orleans Parish.[4]

Plaintiff alleges that he was exposed to asbestos from Avondale in Jefferson Parish[5] and there is no evidence of exposure to asbestos in Orleans Parish. Avondale, James O'Donnell, George Kelmell, J.D. Roberts, Ollie Gatlin, James Cole, Steven Kennedy, James Melton Garrett, Earl Spooner, Albert Bossier, Burnette "Frenchy" Bordelon, Edward Blanchard, John Chantres, and Peter Territo are not Orleans Parish domiciliaries.[6]

Therefore, venue for Plaintiff's claims against Lamorak for the alleged liability of Avondale, James O'Donnell, George Kelmell, J.D. Roberts, Ollie Gatlin, James Cole, Steven Kennedy, James Melton Garrett, Earl Spooner, Albert Bossier, Burnette "Frenchy" Bordelon, Edward Blanchard, John Chantres, and Peter Territo is improper in Orleans Parish and Plaintiff's claims against Lamorak for their alleged liability should be dismissed.

Respectfully submitted:

SAMUEL M. ROSAMOND, III (17122)
srosamond@twpdlaw.com
ADAM D. DEMAHY (29826)
ademahy@twpdlaw.com
**TAYLOR, WELLONS, POLITZ & DUHE, APLC**
1515 Poydras Street - Suite 1900
New Orleans, Louisiana 70112
Phone: 504-525-9888
Fax:    504-525-9899
*Attorneys for Lamorak Insurance Company*

---

[3]  2016-0301 (La. App. 4 Cir. 4/20/16); 193 So.3d 244.
[4]  No. 10-1287 (La. 9/17/10); 43 So.3d 961.
[5]  Petition at ¶ 10.
[6]  Exhibit 1, *in globo*.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by U.S. Mail, postage prepaid and properly addressed, by fax, by hand and/or email, this 30 day of _____, 2017.

```
 1           CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
                         STATE OF LOUISIANA
 2                          DIVISION "K"
                           DOCKET NO. 4
 3

 4    ROSE HOUSTON                    ) (
                                      ) (
 5    VS.                             ) (
                                      ) (     NO. 82-8515
 6    AVONDALE SHIPYARDS, INC.,       ) (
      ET AL                           ) (
 7                                    ) (

 8

 9           DISCOVERY DEPOSITION OF STEVEN J. KENNEDY

10                      December 7, 1985

11    A P P E A R A N C E S:

12              MR. JOSEPH H. BRUNO
                Attorney At Law
13              825 Baronne Street
                New Orleans, Louisiana 70113
14

15                 COUNSEL FOR PLAINTIFF

16              MS. CAROLYN D. ROUSSELL
                Camp, Carmouche, Barsh, Hunter, Gray,
17              Hoffman, & Gill
                Suite 2100 - Poydras Center
18              650 Poydras Street
                New Orleans, Louisiana 70139-6121
19
                   COUNSEL FOR DEFENDANT
20                 MINE SAFETY APPLIANCES COMPANY

21              MR. SAMUEL ROSAMOND
                Attorney At Law
22              600 Carondelet Street, Suite 706
                New Orleans, Louisiana 70130
23
                   ATTORNEY FOR DEFENDANT
24                 COMMERCIAL UNION INSURANCE COMPANY

25
```

EXHIBIT
1, in globo

1        STEVEN J. KENNEDY,

2        having been first duly cautioned, examined and sworn

3        upon his oath to tell the truth, the whole truth,

4        and nothing but the truth, testified as follows:

5

6            E X A M I N A T I O N

7

8    BY MS. ROUSSELL:

9    Q    Mr. Kennedy, state your full name for the record.

10   A    Stephen James Kennedy.

11   Q    When were you born?

12   A    August 1, 1919.

13   Q    What is your address?

14   A    58 Sawyer Street, Orange Grove, Texas.

15   Q    And the zip code?

16   A    78372.

17   Q    And what is your social security number?

18   A    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.

19   Q    Home telephone number?

20   A    512/384-9752.

21   Q    What is your educational background?

22   A    Professionally as an electrical engineer and --

23   Q    Do you have a degree in electrical engineering?

24   A    Yes, ma'am.

25   Q    Where did you get that degree?

11

THE STATE OF TEXAS

COUNTY OF NUECES

I, RONNIE VERNON, a Certified Shorthand Reporter in and for The State of Texas, do hereby certify that the facts stated by me in the caption hereto are true; that the foregoing deposition of STEVEN J. KENNEDY, the witness hereinbefore named, was at the time named, taken by me in stenograph, the witness having been by me first duly cautioned and sworn upon his oath to tell the truth, the whole truth, and nothing but the truth, and later transcribed from stenograph to typewritten form.

I FURTHER CERTIFY that the above and foregoing deposition, as set forth in typewriting, is a full, true and correct transcription of the proceedings had.

I FURTHER CERTIFY that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

CERTIFIED TO on this, the 23rd day of December, 1985.

RONNIE VERNON,
Notary Public, The State of Texas
Cert. No. 894; Expires 12/31/86
Associated Reporters, Inc., 610
Lower N. Bdwy, Corpus Christi, Tx.

# STATE OF LOUISIANA

THIS RECORD IS VALID FOR DEATH ONLY

6425699

**IMPORTANT:** 569186

STATE OF LOUISIANA
CERTIFICATE OF DEATH

FILE No. 117.

97 06 513

2013 JUN -6
CIVIL
DISTRICT COURT

| | | |
|---|---|---|
| Chantrey, Sr. | John | Alan | February 18, 1997 |
| 6720 2nd | Male | White | PRITCHETT | Laurence Crandelle |
| February 16, 1940 | 77 | | Sharon, Pennsylvania | 39 |
| President & Owner | Schubert Marine | | | |
| 76 | 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 | | NO | 0 |

Memorial Medical Center - Mid City

New Orleans

Orleans

10011 Idlewood Place

Jefferson

Louisiana

River Ridge

70123

| Chantrey | Frank | | Sharon | Pennsylvania 39 |
| Walsh | Elsie | | Sharon | Pennsylvania 39 |

Laurence C. Chantrey

River Ridge, La. 70123   10011 Idlewood Place   Feb. 18, 1997

2/22/97   West Lawn Cemetery, Gretna, LA

Leitz-Eagan Funeral Home
4747 Veterans Blvd.
Metairie, LA 70006

W. James Behr   2285   D-1190

031583   Jefferson   2/20/97

10/25/96   2/18/97   2/21/97

M. W. SEILER, M.D.   2020 Napoleon Ave., New Orleans

IN ACCORDANCE WITH LSA-R.S. 40:50 (C)
I CERTIFY THAT THE ABOVE IS A TRUE AND
CORRECT COPY OF A DEATH CERTIFICATE IN
MY CUSTODY: _Jennifer Fazan_

OCT 1 2 2010

**EXHIBIT**
3 in globo



OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

I CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF A CERTIFICATE OR
DOCUMENT REGISTERED WITH THE
VITAL RECORDS REGISTRY OF THE
STATE OF LOUISIANA, PURSUANT TO
LSA — R.S.40:32, ET SEQ.

_Darlene W. Smith_
**STATE REGISTRAR**

1

1               CIVIL DISTRICT COURT
                PARISH OF ORLEANS
2               STATE OF LOUISIANA

3

MILDRED ALBARADO,        *    NO. 86-4227
4  ET AL                *
                      *
5  VERSUS            *    DIVISION "I"
                      *
6  AVONDALE SHIPYARDS,     *    DOCKET NO. 4
  INC., ET AL          *
7
  *  *  *  *  *  *  *  *  *  *  *    COPY
8

9              Deposition of JOHN A. CHANTREY,
10013 Idlewood Place, River Ridge, Louisiana
10  70123, taken in the law offices of Gertler,
Gertler & Vincent, 127-129 Carondelet Street,
11  New Orleans, Louisiana 70130, on Tuesday, the
4th day of June, 1991.
12

13  APPEARANCES:

14

      GERTLER, GERTLER & VINCENT
15     (By:  Gerolyn P. Roussel, Esquire)
      127-129 Carondelet Street
16     New Orleans, Louisiana  70130
           (Attorneys for the Plaintiffs)
17

18     FARIS, ELLIS, CUTRONE & GILMORE
      (By:  Gary A. Lee, Esquire)
19     1207 Whitney Bank Building
      New Orleans, Louisiana  70130-2657
20         (Attorneys for Underwriters at
             Lloyd's)
21

22     BOGGS, LOEHN & RODRIGUE
      (By:  Samuel M. Rosamond III, Esquire)
23     1800 Lykes Center
      300 Poydras Street
24     New Orleans, Louisiana  70130
         (Attorneys for Commercial Union
25            Insurance Company)

3200 Ridgelake Drive
Suite 302
Metairie, Louisiana 70002     Paul W. Williams, Inc.
           Certified Shorthand Reporters     (504) 832-0937

4.

