CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-4662  DIVISION "F"  SECTION

ROBERT J. TEMPLET, SR.

Versus

AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____  _____
DEPUTY CLERK

## NOTICE OF ENROLLMENT OF COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Lamorak Insurance Company, which, pursuant to Louisiana District Courts Rule 9.12, notify the court and all parties that Gary A. Lee, La. Bar No. 08265, Richard M. Perles, La. Bar No. 01534, M. Scott Minyard, La. Bar No. 31879, and the law firm of Lee, Futrell & Perles 201 St. Charles Avenue, Suite 4120 New Orleans, LA 70170, Telephone (504) 569-1725, are hereby enrolled as additional counsel of record for Lamorak Insurance Company on issues of Avondale executive officer liability and damages only.

Respectfully submitted:

_____
SAMUEL M. ROSAMOND, III (17122)
srosamond@twpdlaw.com
ADAM D. DEMAHY (29826)
ademahy@twpdlaw.com
**TAYLOR, WELLONS, POLITZ & DUHE, APLC**
1515 Poydras Street - Suite 1900
New Orleans, Louisiana 70112
Phone: 504-525-9888
Fax:   504-525-9899
*Attorneys for Lamorak Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by U.S. Mail, postage prepaid and properly addressed, by fax, by hand and/or email, this ___ day of _____, 2017.

_____