CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-4662            DIVISION "F"            SECTION

ROBERT J. TEMPLET, SR.

Versus

AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____    _____
                                             **DEPUTY CLERK**

**REQUEST FOR WRITTEN NOTICE**

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, Lamorak Insurance Company hereby requests written notice of the date set for trial of the above-numbered and entitled cause, or of the date set for hearing of any pleadings or motions therein, at least ten days (10) before any hearing date.

We also request notice of signing of any final judgment or the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted:

_____
SAMUEL M. ROSAMOND, III (17122)
srosamond@twpdlaw.com
ADAM D. DEMAHY (29826)
ademahy@twpdlaw.com
**TAYLOR, WELLONS, POLITZ & DUHE, APLC**
1515 Poydras Street - Suite 1900
New Orleans, Louisiana 70112
Phone: 504-525-9888
Fax:    504-525-9899
*Attorneys for Lamorak Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by U.S. Mail, postage prepaid and properly addressed, by fax, by hand and/or email, this ___ day of _____, 2017.