FILED

2017 JUN 12 P 2: 55

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

CIVIL DISTRICT COURT

NO: 2017-4642    SECTION: 8    DIVISION "F"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC.,
f/k/a NORTHROP GRUMMAN SHIP SYSTEMS, INC.,
n/k/a HUNTINGTON INGALLS INCORPORATED, ET AL.

FILED: _____    _____
                                     DEPUTY CLERK

## REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes defendant, Albert L. Bossier, Jr., pursuant to Article 1572 of the Louisiana Code of Civil Procedure, and hereby requestS written notice of the date(s) set for trial or hearing of any pleading or motion herein, at least ten (10) days before any trial or hearing date, as well as notice of any and all filings of pleadings, judgments, and orders, as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully Submitted:

_____
Gary A. Lee (#08265)
Richard M. Perles (#01534)
M. Scott Minyard (#31879)
Darren M. Guillot (# 23109)
**LEE, FUTRELL & PERLES L.L.P.**
201 St. Charles Ave., Suite 4120
New Orleans, Louisiana 70170
Telephone: (504) 569-1725
Facsimile: (504) 569-1726
*Counsel for Albert L. Bossier, Jr.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served upon all counsel of record by electronic mail, this ____ day of June, 2017.

_____
Darren M. Guillot

{00195242.DOCX;1}