FILED

2017 JUN -9 P 3:41

CIVIL DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO. 17-4662          SECTION 7          DIVISION " F "

### ROBERT J. TEMPLET, SR.

### VERSUS

### AVONDALE INDUSTRIES, INC., f/k/a NORTHROP GRUMMAN SHIP SYSTEMS, INC., n/k/a HUNTINGTON INGALLS INCORPORATED, ET AL.

FILED: _____          _____
                                         DEPUTY CLERK

### RULE TO SHOW CAUSE

CONSIDERING the *foregoing PLAINTIFF'S MOTION FOR EXPEDITED TRIAL SETTING PURSUANT TO LA. CODE CIV. PROC. ART. 1573 AND FOR ISSUANCE OF SCHEDULING ORDER* ;

IT IS HEREBY ORDERED that all defendants appear and show cause on the 22nd day of June, 2017, at 11:00 a.m. why a scheduling order should not be issued and an expedited trial date set in the captioned matter.

NEW ORLEANS, LOUISIANA, this ___ day of __JUN 1 3 2017__, 2017.

                                         Sgd Christopher J. Bruno
                                         Judge, Division "F"
JUDGE – CIVIL DISTRICT COURT    A TRUE COPY
ORLEANS PARISH

Civil District Court
Parish of Orleans, State of La.

**Plaintiff's Counsel will serve the forgoing motion pursuant to La. C. Civ. Proc. Art. 1313.**

4