CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.  17-4662                          DIVISION "F"                    SECTION

ROBERT J. TEMPLET, SR.

Versus

AVONDALE INDUSTRIES, INC., ET AL.

FILED: _____          _____
                                              DEPUTY CLERK

ORDER

Considering the above and foregoing Exception of Improper Venue;

**IT IS ORDERED** that the plaintiff show cause on the _____ day of ___JUN 3 0 2017___ 2017,

at ___9___ a.m., why the Exception of Improper Venue filed by Lamorak Insurance Company

should not be maintained, dismissing Plaintiff's suit at Plaintiff's costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of ___MAY 3 0 2017___, 2017.

                                   Sgd. Dwayne J. Mallet
                                   Minute Clerk, Division "F"
_____
JUDGE CHRISTOPHER J. BRUNO   TRUE COPY

                                   Civil District Court
                                   Parish of Orleans, State of La.

<u>PLEASE SERVE</u>:

ROBERT J. TEMPLET, SR.
Through his Attorney of Record:
Philip Hoffman
LANDRY & SWARR, LLC
1010 Common Street, Ste. 2050
New Orleans, LA 70112