CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.:  2017-4662                                      SECTION: "F-7"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC., ET AL

FILED: _____    _____
                                                                  DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

**ON MOTION OF TAYLOR-SEIDENBACH, INC**, named defendant in the above entitled and numbered cause, through undersigned counsel, moves this Honorable Court for an additional thirty (30) days to complete its investigation and to file responsive pleadings, with a full reservation of all rights, including the right to object to the jurisdiction of this Honorable Court.  The defendant, Taylor-Seidenbach, Inc. was served with Petition for Damages on May 18, 2017 and this is defendant's first Motion for Extension of Time.

Respectfully submitted,

HAILEY, McNAMARA, HALL, LARMANN,
& PAPALE, L.L.P.

BY: _____
C. KELLY LIGHTFOOT, #17027
RICHARD J. GARVEY, JR., #20822
EDWARD J. LASSUS, JR., #08116
Suite 1400, One Galleria Boulevard
P. O. Box 8288
Metairie, Louisiana  70001-8288
Telephone:  (504) 836-6500
Counsel for Taylor-Seidenbach, Inc.

## ORDER

IT IS HEREBY ORDERED by the Court that the above named defendant, Taylor-Seidenbach, Inc. be, and is hereby, granted an additional thirty (30) days to complete its investigation and to file responsive pleadings, with a full reservation of all rights, including the right to object to the jurisdiction of this Honorable Court.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**JUDGE**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this __6__ day of __JUNE__, 2017, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by e-mailing, faxing or by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.: 2017-4662  SECTION: "F-7"

ROBERT J. TEMPLET, SR.

VERSUS

AVONDALE INDUSTRIES, INC., ET AL

FILED: _____  _____
                                              DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes defendant, Taylor-Seidenbach, Inc., pursuant to L.S.A. - C.C.P. Article 1572, moves this Court for written notice ten (10) days in advance of the date fixed for the trial or hearing on any exception, motion, rule or trial on the merits in the captioned proceeding, and pursuant to L.S.A. - C.C.P. Articles 1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules or the trial on the merits in the captioned proceeding.

Respectfully submitted,

HAILEY, McNAMARA, HALL, LARMANN, & PAPALE, L.L.P.

BY: _____
C. KELLY LIGHTFOOT, #17027
RICHARD J. GARVEY, JR., #20822
EDWARD J. LASSUS, JR., #08116
Suite 1400, One Galleria Boulevard
P. O. Box 8288
Metairie, Louisiana 70001-8288
Telephone: (504) 836-6500
Counsel for Taylor-Seidenbach, Inc.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this __6__ day of __June__, 2017, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by e-mailing, faxing or by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

1070L-Z Library:1070-69482/CKL/rbh                Page 1