1                       JOHN A. CHANTREY,

2       after having been first duly sworn by the

3       above-mentioned Certified Shorthand Reporter,

4       was examined and testified as follows:

5       EXAMINATION BY MS. ROUSSEL:

6              Q.       Mr. Chantrey, state your full name

7       for the record.

8              A.       John H. Chantrey.

9              Q.       What's your Social Security

10      number?

11             A.       I have to check my driver's

12      license.   It is 16332906.

13             Q.       And your current address?

14             A.       10013 Idlewood Place, River Ridge,

15      70123.

16             Q.       How long have you lived at that

17      address?

18             A.       About 17 or 18 years.

19             Q.       Was your father also named John

20      Chantrey?

21             A.       No.

22             Q.       Are you aware of another John

23      Chantrey?

24             A.       I have a son that's a John

25      Chantrey, Jr.

73

## REPORTER'S CERTIFICATE

    I, CATHERINE C. HOF, Certified Shorthand Reporter, do hereby certify that the above-mentioned witness, after having been first duly sworn to testify to the truth, did testify as hereinabove set forth;

    That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

    That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.


CATHERINE C. HOF
Certified Shorthand Reporter

3200 Ridgelake Drive
Suite 302
Metairie, Louisiana 70002

Paul W. Williams, Inc.
Certified Shorthand Reporters

(504) 832-0937

Roberts, J.D. 5-19-2012.txt

0001
1                    CIVIL DISTRICT COURT
2                  FOR THE PARISH OF ORLEANS
3                     STATE OF LOUISIANA
4
5      FREDERICK R. SCHULTE
6
7              VERSUS              NO. 2011-12718
8                                  DIVISION "N"
9      CBS CORPORATION (f/k/a
10     VIACOM, INC., SUCCESSOR
11     BY MERGER WITH CBS
12     CORPORATION f/k/a
13     WESTINGHOUSE ELECTRIC
14     CORPORATION), ET AL
15
16
17
18
19            VIDEOTAPED DEPOSITION OF JOHN DAVID
20     ROBERTS, 1706 GREENBRIAR WAY, SLIDELL, LOUISIANA
21     70460, taken at PREIS & ROY, PLC, PAN AMERICAN
22     LIFE CENTER, 601 POYDRAS STREET, SUITE 1700, NEW
23     ORLEANS, LOUISIANA 70130, in the above-entitled
24     cause on the 9th day of May, 2012.
25
0002
1      APPEARANCES:
2
3      NEMEROFF LAW FIRM
4      BY:  JEFFREY A. O'CONNELL, ESQ.
5      2626 COLE AVENUE
6      SUITE 450
7      DALLAS, TEXAS 75204
8      (214) 774-2258
9      jeffreyoconnell@nemerofflaw.com
10               ATTORNEY REPRESENTING PLAINTIFF
11
12
13     PREIS & ROY, PLC
14     BY:  C.J. HEBERT, ESQ.
15     PAN AMERICAN LIFE CENTER
16     601 POYDRAS STREET, SUITE 1700
17     NEW ORLEANS, LOUISIANA 70130
18     (504) 581-6062
19     cjh@preisroy.com
20               ATTORNEY REPRESENTING DEFENDANT,
21                    JOHN DAVID ROBERTS
22
23
24
25
0003
1      APPEARANCES:  (Continued)
2
3      CRAWFORD LEWIS, PLLC
4      BY:  SAMUEL M. ROSAMOND, III, ESQ.
5      400 POYDRAS STREET
6      SUITE 2100
7      NEW ORLEANS, LOUISIANA 70130
8      (504) 568-1933
9      srosamond@crawford-lewis.com
10               ATTORNEY REPRESENTING DEFENDANT,
                         Page 1

Roberts, J.D. 5-19-2012.txt

3         IT IS HEREBY STIPULATED AND AGREED by and
4  between counsel for the parties hereto that the
5  videotaped deposition of the aforementioned
6  witness is hereby being taken under the Louisiana
7  Code of Civil Procedure, Article 1421, et seq.,
8  for all purposes, in accordance with law;
9         That the formalities of reading and signing
10 are specifically not waived;
11         That the formalities of sealing,
12 certification and filing are specifically waived;
13         That all objections, save those as to form
14 of the question and the responsiveness of the
15 answer, are hereby reserved until such time as
16 this deposition, or any part thereof, may be used
17 or sought to be used in evidence.
                 *   *   *   *
18
19         ANNA M. ROTH, Certified Court Reporter, in
20 and for the Parish of St. Tammany, State of
21 Louisiana, officiated in administering the oath
22 to the witness.
23
24
25
0014
1         THE VIDEOGRAPHER:
2         We're on the video record now.
3 Today is May 9th, 2012. The time is
4 approximately 2:38 a. -- p.m. The
5 location is 601 Poydras Street, Suite
6 1700, New Orleans, Louisiana 70130. My
7 name is Dillon Turner. I'm the video
8 specialist representing H.G. Litigation
9 Services. The civil action number is
10 2011-12718, in the matter of Frederick R.
11 Schulte versus CBS Corporation. The
12 deponent is J.D. Roberts. The deposition
13 is represented by the plaintiff's counsel,
14 Nemeroff Law Firm. Would counsel please
15 identify yourselves for the record.
16 MR. O'CONNELL:
17         Jeffrey O'Connell for plaintiff,
18 Frederick R. Schulte.
19 MR. HEBERT:
20         C.J. Hebert for the deponent, J.D.
21 Roberts, and alleged executive officer,
22 Avondale, at all material times.
23 THE VIDEOGRAPHER:
24         The deponent may be sworn in.
25         JOHN DAVID ROBERTS,
0015
1 1706 GREENBRIAR WAY, SLIDELL, LOUISIANA 70460,
2 after having first been duly sworn by the
3 above-mentioned Court Reporter, did testify as
4 follows:
5 EXAMINATION BY MR. O'CONNELL:
6     Q.    Good afternoon.
7     A.    Hello, sir.
8     Q.    Could you state your name for the
9 record, please?
10       A.    John David Roberts.
11       Q.    What is your date of birth,
12 Mr. Roberts?
13       A.    June the 4th, 1948.

                        **Page 6**

# STATE OF LOUISIANA

## THIS RECORD IS VALID FOR DEATH ONLY

31556'51

584770

STATE OF LOUISIANA
CERTIFICATE OF DEATH

FILE No. 117

99 01 725

BIRTH No.

| 1a. LAST NAME OF DECEASED | 1b. FIRST NAME | 1c. MIDDLE NAME | 1d. DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|
| Gatlin | Ollie | Howard | January 18, 1999 |

| 2. TIME OF DEATH | A. SEX | 4. RACE (Specify White, Black, etc.) | 5. MARITAL STATUS | 6. SURVIVING SPOUSE (If Wife, give Maiden Name) |
|---|---|---|---|---|
| 3:12 PM | Male | White | Married | Verna Basso |

| 7. DATE OF BIRTH (Month, Day, Year) | 8a. AGE YEARS | 8b. UNDER 1 YEAR MONTHS DAYS | 8c. UNDER 1 DAY HOURS MINUTES | 9. BIRTHPLACE (City and State or Foreign Country) | 10. COUNTY |
|---|---|---|---|---|---|
| November 7, 1921 | 77 | | | Franklinton, LA | 19 |

| 11. USUAL OCCUPATION | 12. KIND OF BUSINESS/INDUSTRY | 13. IF HISPANIC ORIGIN |
|---|---|---|
| Engineer | U S Military | No |

| 14. WAS DECEDENT EVER IN US ARMED FORCES? | 15. SOCIAL SECURITY NUMBER | 16. DECEDENT'S EDUCATION |
|---|---|---|
| Yes | 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 | 12 |

17a. PLACE OF DEATH
☐ HOSPITAL ☐ ER/OUTPATIENT ☐ DOA ☐ NURSING HOME ☐☐ RESIDENCE ☐X OTHER

17b. NAME OF FACILITY
Highway 40

17c. CITY, TOWN OR LOCATION OF DEATH
Folsom

17d. PLACE OF DEATH IN CITY LIMITS?
No

17e. PARISH OF DEATH
St. Tammany

| 18a. STREET ADDRESS | 18b. PARISH OF RESIDENCE | 18c. STATE OF RESIDENCE |
|---|---|---|
| 31261 Hwy. 1078 | St. Tammany | LA |

| 18d. CITY/TOWN OF RESIDENCE | 18e. ZIP CODE | 18f. RESIDENCE INSIDE CITY LIMITS? |
|---|---|---|
| Folsom | 70437 | No |

| 19a. FATHER'S LAST NAME | FIRST | MIDDLE | 19b. FATHER'S PLACE OF BIRTH | STATE |
|---|---|---|---|---|
| Gatlin | Ollie | Parisi | Mt. Olive | MS 25 |

| 20a. MOTHER'S MAIDEN NAME | FIRST | MIDDLE | 20b. MOTHER'S PLACE OF BIRTH | STATE |
|---|---|---|---|---|
| Pearson | Alma | Howard | Columbia | MS 25 |

| 21a. TYPE OR PRINT NAME OF INFORMANT | 21b. INFORMANT'S ADDRESS | 21c. DATE (Month, Day, Year) |
|---|---|---|
| Verna B. Gatlin | 31261 Hwy. 1078, Folsom, LA 70437 | 01/20/1999 |

| 22a. METHOD OF DISPOSITION | 22b. DATE OF DISPOSAL | 22c. NAME AND LOCATION OF CEMETERY OR CREMATORIUM |
|---|---|---|
| ☐X BURIAL ☐ CREMATION ☐ REMOVAL ☐ OTHER | 01/21/1999 | Ellis Cemetery, Franklinton, LA |

| 23a. SIGNATURE AND ADDRESS OF FUNERAL DIRECTOR | 23b. FACILITY NAME | 23c. LICENSE NUMBER |
|---|---|---|
| Crain Funeral Home, Inc. Robert W Crain | 597 | E-1587 |
| 1109 Bene Street, Franklinton, LA 70438 | | |

| 24a. SIGNATURE OF LOCAL REGISTRAR | 24b. DATE OF REG. |
|---|---|
| Audrey Thomas | 1-19-99 |

| .611936 | Washington | |
|---|---|---|

| 25. MANNER OF DEATH | 26a. DATE OF INJURY (Month, Day, Year) | 26b. TIME OF INJURY | 26c. INJURY AT WORK? | 26d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☐ NATURAL ☐X ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ UNDETERMINED | January 18, 1999 | 12:15 PM | No | Multi-Vehicle Accident-Driver |

26e. PLACE OF INJURY (Specify at home, farm, factory, street, etc.)
Highway

26f. LOCATION (Street or R.F.D. No., City, Town, Parish, State)
LA 40, Milepost 077.9, Folsom, LA

| 27. CERTIFIER | 28. SIGNATURE OF PHYSICIAN OR CORONER | 28c. DATE |
|---|---|---|
| ☐ CERTIFYING PHYSICIAN ☐ CORONER | T R Brutonirg MD  | 01/27/1999 |

29. TYPE OR PRINT NAME AND TITLE OF PHYSICIAN OR CORONER
T.R. Brutowicz, M.D.-Coroner-St. Tammany Parish

29a. ADDRESS OF PHYSICIAN OR CORONER
5601 Fairway Ctr., B-5, Covington, LA 70433

| 30. PART I. ENTER THE DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED THE DEATH | 31. APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| IMMEDIATE CAUSE (a) Laceration of the Heart | min |
| DUE TO (OR AS A CONSEQUENCE OF) (b) Motor Vehicle Accident | |
| DUE TO (OR AS A CONSEQUENCE OF) (c) | |
| DUE TO (OR AS A CONSEQUENCE OF) (d) | |

| 30. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE IN PART I | 31. IF DECEASED WAS FEMALE 18-49, WAS THE PREGNANT AT THE LAST 3 MONTHS? | 32a. WAS AN AUTOPSY PERFORMED? | 32b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|---|
| ☐ Tobacco ☐ Other | ☐Yes ☐No ☐Unk | ☐X Yes ☐No | ☐ Yes ☐ No |

PHS 16 (REV. 01/93)

OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

JAN 1 1 2000

I CERTIFY THAT THIS IS A
TRUE AND CORRECT COPY OF A
CERTIFICATE OR DOCUMENT,
REGISTERED WITH THE VITAL
RECORDS REGISTRY OF THE STATE
OF LOUISIANA, PURSUANT TO LSA
— R.S. 40:32, ET SEQ.

William H Barber
STATE REGISTRAR

# STATE OF LOUISIANA

**STATE OF LOUISIANA**

**CERTIFICATE OF DEATH**

**THIS RECORD IS VALID FOR DEATH ONLY**

1309832

2008 32 192

6425954

BIRTH No.

| | | |
|---|---|---|
| Territo, Sr. | Peter | Raymond |
| | | December 20, 2008 |

HOUR OF DEATH 1352 — Male — White — Married — Betty Jean Anderson

DATE OF BIRTH August 03, 1931 — AGE 77

Safety Director — Shipyard — No

Yes

SOCIAL SECURITY NUMBER 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

**PLACE OF DEATH**

West Jefferson Medical Center — No

Harvero — Jefferson

**RESIDENCE**

620 Fox Avenue — Jefferson — Louisiana

Harvey — 70058

**PARENTS**

Territo — Charles — Vincent — Naples — Italy

Taulli — Corsenina — Cecile — Alia — Sicily

**INFORMANT**

Betty A. Territo — 620 Fox Avenue, Harvey, Louisiana 70058 — Dec. 21, 2008

**DISPOSITION**

Mothe Funeral Homes, L.L.C. — Westlawn Memorial Park Cemetery — Gretna, Louisiana — Dec. 21, 2008

2100 Westbank Expressway

Harvey, Louisiana 70058 — *Noah Strate*

487 — E 1903

**REGISTRAR**

5-284316 — Jefferson — Dec. 22, 2008 — *Darlene W. Smith* 12

**CERTIFIER**

12/15/08 — 12/22/08

ROBERT CUMMISKY, MD — Mobile Coroner Field Surgeon Main 103 Marrero

FY 2 DAYS

**CAUSE OF DEATH**

SEPSIS

ANASTOMOTIC LEAK WITH CECUM PERFORATION

IN ACCORDANCE WITH LSA-R.S. 40:50 (C)
I CERTIFY THAT THE ABOVE IS A TRUE AND
CORRECT COPY OF A DEATH CERTIFICATE IN
MY CUSTODY: *Jennifer Hogan*

OCT 2 6 2010



I CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF A CERTIFICATE OR
DOCUMENT REGISTERED WITH THE
VITAL RECORDS REGISTRY OF THE
STATE OF LOUISIANA, PURSUANT TO
LSA — R.S.40:32, ET SEQ.

*Darlene W. Smith*

STATE REGISTRAR

CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

RUDY WALKER, SR. and          *     NO. 2003-3384
JOAN WALKER                   *
                              *     DIVISION "H"
VERSUS                        *
                              *     SECTION "12"
AVONDALE INDUSTRIES,          *
INC., et al.                  *
*    *    *    *    *    *    *

                    Deposition of PETER R. TERRITO,
620 Fos Avenue, Harvey, Louisiana 70058, taken in
the law offices of Blue Williams, L.L.P., 3421
North Causeway Boulevard, Ninth Floor, Metairie,
Louisiana 70002, on Wednesday, the 10th day of
December, 2003.


APPEARANCES:


     ROUSSEL & ROUSSEL
     (By:  Albert J. Campani, II, Esquire
              - and via telephone -
           Gerolyn P. Roussel, Esquire)
     1710 Cannes Drive
     LaPlace, Louisiana  70068
          (Attorneys for the Plaintiffs,
           Rudy Walker, Sr. and Joan Walker)


     LEE, FUTRELL & PERLES, L.L.P.
     (By:  Gary A. Lee, Esquire)
     201 St. Charles Avenue
     Suite 2409
     New Orleans, Louisiana  70170
          (Attorneys for the Defendants,
           Peter Territo, Albert Bossier, Sr.,
           Albert Bossier, Jr., and Eddie Blanchard)

7

1               PETER R. TERRITO,

2  after having been first duly sworn by the

3  above-mentioned Certified Court Reporter, was

4  examined and testified as follows:

5  EXAMINATION BY MR. CAMPANI:

6       Q.      I'm just going to jump right in, Mr.

7  Territo.  I'm sure that you know how these things

8  go.

9       A.      Yeah.  I had a few.

10      MS. BAXTER:

11              Depos, that is.

12  EXAMINATION BY MR. CAMPANI:

13      Q.      For the record, can you state your full

14  name?

15      A.      Pete R. Territo.

16      Q.      And your current address?

17      A.      620 Fos Avenue, Harvey, Louisiana

18  70058.

19      Q.      And your Social Security number,

20  please?

21      MR. LEE:

22              Do we have to do that?

23      MR. CAMPANI:

24              If you're uncomfortable with it, you

25  don't have to.

108

## REPORTER'S CERTIFICATE

I, SAMANTHA E. SHWARTZ, CCR, RPR,

Certified Court Reporter, in and for the State of

Louisiana, as the officer before whom this

testimony was taken, do hereby certify that PETER

R. TERRITO, after having been first duly sworn by

me upon authority of R.S. 37:2554, did testify as

hereinbefore set forth in the foregoing 106 pages;

that the testimony was reported by me in shorthand

and transcribed under my personal direction and

supervision, and is a true and correct transcript,

to the best of my ability and understanding; that

I am not related to counsel or to the parties

herein, nor am I otherwise interested in the

outcome of the matter.



OFFICIAL SEAL
SAMANTHA SHWARTZ
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 91012
Certificate Expires 12-31-09

------ ~~~~~~~~~~~~~~~~ ------
SAMANTHA E. SHWARTZ, CCR, RPR
Certified Court Reporter (No. 91012)
Huffman & Robinson, Inc.
One Shell Square, Suite 250 Annex
New Orleans, Louisiana 70139
(504) 525-1753       (800) 749-1753

STATE OF LOUISIANA

## THIS RECORD IS VALID FOR DEATH ONLY

31355649      400677      STATE OF LOUISIANA
                          CERTIFICATE OF DEATH              93 04 219

                                        FILE No. 117

| 1a. LAST NAME OF DECEDENT | 1b. FIRST NAME | 1c. MIDDLE NAME | 3a. DATE OF DEATH |
|---|---|---|---|
| Keinell, Jr. | George | Lawrence | January 19, 1993 |

| 2. COLOR OR RACE | 3. SEX | 4. RACE | 5. MARITAL STATUS | 6. SURVIVING SPOUSE |
|---|---|---|---|---|
| 72-457?? | Male | White | Married | Elsie A. Grosz |

| 7. DATE OF BIRTH | 8a. AGE | 8b. UNDER 1 YEAR | 8c. UNDER 1 DAY | 9. BIRTHPLACE |
|---|---|---|---|---|
| June 23, 1920 | 72 | | | New Orleans, Louisiana |

Safety Engineer/ Hygienist     Industrial     Shipyard     No

Yes     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

East Jefferson Hospital     Yes

Metairie     Jefferson

1155 Bonnabel Blvd.     Jefferson     Louisiana

Metairie     70005     Yes

| Keinell, Sr. | George | L | Selma | Alabama |
| Fath | Lillian | | New Orleans | Louisiana |

Mrs. Elsie G. Keinell     1155 Bonnabel Blvd.     1/22/93
                          Metairie, LA. 70005

Burial     1/22/93     Lakelawn Mausoleum, New Orleans, LA.

J. Schoen & Son, Inc.     1173     U-1249
3827 Canal St.,
New Orleans, LA.

358779     Jefferson     1/21/93     B Harrow

1/19/93

2/82     1-19-93 DEATH     2/15/93

Charles H. Harris Jr. M.D     4224 Houma Blvd Suite 350     Metairie, Louisiana

Restiratory Failure     1/2 YEAR

Asbestosis     Years

CORONER NOTIFIED
OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

JAN 1 1 2009



I CERTIFY THAT THIS IS A
TRUE AND CORRECT COPY OF A
CERTIFICATE OR DOCUMENT
REGISTERED WITH THE VITAL
RECORDS REGISTRY OF THE STATE
OF LOUISIANA, PURSUANT TO LSA
— R.S. 40:32, ET SEQ.

William H Barlow

STATE REGISTRAR

1

1          CIVIL DISTRICT COURT
              PARISH OF ORLEANS
2             STATE OF LOUISIANA

3

MILDRED ALBARADO,          *      NO. 86-4227
4  ET AL                      *
                             *
5  VERSUS                     *      DIVISION "I"
                             *
6  AVONDALE SHIPYARDS,        *      DOCKET NO. 4
   INC., ET AL                *
7                             *
8  *   *   *   *   *   *   *   *   *      COPY

9              Deposition of GEORGE LAWRENCE
   KELMELL, JR., 1155 Bonnabel Boulevard,
10 Metairie, Louisiana 70005, taken in the law
   offices of Gertler, Gertler & Vincent, 127-129
11 Carondelet Street, New Orleans, Louisiana
   70130, on Tuesday, the 4th day of June, 1991.
12

13 APPEARANCES:

14

15      GERTLER, GERTLER & VINCENT
           (By:  Gerolyn P. Roussel, Esquire)
16      127-129 Carondelet Street
        New Orleans, Louisiana  70130
17              (Attorneys for the Plaintiffs)

18      FARIS, ELLIS, CUTRONE & GILMORE
           (By:  Gary A. Lee, Esquire)
19      1207 Whitney Bank Building
        New Orleans, Louisiana  70130-2657
20              (Attorneys for Underwriters at
                     Lloyd's)
21

22      BOGGS, LOEHN & RODRIGUE
           (By:  Samuel M. Rosamond III, Esquire)
23      1800 Lykes Center
        300 Poydras Street
24      New Orleans, Louisiana  70130
              (Attorneys for Commercial Union
25                 Insurance Company)

3200 Ridgelake Drive          Paul W. Williams, Inc.        (504) 832-0937
Suite 302                   Certified Shorthand Reporters
Metairie, Louisiana 70002

4

1              GEORGE LAWRENCE KELMELL, JR.,

2       after having been first duly sworn by the

3       above-mentioned Certified Shorthand Reporter,

4       was examined and testified as follows:

5       EXAMINATION BY MS. ROUSSEL:

6              Q.      State your full name for the

7       record, please.

8              A.      George Lawrence Kelmell, Jr.

9              Q.      You have the right to read and

10      sign your deposition, or you can waive that

11      right.  Which do you prefer?

12             A.      I'd like to read it.

13             Q.      Would you state your full address?

14             A.      1155 Bonnabel Boulevard.

15             Q.      Where is that?

16             A.      Metairie, Louisiana 70005.

17             Q.      How long have you lived at that

18      address?

19             A.      About 30 years, I guess, somewhere

20      in that area.

21             Q.      Are you currently employed?

22             A.      No.

23             Q.      What was your last employment?

24             A.      Jefferson Vo-tech.

25             Q.      What were you doing at Jefferson

3200 Ridgelake Drive
Suite 302
Metairie, Louisiana 70002

Paul W. Williams, Inc.
Certified Shorthand Reporters

(504) 832-0937

86

## REPORTER'S CERTIFICATE

1       I, CATHERINE C. HOF, Certified

Shorthand Reporter, do hereby certify that the

above-mentioned witness, after having been

first duly sworn to testify to the truth, did

testify as hereinabove set forth;

       That the testimony was reported by me

in shorthand and transcribed under my personal

direction and supervision, and is a true and

correct transcript, to the best of my ability

and understanding;

       That I am not of counsel, not related

to counsel or the parties hereto, and not in

any way interested in the outcome of this

matter.


CATHERINE C. HOF
Certified Shorthand Reporter

3200 Ridgelake Drive
Suite 302
Metairie, Louisiana 70002

Paul W. Williams, Inc.
Certified Shorthand Reporters

(504) 832-0937

JAMES MELTON GARRETT

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS ) Consolidated Under
LIABILITY LITIGATION ) MDL DOCKET NO. 875
(No. VI) )
)
RONALD ECKERLE )
) E.D. Pa. Case No.:
      Plaintiff ) 10-82905
)
Versus )
) Transferred from the
NORTHROP GRUMMAN SHIP ) Eastern District of
SYSTEMS, INC., ET AL ) Louisiana
) (Case No. 10-1460)
      Defendants )


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ORAL DEPOSITION OF
JAMES MELTON GARRETT
JUNE 14, 2011
VOLUME 1
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


      ORAL DEPOSITION OF JAMES MELTON GARRETT, produced

as a witness at the instance of the Plaintiff, and duly

sworn, was taken in the above-styled and numbered cause

on the 14th day of June, 2011, from 11:12 a.m. to 12:13

p.m., before Dana Taylor, CSR in and for the State of

Texas, reported by machine shorthand, at the offices of

HG Litigation Services, 2501 Oak Lawn Avenue, Suite 600,

Dallas, Texas 75219, pursuant to the Rules and the

provisions stated on the record or attached hereto.

Electronically signed by Dana Taylor (401-213-825-2798)          918853b0-5b10-4103-9525-387f392d0e89

JAMES MELTON GARRETT

Page 7

```
 1                    P R O C E E D I N G S
 2                  JAMES MELTON GARRETT,
 3   having been first duly sworn, testified as follows:
 4                      EXAMINATION
 5   BY MR. HOFFMAN:
 6       Q.  Good morning, Mr. Garrett.  My name is Phil
 7   Hoffman.  I'm one of the attorneys who represents the
 8   Plaintiffs in this matter.
 9           We noticed your deposition today because of an
10   affidavit that was signed, and that's the only reason I
11   noticed your deposition.  I had no interest in taking
12   your deposition until I saw an affidavit signed by you.
13   So I just want to be clear that that's the only reason
14   why we're here today.
15           That being said, I guess we'll just go forward.
16           Could you state your name for the record?
17       A.  James M. Garrett; James Melton Garrett.
18       Q.  And where do you live, Mr. Garrett?
19       A.  7909 Enclave Way, Dallas.
20       Q.  In Dallas?
21           And how long have you been in Dallas?
22       A.  Since '05.
23       Q.  Since '05?  Okay.
24       A.  Fall of '05.
25       Q.  All right.  In preparation for this deposition,
```

Electronically signed by Dana Taylor (401-213-825-2798)                918853b0-5b10-4103-9526-3571392d0a89

JAMES MELTON GARRETT

Page 62

```
 1    FOR THE DEFENDANTS, McCARTY CORPORATION AND EAGLE INC.:

 2              MR. DANIEL J. CARUSO     (By Telephone)
              SIMON, PERAGINE, SMITH & REDFEARN, LLP
 3            1100 Poydras Street
              30th Floor
 4            New Orleans, Louisiana 70163
              Taxable Cost:  $_____

 5

 6    FOR THE DEFENDANTS, HUNTINGTON INGALLS INCORPORATED
      F/K/A NORTHROP GRUMMAN SHIPBUILDING, INC. AND AMERICAN
 7    MOTORISTS INSURANCE COMPANY:

 8              MR. EDWIN A. ELLINGHAUSEN, III    (By Telephone)
              BLUE WILLIAMS, L.L.P.
 9            3421 North Causeway Boulevard
              Suite 900
10            Metairie, Louisiana 70002
              Taxable Cost:  $_____

11

12         I further certify that I am neither counsel for,

13    related to, nor employed by any of the parties or

14    attorneys in the action in which this proceeding was

15    taken, and further that I am not financially or

16    otherwise interested in the outcome of the action.

17         Further certification requirements pursuant to Rule

18    203 of TRCP will be certified to after they have

19    occurred.

20         Certified to me by this ____ day of Ju[

21

22         _____
           DANA TAYLOR, Texas CSR 6048
23         Expiration Date: 12/31/12
           Firm No. Dallas: 69 Houston: 373
24         HG Litigation Services
           (888)656-DEPO
25
```

Electronically signed by Dana Taylor (401-213-825-2798)                                918853b0-5bf0-4103-8526-357f392d0e89

# STATE OF LOUISIANA

THIS RECORD IS VALID FOR DEATH ONLY

6425599

STATE OF LOUISIANA

## CERTIFICATE OF DEATH

8625989

STATE FILE NO. 117

| | | | | |
|---|---|---|---|---|
| Spooner, Sr. | Earl | William | | Courie Dick |
| | | | | Sep. 19 1986 |
| 1:46 PM | Male | White | CO. | |
| Sep. 04, 1908 | 78 | | Sneads, Fla. | U.S.A. |
| | Plant & Maint. | Avondale Shipy. | | 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 |
| Jefferson | | | | Jefferson |
| Ochsner Foundation Hospital | | | | Louisiana |
| River Ridge | | Jefferson | | |
| 10528 Stewart Place | | | | |
| Spooner | George | R. | | Georgia |
| Burke | Cora | | | Louisiana |
| | | | 10528 Stewart Pl. River Ridge, La. 70123 | 9-18-86 |

Emphysema

IN ACCORDANCE WITH LSA-R.S. 40:50 (C)
I CERTIFY THAT THE ABOVE IS A TRUE AND
CORRECT COPY OF A DEATH CERTIFICATE IN
MY CUSTODY: Jennifer Fozan

OCT 0 7 2010



I CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF A CERTIFICATE OR
DOCUMENT REGISTERED WITH THE
VITAL RECORDS REGISTRY OF THE
STATE OF LOUISIANA, PURSUANT TO
LSA — R.S.40:32, ET SEQ.

Darlene W. Smith
STATE REGISTRAR

Williams & Jankowski, L.L.C. (504) 832-0937-FAX (504) 834-6629  1 (1-2)

```
 1              CIVIL DISTRICT COURT
 2              PARISH OF ORLEANS
 3              STATE OF LOUISIANA
 4
 5   ANITA BABIN ADAMS &    NO. 99-19012
 6   HUBERT EDGAR ADAMS
 7   VERSUS                 DIV. "L"
 8   AVONDALE INDUSTRIES, INC., ET AL
 9              AND
10   CHRISANDRA MEREDITH NO. 95-12312
11   VERSUS                 DIV. "K"
12   ASBESTOS CORPORATION, LTD., ET AL
13              AND
14   JOHNNIE L. JOHNSON     NO. 97-14469
15   VERSUS                 DIV. "K"
16   ASBESTOS CORPORATION LIMITED, ET AL
17
18   Deposition of ALBERT BOSSIER, taken at the
19   offices of Williams and Jankowski, L.L.C., 3850
20   N. Causeway Blvd., Lakeway II, Suite 1465,
21   Metairie, Louisiana 70002, on May 18, 2000.
22
23   REPORTED BY:  LOUIS JANKOWSKI
24          CERTIFIED COURT REPORTER
25          STATE OF LOUISIANA
```

```
 1              APPEARANCES
 2
 3   FOR THE PLAINTIFF:
 4   LANDRY & SWARR
 5   330 Camp Street, Suite 200
 6   New Orleans, Louisiana 70170
 7   BY:  FRANK J. SWARR, ESQ.
 8
 9   FOR AVONDALE INDUSTRIES, INC., AND AMERICAN
10   MOTORISTS INSURANCE COMPANY:
11   PLAUCHE', MASELLI, LANDRY & PARKERSON
12   201 St. Charles Avenue
13   First NBC Center, Suite 4240
14   New Orleans, Louisiana 70170-4240
15   BY:  ROBERT E. CARAWAY, III, ESQ.
16
17   FOR EAGLE, INC.:
18   MONTGOMERY, BARNETT, BROWN, READ, HAMMOND AND
19   MINTZ
20   1100 Poydras Street
21   Energy Centre, Suite 3200
22   New Orleans, Louisiana 70163-3200
23   BY:  LAWRENCE G. PUGH, III, ESQ.
24
25
```

TWO LAKEWAY CENTER - SUITE 1465 - METAIRIE, LOUISIANA 70002

Williams & Jankowski, L.L.C. (504) 832-0937-FAX (504) 834-6629  6 (11-12)

```
1    responsiveness of the question.
2        MR. SWARR:
3            I agree with that.
4    EXAMINATION BY MR. SWARR:
5        Q.  Mr. Bossier, could you give me your
6    full name.
7        A.  It's Albert Louis Bossier, Jr.
8        Q.  What is your address, sir?
9        A.  17 Chateau Palmer Drive, Kenner,
10   Louisiana 70065.
11       Q.  Sitting here today, Mr. Caraway is
12   your attorney?
13       A.  That's correct.
14       Q.  Does Mr. Caraway represent you in any
15   other matters pending?
16       MR. CARAWAY:
17           Any other current lawsuits in which
18   Mr. Bossier is a defendant?
19       MR. SWARR:
20           Yes.  Well, he's not a defendant in
21   Adams.
22       MR. CARAWAY:
23           He's not a defendant in Adams, but he
24   is a defendant and has been made a defendant in
25   our asbestos lawsuits, and I can't tell you,
```

```
1    sitting here today, which ones they are, but
2    there are some pending.
3        MR. SWARR:
4            To the extent that you've been made
5    a defendant in other asbestos-pending lawsuits,
6    Mr. Caraway or some of the other lawyers who
7    typically represent Avondale --
8        MR. CARAWAY:
9            Right, either me or Gary Lee.
10   Certainly for the purposes of all of this
11   litigation, Mr. Bossier is my client.
12   EXAMINATION BY MR. SWARR:
13       Q.  Do you pay Mr. Caraway to represent
14   you, or is that handled through the insurance
15   policies that were issued to Avondale back in
16   the relevant time period, like this time when a
17   lot of this stuff was alleged to have happened?
18       MR. CARAWAY:
19           I can answer that.  Mr. Bossier does
20   not pay me.
21   EXAMINATION BY MR. SWARR:
22       Q.  Mr. Bossier, where were you born?
23       A.  Gramercy, Louisiana.
24       Q.  And when?
25       A.  November 29, 1932.
```

TWO LAKEWAY CENTER - SUITE 1465 - METAIRIE, LOUISIANA 70002

Williams & Jankowski, L.L.C. (504) 832-0937-FAX (504) 834-6629  2 (97-98)

```
 1                    REPORTER'S CERTIFICATE
 2
 3          I, Louis Jankowski, Certified Court
 4    Reporter, in and for the State of Louisiana, do
 5    hereby certify that the within witness, after
 6    being first duly sworn to testify to the truth,
 7    the whole truth, and nothing but the truth, did
 8    testify as hereinbefore set forth, in the
 9    foregoing pages;
10          That the testimony was reported by me
11    in shorthand and transcribed under my personal
12    direction and supervision, and is a true and
13    correct transcript, to the best of my ability
14    and understanding;
15          That I am not of counsel, not related
16    to counsel, and in no way interested in the
17    outcome of this event.
18
19
20
21
22
23                    LOUIS JANKOWSKI, C.C.R.
24
25
```



OFFICIAL SEAL
LOUIS JANKOWSKI
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 78010
Certificate expires 12-31-09

```
 1                    WITNESS' VERIFICATION
 2
 3
 4
 5          I do hereby verify that I have
 6    read or have had read to me the above and
 7    foregoing transcript, and that it is true and
 8    correct, to the best of my ability and
 9    understanding, subject to the attached
10    corrigendum, if any.
11
12
13
14
15
16
17
18
19    ---------------------------
20            (WITNESS' SIGNATURE)
21
22
23
24
25
```

TWO LAKEWAY CENTER - SUITE 1465 - METAIRIE, LOUISIANA 70002

# STATE OF LOUISIANA

## THIS RECORD IS VALID FOR DEATH ONLY

6425602

**STATE OF LOUISIANA**
**CERTIFICATE OF DEATH**

06 34 057

STATE FILE NO. 117

IMPORTANT:
Black Ink or Typewriter Required.
When Mandatory by State Law.

| | |
|---|---|
| Bordelon, Sr. | Burnette |
| | Lynn |
| | December 31, 1886 |
| Male | White |
| 5:15 P.M. | |
| Dec. 28 1915 | Bordelonville, Louisiana U.S.A. |
| 71 | Catherine Scholl |
| Superintendent | |
| Avondale Shipyard | 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 |
| Metairie | Jefferson |
| Doctor's Hospital | |
| Metairie | Jefferson Louisiana |
| 3816 Cypress Street | |

PARENTS:
| | | |
|---|---|---|
| Bordelon | Horace | Bordelonville, Louisiana |
| Roy | Eva | France |

INFORMANT'S CERTIFICATION:
Mrs. Catherine L. Bordelon, 3816 Cypress St, Metairie, La.

1 Jan 87

**CAUSE OF DEATH**
METASTATIC CARCINOMA OF LUNG

4500 Houma Blvd, Metairie, La.

2 Jan 87   St. Patrick #1 Cemetery; New Orleans, Louisiana

Leitz/Eagan F.H. 4747 Vets Blvd, Metairie, La.   E-1915

131292   Jefferson   5 Jan 87

PHS 16-(Rev. 8/85)
DHHR, OFFICE OF PREVENTIVE AND PUBLIC HEALTH SERVICES, VITAL RECORDS REGISTRY

IN ACCORDANCE WITH LSA-R.S. 40:50 (C)
I CERTIFY THAT THE ABOVE IS A TRUE AND
CORRECT COPY OF A DEATH CERTIFICATE IN
MY CUSTODY: Jennifer Hogan

OCT 0 7 2010



I CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF A CERTIFICATE OR
DOCUMENT REGISTERED WITH THE
VITAL RECORDS REGISTRY OF THE
STATE OF LOUISIANA, PURSUANT TO
LSA — R.S.40:32, ET SEQ.

Darlene W. Smith
STATE REGISTRAR

NORTHROP GRUMMAN

Northrop Grumman Corporation
Shipbuilding

Gulf Coast
P. O. Box 91280
New Orleans, LA 70190-1280

## Certificate of Records

I, Stephen M. Robinson, Custodian of Records of Northrop Grumman Shipbuilding, Inc.,
certify that the attached employment records of ___James T. Cole___ are true and
correct copies of all records maintained by this office and that such records were kept in the
course and scope of business of this office.

*(signature)*

Custodian of Record
Northrop Grumman
Shipbuilding Inc.

___2/2/2010___
Date

| 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 SOCIAL SECURITY NUMBER | Cole, James T. NAME — LAST, FIRST, MIDDLE | | | | R-19 | | 1/19/06 BIRTH DATE |
|---|---|---|---|---|---|---|---|
| CREDIT ADDRESS | | | | | | PHONE | SPOUSE |
| 7/1/41 | 3702 H Lodge Dr., Birmingham, AL 35216 | | | | | 883-7353 | |
| 3/19/68 VP of Prod | | | Hartzman | | 35802 | | |
| 4-7-72 RECL/CONSULTANT | | | | | | | |
| 7-1-72 RETIRED | | | | | | | |
| MHGTC (Early) | 749.73 | | | | | | |
| Supplemental | | | | | | | |
| Pension & Incentive | 230.25 | | | | | | |
| TOTAL BENEFIT | 979.98 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| DATE | OCCUPATION | RATE | SUPERVISOR+SHIFT | DATE | OCCUPATION | RATE | SUPERVISOR+SI |
|---|---|---|---|---|---|---|---|

app

| DATE | TERMINATION INFORMATION | DATE | TERMINATION INFORMATION |
|---|---|---|---|
| | 1 dw 6-30-72 | | |

| CLOCK NUMBER S-500 R-19 | NAME James T. Cole | | PR 2 | PR |
|---|---|---|---|---|

EMPLOYMENT SINCE TERMINATION - REHIRE

| FROM | TO | NAME OF COMPANY | CITY & STATE | SUPERVISOR & POSITION |
|---|---|---|---|---|

| TITLE & NATURE OF WORK | WAGE | REASON FOR LEAVING |
|---|---|---|

REMARKS

CLOCK / SALARY - 6   NAME   JAMES T. COLE

NEW ADDRESS - PHONE   1916   ............................................   FILL

NEW ADDRESS - PHONE   ............................................   TERMINATED ............

| DATE | OCCUPATION | HIRED RATE | FOREMAN | DATE | REASONS - COMMENTS |
|---|---|---|---|---|---|
|  | Plant Supt. |  |  |  |  |
| 2-6-42 | Asst. Supt. | 75.50 |  |  |  |
| 2-23-42 | Ave. | 10.55 |  |  |  |
| 7-15-44 | Ave. | 0.00 mo |  |  |  |
| 1-1-43 | Ave. | 600.00 |  |  |  |
| 1957 |  | 1350.00 |  |  |  |
| 2-1-52 | Ave. | 1418.00 |  |  |  |
| 2-1-53 |  | 1475.00 |  |  |  |
| 1-1-56 |  | 1600.00 |  |  |  |
| 3-1-56 |  | 1630.00 |  |  |  |
| 2-1-57 |  | 1856.00 |  |  |  |
| 7-16-57 | Pst | 1648.00 |  |  |  |
| 10-1-57 | Ave | 2000.00 |  |  |  |
| 12-15-58 |  | 2100.00 |  |  |  |
| 8-1-61 |  | 2333.00 |  |  |  |
| 4-1-62 |  | 2666.00 |  |  |  |
| 8-1-62 |  |  |  |  |  |
| 5-19-58 | Asst. VP of Production | ........ |  |  |  |

## AVONDALE MARINE WAYS, INC.
### APPLICATION AND EMPLOYMENT RECORD

FOR WORK as . ?

DATE . 8-28-44

FULL NAME . James Tillman Cole .......Soc.Sec.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 .

ADDRESS 644 Jeff. St. Jeff. Parishiv ............. STATE La..... PHONE CE 3554 J

CLOSEST RELATIVE Nora (wife) ...... ADDRESS Same

DATE OF BIRTH 1-1906 ....Utight Wed. .....Wright... PHONE
COLOR . EYES gray HAIR black-gray

SINGLE ☐  DIVORCED ☒  OWN HOME ☐ RENT ☐
MARRIED ☒  SEPARATED ☐  LIVE WITH PARENTS ☐
WIDOWED ☐

NO MINOR DEP . . 1
OTHER DEP . . . 3

Roy Holt

RELATIVE EMPLOYED HERE ...... ..... RELATIONSHIP

EDUCATION- GRAMMAR ☐   HIGH SCHOOL ☒  COLLEGE ☐   BUSINESS SCHOOL ☐   SPECIAL ☒

NAME OF COLLEGE, BUSINESS OR SPECIAL SCHOOL AND DEGREES, IF ANY ........ 2 Yrs. I.C.S.

Mechanical Drafting

SPECIAL SKILLS, KNOWLEDGE OR ABILITIES ......

PREVIOUS EXPERIENCE- BEGIN WITH YOUR LAST JOB

| DATE FROM | TO | NAME OF COMPANY | CITY - STATE | SUPERVISOR & POSITION |
|---|---|---|---|---|
| 1937 | 1941 | Ingalls Iron Works | Alabama | |
| | | | | |
| | | | | |

| | | FIRE A NATURE OF WORK | WAGE | REASON FOR LEAVING |
|---|---|---|---|---|
| | | | | |
| | | | | |

CHARACTER REFERENCES DO NOT REFER TO PREVIOUS EMPLOYERS OR RELATIVES

| NAME | OCCUPATION | ADDRESS |
|---|---|---|
| Lavan Richarsa | | 644 Jeff. St. |
| Carl Benden | | Church St. Decatur , Ala. |
| R.B. Eaker | | Columbia Circle, Decatur |

IF IS UNDERSTOOD AND AGREED THAT ANY MISREPRESENTATION BY ME IN THIS APPLICATION WILL BE SUFFICIENT CAUSE FOR CANCELLATION OF THIS APPLICATION, AND/OR SEPARATION FROM THE COMPANY'S SERVICE IF I HAVE BEEN EMPLOYED IF EMPLOYED, I AGREE TO ABIDE BY ALL THE GENERAL AND SAFETY RULES OF THIS COMPANY

Signed

SIGNATURE

# STATE OF LOUISIANA

## THIS RECORD IS VALID FOR DEATH ONLY

.6520403

IMPORTANT: 1110198   STATE OF LOUISIANA
PRINT or TYPE, and no   CERTIFICATE OF DEATH
or (blank) wherever

2005 29   750

BIRTH No.   FILE No. 177

| DECEDENT | 1a. LAST NAME OF DECEDENT BLANCHARD | 1b. FIRST NAME EDWARD | 1c. MIDDLE NAME A | 2d. DATE OF DEATH SEPTEMBER 8, 2005 |
| 3a. HOUR OF DEATH 12:00 p.m. | 3b. SEX MALE | 4. RACE WHITE | 5. MARITAL STATUS WIDOWED | 6. NAME OF HOSPITAL ADDIS, LA |
| 7. DAY OF BIRTH FEBRUARY 28, 1923 | 8. AGE 82 | | 9. BIRTHPLACE | 10. OF HISPANIC ORIGIN NO |
| 11. EVER IN U.S. ARMED FORCES YES | 14. SOCIAL SECURITY NUMBER 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 | VICE PRESIDENT | SHIP BUILDING | COLLEGE (1-4, 5+) |

FLACE OF DEATH
515 AVENUE H   HARRENO   No 489   JEFFERSON

RESIDENCE
515 AVENUE H   JEFFERSON   LA
HARRERO   70072   H.   489

PARENTS
JOSEPH H BLANCHARD   BRUSLY   LA
BEATRICE LEVERT   HARR.   LA

INFORMANT   ANN M. KINBERGER   4621 FOLSZ DR;METAIRIE, LA 70006   09/10/05

DISPOSITION   LSU HEALTH SCIENCES CENTER   10-19-05   LSUHSC; SHREVEPORT, LA 71130   E-2339
ANATOMY DEPARTMENT   P.O. BOX 33932   SHREVEPORT, LA 71130   DR.Gr. KDC 10-2b-10

REGISTRAR   09-00000 50   Caddo   10-19-05   Shirley Buthaie /75

CORONER   Coroner's Case   10/30/05
Susan M. Garcia, M.D. Asst. Coroner   2010 8th Street; Harvey, LA 70058

CAUSE OF DEATH
a. Acute Coronary Insufficiency
b. Atherosclerotic Cardiovascular Disease

OCT 2 6 2010



OCT 2 6 2010

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S.40:32, ET SEQ.

Darlene W. Smith
STATE REGISTRAR

1                    24TH JUDICIAL DISTRICT COURT

2                         PARISH OF JEFFERSON

3

4       * * * * * * * * * * * *
        GERTIE B. GOODMAN, ET AL   *      NO. 365-627
5                                  *
          -VS-                     *      DIVISION "J"
6                                  *
        AVONDALE INDUSTRIES, INC., *
7       ET AL                      *
        * * * * * * * * * * * *
8                                              COPY
9

10

11      Deposition of EDWARD A. BLANCHARD, taken by

12      DEFENDANTS, pursuant to notice, at the law

13      offices of Blue, Williams and Buckley, 3421

14      North Causeway Boulevard, Metairie, Louisiana

15      70002, on August 28, 1991.

16

17

18

19

20

21      REPORTED BY:
             Paul W. Williams, C.S.R.
22           PAUL W. WILLIAMS, INCORPORATED
             Certified Shorthand Reporters
23           3200 Ridgelake Drive, Suite 302
             Metairie, Louisiana 70002
24           Telephone:  (504) 832-0937

25

9

1              No, we weren't. While we are on

2              the record, if we could, I am asking

3              on behalf of Eagle that we get a copy

4              of that deposition.

5        MR. CARAWAY:

6              Sure; okay.

7        MR. ROTH:

8              So would we.

9

10          (Discussion off the record)

11

12   BY MR. ROTH:

13   Q.   Good afternoon, Mr. Blanchard.   My name is

14              Gary Roth and I represent some of the

15              defendants in this action.   Could you

16              please, for the record, state your

17              name and address.

18   A.   Edward A. Blanchard, 515 Avenue H,

19              Marrero, Louisiana 70072.

20   Q.   Based upon the comments of Mr. Caraway

21              just a few moments ago, your

22              educational background has been

23              covered in a prior deposition.   If I

24              could, I would like to just get a

25              brief sketch of your educational

190

## C E R T I F I C A T E

1
2
3
4        I, PAUL W. WILLIAMS, Certified
5  Shorthand Reporter in and for the State of
6  Louisiana, do hereby certify the above and
7  foregoing is true and correct as taken by me on
8  August 28, 1991.
9
10
11
12
                    PAUL W. WILLIAMS
13
14
15
16
17
18
19
20
21
22
23
24
25

# STATE OF LOUISIANA

## THIS RECORD IS VALID FOR DEATH ONLY

6425960

09 349

### STATE OF LOUISIANA
### CERTIFICATE OF DEATH — STATE FILE NO. 119

**PERSONAL DATA OF DECEASED**

| | | |
|---|---|---|
| LAST NAME OF DECEASED: O'DONNELL | FIRST NAME: JAMES | MIDDLE NAME: R |
| DATE OF DEATH: April 23 1980 | HOUR: 7:20 |
| SEX: Male | COLOR OR RACE: White | Married ☒ Never Married ☐ Widowed ☐ Divorced ☐ |
| DATE OF BIRTH: Oct. 24,1900 | AGE: 79 | BIRTHPLACE: New Orleans, La. | CITIZEN OF WHAT COUNTRY: U.S.A. |
| USUAL OCCUPATION: Safety Director Retired | KIND OF BUSINESS OR INDUSTRY: | NAME OF HUSBAND OR WIFE: Anna |

**PLACE OF DEATH**

| | |
|---|---|
| CITY, TOWN, OR LOCATION OF DEATH: Metairie | PARISH OF DEATH: Jefferson |
| NAME OF HOSPITAL OR INSTITUTION: DOA East Jefferson Hospital | IS PLACE OF DEATH INSIDE CITY LIMITS: Yes ☒ No ☐ |
| PARISH: Jefferson | STATE: Louisiana |

**USUAL RESIDENCE OF DECEASED**

| | |
|---|---|
| STATE: Jefferson | STREET: 552 Gelpi St. |
| IS RESIDENCE INSIDE CITY LIMITS: Yes ☒ No ☐ |

**PARENTS**

| FATHER'S NAME: O'Donnell, Sr. | James | R | MOTHER'S MAIDEN NAME: Reeves | Mary | Elizabeth |

**INFORMANT'S CERTIFICATION**

Frank J. O'Donnell Jr.     DATE OF SIGNATURE: April 24, 1980

**CAUSE OF DEATH**

PART I. DEATH WAS CAUSED BY:
- Congestive heart failure
- Cardiac cachexia

PART II. OTHER SIGNIFICANT CONDITIONS

**PHYSICIAN'S CERTIFICATION** — 1-23-80

**FUNERAL DIRECTOR'S CERTIFICATION**
Burial: April 26 1980 St. Joseph #1, N.O.La.   E1325

**BURIAL TRANSIT PERMIT** 26-4349     Jefferson   4-25-80   S. Mann

PHS 16:  DHHR, OFFICE OF HEALTH SERVICES AND ENVIRONMENTAL QUALITY, VITAL RECORDS REGISTRY

---

IN ACCORDANCE WITH LSA-R.S. 40:50 (C)
I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF A DEATH CERTIFICATE IN MY CUSTODY: Jennifer Logan

OCT 2 6 2010



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S.40:32, ET SEQ.

Darlene W. Smith
STATE REGISTRAR



## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

the annexed and following is a True and Correct copy of the Certificate of Authority as shown by comparison with document filed and recorded in this Office on May 24, 2002.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

October 18, 2010



*Secretary of State*

AG 35275242F

Certificate ID: 10109460#83F83

To validate this certificate, visit the following web site, go to Commercial Division, Certificate Validation, then follow the instructions displayed.
www.sos.louisiana.gov

**EXHIBIT**

**1**

Page 1 of 1 on 10/18/2010 11:02:56 AM

Jay Dardenne
**SECRETARY OF STATE**

10/18/2010

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**
225.925.4704

Administrative Services
225.932.5317 Fax
Corporations
225.932.5314 Fax
Uniform Commercial Code
225.932.5318 Fax

CRAWFORD LEWIS
ATTN: SAMUEL M. ROSAMOND, III
400 POYDRAS STREET, SUITE 2100
NEW ORLEANS, LA 70130

DEAR SIR/MADAM:

NORTHROP GRUMMAN SHIPBUILDING, INC. and 3 other entities

It has been a pleasure to provide you with four certificates for the above referenced.

Payment of the fee is acknowledged by this letter.

If we can be of further service at any time, please let us know.

Sincerely,

AG

Rev 08/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave, Baton Rouge, LA 70809
Web Site Address: www.sos.louisiana.gov



**UNITED STATES OF AMERICA**

**State of Louisiana**

## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

the annexed and following is a True and Correct copy of the Certificate of Incorporation as shown by comparison with document filed and recorded in this Office on March 20, 1990.



In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

October 18, 2010

*Secretary of State*

AG34351727D

Certificate ID: 10109481#GGG62

To validate this certificate, visit the following web site, go to Commercial Division, Certificate Validation, then follow the instructions displayed.
www.sos.louisiana.gov

Page 1 of 1 on 10/18/2010 11:02:54 AM



## UNITED STATES OF AMERICA
## State of Louisiana

### Fox McKeithen
#### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana, I do hereby Certify that* a copy of the Articles of Incorporation and Initial Report of

AVONDALE INDUSTRIES, INC.

Domiciled at Avondale, Louisiana, Parish of Jefferson,

A corporation organized under the provisions of R.S. 1950, Title 12, Chapter 1, as amended,

By Act executed on March 16, 1990, and acknowledged on March 16, 1990, the date when corporate existence began,

Was filed and recorded in this office on March 20, 1990, in the Record of Charters Book 343,

And all fees having been paid as required by law, the corporation is authorized to transact business in this State, subject to the restrictions imposed by law, including the provisions of R.S. 1950, Title 12, Chapter 1, as amended.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*
March 20, 1990

BB

*Secretary of State*



# UNITED STATES OF AMERICA
## State of Louisiana

### Fox McKeithen
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that* the Application Form for Certificate of Authority of

NORTHROP GRUMMAN SHIP SYSTEMS, INC.

Domiciled at WILMINGTON, DELAWARE.

Was filed and recorded in this Office on May 24, 2002.

Thus authorizing the corporation to exercise the same powers, rights and privileges accorded similar domestic corporations, subject to the provisions of R. S. 1950, Title 12, Chapter 3, and other applicable laws.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*

May 24, 2002



MBE 35275242F

*Secretary of State*

CERTIFICATE ES 100 PRINTED SEAL (DATE)



## UNITED STATES OF AMERICA
## State of Louisiana

### Jay Dardenne
#### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

the annexed and following is a True and Correct copy of the Certificate of Authority as shown by comparison with document filed and recorded in this Office on December 17, 2008.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

October 18, 2010

*Secretary of State*

AG 36920543F



Certificate ID: 1D1D9459#93P83

To validate this certificate, visit the following web site, go to Commercial Division; Certificate Validation, then follow the instructions displayed.
www.sos.louisiana.gov

Page 1 of 1 on 10/18/2010 11:02:57 AM



# UNITED STATES OF AMERICA
# State of Louisiana

## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the Application Form for Certificate of Authority of

**NORTHROP GRUMMAN SHIPBUILDING, INC.**

Domiciled at NEWPORT NEWS, VIRGINIA,

Was filed and recorded in this Office on December 17, 2008.

Thus authorizing the corporation to exercise the same powers, rights and privileges accorded similar domestic corporations, subject to the provisions of R. S. 1950, Title 12, Chapter 3, and other applicable laws.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*

December 17, 2008



HLE 36920543F

*Secretary of State*



## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

In response to your request we are pleased to provide the information on the subject Business Corporation which filed articles of incorporation in this office on March 31, 1959.

**Name:** AVONDALE SHIPYARDS, INC.

**Type:** Business Corporation

**City:** AVONDALE

**Status:** INACTIVE

**Previous Names:**
    BAYOU SHIPYARDS, INC. (Changed: 6/28/1960)

**Business:** AVONDALE SHIPYARDS, INC.

**Charter Number:** 24514500 D

**Registration Date:** 3/31/1959

**Domicile Address**
    5100 RIVER ROAD
    AVONDALE, LA 70094

**Mailing Address**
    5100 RIVER ROAD
    AVONDALE, LA 70094

**Status:** INACTIVE

**Inactive Reason:** MERGED

**File Date:** 3/31/1959

**Last Report Filed:** 7/30/1985

**Type:** Business Corporation

**Registered Agent(s)**
    **Agent:** C T CORPORATION SYSTEM
    **Address:** 5615 CORPORATE BLVD., STE. 400B
    **City, State, Zip:** BATON ROUGE, LA 70808
    **Appointment Date:** 7/19/1976

Page 1 of 3 on 10/18/2016 11:01:08 AM

**Officer(s)**                                    Additional Officers: Yes

| | |
|---|---|
| Officer: | A. L. BOSSIER, JR. |
| Title: | President |
| Address: | 5100 RIVER ROAD |
| City, State, Zip: | AVONDALE, LA 70094 |

| | |
|---|---|
| Officer: | R. F. BRUNNER |
| Title: | Vice-President |
| Address: | 5100 RIVER ROAD |
| City, State, Zip: | AVONDALE, LA 70094 |

| | |
|---|---|
| Officer: | J. W. OBERFELL |
| Title: | Vice-President |
| Address: | 5100 RIVER ROAD |
| City, State, Zip: | AVONDALE, LA 70094 |

**Merger(s)**

| | |
|---|---|
| Filed Date: | 12/18/1978 |
| EffectiveDate | 12/18/1978 |
| Type: | MERGE |
| Charter #: | 24514500D |
| Charter Name: | AVONDALE SHIPYARDS, INC. |
| Role: | SURVIVOR |

| | |
|---|---|
| Filed Date: | |
| EffectiveDate | |
| Type: | MERGE |
| Charter #: | 22604320D |
| Charter Name: | AVONCRAFT CONSTRUCTION CO. INC. |
| Role: | NON-SURVIVOR |

| | |
|---|---|
| Filed Date: | 1/19/1981 |
| EffectiveDate | 1/19/1981 |
| Type: | MERGE |
| Charter #: | 24514500D |
| Charter Name: | AVONDALE SHIPYARDS, INC. |
| Role: | SURVIVOR |

| | |
|---|---|
| Filed Date: | |
| EffectiveDate | |
| Type: | MERGE |
| Charter #: | 27605430D |
| Charter Name: | RIVER ROAD INC. |
| Role: | NON-SURVIVOR |

| | |
|---|---|
| Filed Date: | |
| EffectiveDate | |
| Type: | MERGE |
| Charter #: | 31111190F |
| Charter Name: | GENDON, INC. |
| Role: | NON-SURVIVOR |

| | |
|---|---|
| Filed Date: | 8/29/1985 |
| EffectiveDate | 8/29/1985 |
| Type: | MERGE |
| Charter #: | 34163192F |
| Charter Name: | AVONDALE INDUSTRIES, INC. |
| Role: | SURVIVOR |

| | |
|---|---|
| Filed Date: | |
| EffectiveDate | |
| Type: | MERGE |
| Charter #: | 24514500D |

Charter Name:    AVONDALE SHIPYARDS, INC.
Role:            NON-SURVIVOR

In testimony whereof, I have hereunto set my
hand and caused the Seal of my Office to be
affixed at the City of Baton Rouge on,

October 18, 2010

*Secretary of State*

AG 24514500D



Certificate ID:  10109457#RWM73

To validate this certificate, visit the following web site,
go to Commercial Division, Certificate Validation,
then follow the instructions displayed.
www.sos.louisiana.gov

Page 3 of 3 on 10/18/2010 11:01:08 AM